# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barry, Maryanne T. | US Court of Appeals 3rdCircuit | 11/25/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2013<br>to<br>12/31/2013 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

USPO & Courthouse Bldg
Newark, NJ 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Co-Trustee | Trust #2 |
| 3. | Co-Trustee | Trust #3 |
| 4. | Co-Trustee | Trust #6 |
| 5. | Co-Trustee | Trust #7 |
| 6. | Co-Trustee | Trust #19 |
| 7. | Trustee | Trust #26 |
| 8. | Trustee | Trust #29 |
| 9. | Trustee | Trust #30 |
| 10. | Trustee | Trust #31 |
| 11. | Trustee | Trust #32 |
| 12. | Trustee | Trust #33 |
| 13. | Trustee | Trust #34 |
| 14. | Trustee | Trust #35 |
| 15. | Trustee | Trust #36 |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #2 Brooklyn, NY | G | Rent | J | U | | | | | |
| 2. Rental Property #16 Brooklyn, NY | G | Rent | L | U | | | | | |
| 3. Rental Property #17 Brooklyn, NY | F | Rent | K | U | | | | | |
| 4. Rental Property #22 Brooklyn, NY | F | Rent | J | U | | | | | |
| 5. Rental Property #11 Brooklyn, NY | A | Rent | L | U | | | | | |
| 6. Rental Property #10 Brooklyn, NY | A | Rent | J | U | | | | | |
| 7. ▆ Trust #6 - List of Assets | F | Dividend | P1 | T | | | | | |
| 8. - CAPITAL INCOME BUILDER CL F2 | | | | | Sold (part) | 01/25/13 | J | | |
| 9. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 10. | | | | | Sold (part) | 04/25/13 | J | | |
| 11. | | | | | Buy (add'l) | 05/15/13 | J | | |
| 12. | | | | | Sold (part) | 07/25/13 | J | | |
| 13. | | | | | Sold (part) | 10/24/13 | J | A | |
| 14. - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 15. ▆ Trust #7 - List of assets: | B | Interest | P1 | T | | | | | |
| 16. -CASH JP MORGAN CHASE | | | | | | | | | |
| 17. ▆ Trust #15 - List of assets: | D | Int./Div. | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - CASH - JPMORGAN TAX FREE INSTL SWEEP FD | | | | | Open | 01/01/13 | K | | |
| 19.  - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | Closed | 01/01/13 | K | | |
| 20.  -JPM CHINA REGION FD | | | | | Buy | 02/19/13 | J | | |
| 21.  -JPM STRAT INC OPP FD (FORMERLY JP MORGAN STRATEGIC INCOME) | | | | | Buy (add'l) | 02/19/13 | J | | |
| 22. | | | | | Buy (add'l) | 10/29/13 | J | | |
| 23. | | | | | Buy (add'l) | 08/12/13 | J | | |
| 24.  -JPM SH INT MUNI BD FD | | | | | Buy | 02/19/13 | J | | |
| 25. | | | | | Buy (add'l) | 08/12/13 | K | | |
| 26.  -THE ARBITRAGE FUND I | | | | | Buy | 02/19/13 | J | | |
| 27.  -PRUDENTIAL TOTAL RETURN | | | | | Buy | 08/12/13 | J | | |
| 28.  -JPM INTREPID EUROPEAN FD | | | | | Buy | 10/29/13 | J | | |
| 29.  - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 30.  -ISHARES MSCI EAFE INDEX FUND | | | | | Buy | 10/30/13 | K | | |
| 31.  - JPMORGAN TAX AWARE US EQUITY FUND | | | | | Sold | 02/19/13 | K | C | |
| 32.  - JPMORGAN SMALL CAP CORE FUND | | | | | | | | | |
| 33.  - MATTHEWS PACIFIC TIGER FUND | | | | | | | | | |
| 34.  - DODGE & COX INT'L STOCK | | | | | Buy (add'l) | 02/19/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 08/08/13 | J | | |
| 36.  - FMI LARGE CAP FUND (FORMERLY FMI FDS INC) | | | | | | | | | |
| 37.  - JP MORGAN INT'L CURRENCY | | | | | Sold | 07/22/13 | J | A | |
| 38.  - ARTISAN INTL VALUE FUND- INV | | | | | Sold<br>(part) | 02/19/13 | J | A | |
| 39.  - HIGHBRIDGE DYNAMIC COMMODITIES | | | | | Sold | 02/19/13 | J | | |
| 40.  - DREYFUS/LAUREL FDS | | | | | Buy<br>(add'l) | 02/19/13 | J | | |
| 41. | | | | | Sold<br>(part) | 09/10/13 | J | | |
| 42.  - EATON VANCE MUT FDS FLT RT | | | | | | | | | |
| 43.  - EATON VANCE MUT FDS GLOBAL MACRO 1 | | | | | | | | | |
| 44.  - ABERDEEN ASIA PACIFIC EX JAPAN | | | | | | | | | |
| 45.  - VANGUARD EMERGING MARKET | | | | | Sold<br>(part) | 02/19/13 | J | A | |
| 46. | | | | | Sold | 08/08/13 | J | | |
| 47.  - JP MORGAN TR 1 GROWTH ADVANTAGE FUND | | | | | | | | | |
| 48.  - JPM INTERMEDIATE TAX FREE BD FD | | | | | Sold | 08/12/13 | K | | |
| 49.  -JPM LARGE CAP GROWTH FD | | | | | Sold<br>(part) | 02/19/13 | J | A | |
| 50. | | | | | Sold<br>(part) | 10/29/13 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -ASTON RIVER RD DIV ALL CAP VAL FD (FORMERLY ASTON FDS ASTN R DYNEQ) | | | | | Buy | 02/19/13 | J | | |
| 52. -GATEWAY FUND | | | | | Buy | 02/19/13 | J | | |
| 53. -RIDGEWORTH FDS SEIX FLRT HI | | | | | Buy (add'l) | 02/19/13 | J | | |
| 54. | | | | | Sold (part) | 08/12/13 | J | | |
| 55. | | | | | Sold | 10/29/13 | J | A | |
| 56. -BLACKROCK HIGH YIELD BOND | | | | | Sold (part) | 08/12/13 | J | | |
| 57. | | | | | Sold (part) | 10/29/13 | J | A | |
| 58. -PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD | | | | | Buy (add'l) | 02/19/13 | J | | |
| 59. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 60. -DELAWARE EMERGING MARKETS FUND | | | | | Buy | 02/19/13 | J | | |
| 61. | | | | | Sold (part) | 08/08/13 | J | | |
| 62. -JPM US LARGE CAP CORE PLUS FD | | | | | Buy (add'l) | 07/02/13 | J | | |
| 63. -DOUBLELINE FDS TR TTL RTN BD | | | | | | | | | |
| 64. -CULLEN HIGH DIVIDEND EQUITY FUND | | | | | Sold | 10/29/13 | J | B | |
| 65. -VANGUARD MSCI EUROPE | | | | | Sold | 10/30/13 | J | A | |
| 66. -JPM REALTY INCOME FD - INSTL FUND | | | | | Sold | 09/19/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67.  -NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | | | | | | | | | |
| 68.  ▓▓▓ Trust #16 - List of assets: | D | Int./Div. | N | T | | | | | |
| 69.  - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | Closed | 01/01/13 | K | | |
| 70.  - CASH - JPMORGAN TAX FREE INSTL SWEEP FD | | | | | Open | 01/01/13 | K | | |
| 71.  - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 72.  -JPMORGAN US LARGE CAP CORE PLUS FUND | | | | | Buy | 02/19/13 | J | | |
| 73.  | | | | | Buy<br>(add'l) | 07/02/13 | J | | |
| 74.  -JPM CHINA REGION FD | | | | | Buy | 02/19/13 | J | | |
| 75.  - JPMORGAN TAX AWARE US EQUITY FUND | | | | | Sold | 02/19/13 | J | C | |
| 76.  - JPMORGAN SMALL CAP CORE | | | | | Sold<br>(part) | 02/19/13 | J | | |
| 77.  -MATTHEWS PACIFIC TIGER FUND | | | | | | | | | |
| 78.  -DODGE & COX INT'L STOCK | | | | | Buy<br>(add'l) | 02/19/13 | J | | |
| 79.  | | | | | Buy<br>(add'l) | 08/08/13 | J | | |
| 80.  -ISHARES MSCI EAFE INDEX FUND | | | | | Buy | 10/30/13 | J | | |
| 81.  -FMI LARGE CAP FUND (FORMERLY FMI FDS INC) | | | | | | | | | |
| 82.  -JP MORGAN INT'L CURRENCY | | | | | Sold | 07/22/13 | J | A | |
| 83.  -JPM STRAT INC OPP FD (FORMERLY JP MORGAN STRATEGIC INCOME) | | | | | Buy<br>(add'l) | 02/19/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 85. | | | | | Buy (add'l) | 10/29/13 | J | | |
| 86. -JPM SH INT MUNI BD FD | | | | | Buy | 02/19/13 | J | | |
| 87. | | | | | Buy (add'l) | 08/12/13 | K | | |
| 88. -ARTISAN INTL VALUE FUND- INV | | | | | Sold (part) | 02/19/13 | J | | |
| 89. -HIGHBRIDGE DYNAMIC COMMODITIES | | | | | Sold | 02/19/13 | J | | |
| 90. -DREYFUS/LAUREL FDS | | | | | Buy (add'l) | 02/19/13 | J | | |
| 91. | | | | | Sold (part) | 09/10/13 | J | | |
| 92. -EATON VANCE MUT FDS FLT RT | | | | | | | | | |
| 93. -EATON VANCE MUT FDS- GLOBAL MACRO | | | | | | | | | |
| 94. -ABERDEEN ASIA PACIFIC EX JAPAN | | | | | | | | | |
| 95. -VANGUARD EMERGING MARKET | | | | | Sold (part) | 02/19/13 | J | A | |
| 96. | | | | | Sold | 08/08/13 | J | | |
| 97. -JPMORGAN TR I GROWTH ADVANTAGE FUND SELECT | | | | | | | | | |
| 98. -JPM INTERMEDIATE TAX FREE BD | | | | | Sold | 08/12/13 | K | | |
| 99. -JPM LARGE CAP GROWTH FD | | | | | Sold (part) | 02/19/13 | J | A | |
| 100. | | | | | Sold (part) | 10/29/13 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 101. -ASTON RIVER RD DIV ALL CAP (FORMERLY ASTON FDS) | | | | | Buy (add'l) | 02/19/13 | J | | |
| 102. -GATEWAY FUND | | | | | Buy | 02/19/13 | J | | |
| 103. -RIDGEWORTH FDS SEIX FLRT HI I | | | | | Buy (add'l) | 02/19/13 | J | | |
| 104. | | | | | Sold (part) | 08/12/13 | J | A | |
| 105. | | | | | Sold | 10/29/13 | J | A | |
| 106. -ARBITRAGE FUNDS | | | | | Buy | 02/19/13 | J | | |
| 107. -PRUDENTIAL TOTAL RETURN BD | | | | | Buy | 08/12/13 | J | | |
| 108. -BLACKROCK HIGH YIELD BOND | | | | | Sold (part) | 08/12/13 | J | A | |
| 109. | | | | | Sold | 10/29/13 | J | A | |
| 110. -PRIMECAP ODYSSEY FUNDS | | | | | | | | | |
| 111. -DOUBLELINE FDS TR TTL RTN BD I | | | | | | | | | |
| 112. -CULLEN HIGH DIVIDEND EQUITY FUND | | | | | Sold | 10/29/13 | J | B | |
| 113. -VANGUARD MSCI EUROPE ETF | | | | | Sold | 10/30/13 | J | A | |
| 114. -DELAWARE EMERGING MARKETS FUND | | | | | Buy | 02/19/13 | J | | |
| 115. | | | | | Sold (part) | 08/08/13 | J | | |
| 116. -JPM REALTY INCOME FD | | | | | Sold | 09/19/13 | J | A | |
| 117. -JPM INTREPID EUROPEAN FD | | | | | Buy | 10/29/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. -NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | | | | | Buy (add'l) | 02/19/13 | J | | |
| 119. ▮▮▮ Trust #17 - List of assets: | D | Int./Div. | P1 | T | | | | | |
| 120. - Cash JPMorgan Tax Free Money Market | | | | | Closed | 01/01/13 | M | | |
| 121. - CASH - JPMORGAN TAX FREE INSTL SWEEP FD | | | | | Open | 01/01/13 | M | | |
| 122. -JPMORGAN TR I GROWTH ADVANTAGE FUND (X) | | | | | | | | | |
| 123. - JPMORGAN MID CAP VALUE FUND | | | | | Buy (add'l) | 02/19/13 | K | | |
| 124. -JPM CHINA REGION FD | | | | | Buy | 02/19/13 | K | | |
| 125. -JPM SH INT MUNI BD FD | | | | | Buy | 02/19/13 | K | | |
| 126. | | | | | Buy (add'l) | 08/12/13 | M | | |
| 127. -MATTHEWS PACIFIC TIGER FUND | | | | | | | | | |
| 128. -FMI LARGE CAP FUND (FORMERLY FMI FDS INC) | | | | | Sold (part) | 02/19/13 | K | D | |
| 129. -JPMORGAN US LARGE CAP CORE | | | | | | | | | |
| 130. -JPM STRAT INC OPP FD (FORMERLY JP MORGAN STRATEGIC INCOME) | | | | | Buy (add'l) | 02/19/13 | J | | |
| 131. | | | | | Buy (add'l) | 08/12/13 | K | | |
| 132. -ARBITRAGE FUNDS | | | | | Buy | 02/19/13 | J | | |
| 133. -DELAWARE EMERGING MARKETS FUND | | | | | Buy | 02/19/13 | K | | |
| 134. | | | | | Sold (part) | 08/08/13 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. -DODGE & COX INTERNATIONAL STOCK | | | | | Buy | 02/19/13 | K | | |
| 136. | | | | | Buy (add'l) | 05/24/13 | K | | |
| 137. | | | | | Buy (add'l) | 08/08/13 | K | | |
| 138. | | | | | Buy (add'l) | 10/29/13 | K | | |
| 139. -DREYFUS LAUREL EMG MKT DEBT LOC | | | | | Buy | 02/19/13 | K | | |
| 140. | | | | | Sold (part) | 09/10/13 | K | | |
| 141. -PRUDENTIAL TOTAL RETURN BD | | | | | Buy | 08/12/13 | K | | |
| 142. -GATEWAY FUND | | | | | Buy | 02/19/13 | J | | |
| 143. -SPDR S&P 500 ETF TRUST | | | | | Buy | 05/24/13 | K | | |
| 144. | | | | | Buy (add'l) | 07/02/13 | K | | |
| 145. | | | | | Buy (add'l) | 08/08/13 | K | | |
| 146. -JPM INTREPID EUROPEAN FD | | | | | Buy | 10/29/13 | K | | |
| 147. -ISHARES MSCI EAFE INDEX FUND | | | | | Buy | 08/08/13 | K | | |
| 148. | | | | | Buy (add'l) | 10/30/13 | L | | |
| 149. -ABERDEEN ASIA PACIFIC EX JAPAN | | | | | | | | | |
| 150. -ARTISAN INTL VALUE FUND | | | | | Sold (part) | 02/19/13 | K | C | |
| 151. -HIGHBRIDGE DYNAMIC COMMODITIES | | | | | Sold | 02/19/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. -EATON VANCE MUT FDS FLT RT | | | | | | | | | |
| 153. -EATON VANCE MUT FDS- GLOBAL MACRO | | | | | | | | | |
| 154. -VANGUARD EMERGING MARKET | | | | | Sold | 08/08/13 | K | | |
| 155. -JPMORGAN TR 1 (Y) | | | | | | | | | |
| 156. -BARC BREN EAFE 2/23/12 (Y) | | | | | | | | | |
| 157. -BARC CONT BUFF EEQ SPX 7/5/12 (Y) | | | | | | | | | |
| 158. -GS BREN EAFE 3/21/12 (Y) | | | | | | | | | |
| 159. -GS BREN EAFE 6/20/12 (Y) | | | | | | | | | |
| 160. -HSBC BREN ASIA BASKET 4/4/12 (Y) | | | | | | | | | |
| 161. -SG BREN EAFE 4/18/12 10% (Y) | | | | | | | | | |
| 162. -DB REN SPX 4/25/12 8/65% (Y) | | | | | | | | | |
| 163. -DB REN SPX 5/16/12 (Y) | | | | | | | | | |
| 164. -JPM INTERMEDIATE TAX FREE BD | | | | | Sold | 08/12/13 | M | | |
| 165. -DB 95% PPN FX BASKET 2/1/13 LNKED TO MXN INR | | | | | Redeemed | 02/01/13 | J | | |
| 166. -MS MARKET PLUS SPX 2/14/13 | | | | | Redeemed | 02/15/13 | K | D | |
| 167. -BARC 93% PPN BRIC BASKET 9/13/13 | | | | | Redeemed | 09/13/13 | J | | |
| 168. -HSBC CONT BUFF EQ SPX 10/17/12 (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 169. -GS MARKET PLUS GOLD NOTE 10/22/12 (Y) | | | | | | | | | |
| 170. -GS BREN EEM 11/5/12 10% BUFFER (Y) | | | | | | | | | |
| 171. -BARC BREN COMMODITY BSKT 12/19/13 (Y) | | | | | | | | | |
| 172. -CS AUTOCALL BRENT CRUDE NOTE 7/25/12 (Y) | | | | | | | | | |
| 173. -JPM LARGE CAP GROWTH FD | | | | | Sold (part) | 02/19/13 | K | B | |
| 174. | | | | | Sold (part) | 10/29/13 | K | D | |
| 175. -ASTON RIVER RD DIV ALL CAP VALUE FD (FORMERLY ASTON FDS) | | | | | Buy (add'l) | 02/19/13 | K | | |
| 176. -HSBC BREN EAFE 3/6/13 | | | | | Redeemed | 03/06/13 | K | B | |
| 177. -HSBC BREN EAFE 4/4/13 | | | | | Redeemed | 04/04/13 | K | A | |
| 178. -BARC BREN ASIA BASKET 4/17/13 | | | | | Redeemed | 04/17/13 | K | A | |
| 179. -BARC REN SPX 9/04/14 (Y) | | | | | Buy (add'l) | 08/16/13 | K | | |
| 180. -HSBC BREN EAFE 5/1/13 | | | | | Redeemed | 05/01/13 | K | C | |
| 181. -DB BRENT CBEN 10/25/12 (Y) | | | | | | | | | |
| 182. -BNP CONT BUFF EQ SPX 5/30/13 | | | | | Redeemed | 05/30/13 | K | D | |
| 183. -RIDGEWORTH FDS SEIX FLRT HI I | | | | | Buy (add'l) | 02/19/13 | K | | |
| 184. | | | | | Sold (part) | 08/12/13 | K | A | |
| 185. | | | | | Sold (part) | 10/29/13 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. -BLACKROCK HIGH YIELD BOND | | | | | Sold (part) | 08/12/13 | K | B | |
| 187. | | | | | Sold | 10/29/13 | K | B | |
| 188. -PRIMECAP ODYSSEY FUNDS | | | | | Sold (part) | 08/16/13 | J | B | |
| 189. -DOUBLELINE FDS TR TTL RTN | | | | | | | | | |
| 190. -CULLEN HIGH DIVIDEND EQUITY FUND | | | | | Sold | 10/29/13 | L | D | |
| 191. -BNP BREN EFA 7/10/13 | | | | | Redeemed (part) | 07/10/13 | K | C | |
| 192. | | | | | Redeemed | 07/31/13 | K | D | |
| 193. | | | | | | | | | |
| 194. -HSBC BREN MXEA 3/19/14 | | | | | Buy | 03/01/13 | K | | |
| 195. -BARC BREN MXEA 4/16/14 | | | | | Buy | 03/28/13 | K | | |
| 196. -BARC REN MXASJ 4/30/14 | | | | | Buy | 04/12/13 | K | | |
| 197. -DB MARKET PLUS SX5E 3/19/14 | | | | | | | | | |
| 198. -SG MARKET PLUS MXEA 5/14/14 | | | | | Buy | 04/26/13 | K | | |
| 199. -UBS PARTICIPATING GOLD NOTE 10/31/13 | | | | | Redeemed | 10/31/13 | K | | |
| 200. -SG BRENT CBEN 11/01/13 | | | | | Redeemed | 11/01/13 | K | B | |
| 201. -NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | | | | | | | | | |
| 202. ▨ Trust #1 - List of assets: | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 203.  -Capital Core Bond Fund | | | | | Sold<br>(part) | 1/25/13 | J | | |
| 204. | | | | | Sold<br>(part) | 03/06/13 | J | | |
| 205. | | | | | Sold<br>(part) | 04/25/13 | J | | |
| 206. | | | | | Sold<br>(part) | 07/25/13 | J | | |
| 207. | | | | | Sold<br>(part) | 10/24/13 | J | | |
| 208.  - SSGA US Gov Money Market Fund | | | | | | | | | |
| 209.  ▓ Trust #2 - List of assets: | D | Dividend | O | T | | | | | |
| 210.  -CAPITAL CORE BOND FUND | | | | | Sold<br>(part) | 01/25/13 | J | | |
| 211. | | | | | Sold<br>(part) | 03/06/13 | J | | |
| 212. | | | | | Sold<br>(part) | 04/25/13 | J | | |
| 213. | | | | | Sold<br>(part) | 07/25/13 | J | | |
| 214. | | | | | Sold<br>(part) | 10/24/13 | J | | |
| 215.  -SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 216.  ▓ Trust #3 - List of assets: | B | Interest | P1 | T | | | | | |
| 217.  -CASH JP MORGAN CHASE | | | | | | | | | |
| 218.  CASH JP MORGAN CHASE | D | Interest | O | T | | | | | |
| 219.  CAPITAL GUARDIAN: | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 220.  -Sun Hung Kai Prop (Y) | A | Dividend | | | | | | | |
| 221.  -Nestle SA (Y) | C | Dividend | | | Sold<br>(part) | 02/14/13 | K | D | |
| 222.  -Cie Financiere Richemon Reg (formerly Richemont Cie Fin (Y) | B | Dividend | | | Sold<br>(part) | 02/14/13 | K | D | |
| 223. | | | | | Sold<br>(part) | 03/25/13 | J | C | |
| 224.  -Samsung Elec Gds (Y) | A | Dividend | | | Sold<br>(part) | 07/19/13 | J | B | |
| 225. | | | | | Sold<br>(part) | 07/22/13 | J | B | |
| 226.  -L'Air Liquide (Y) | C | Dividend | | | | | | | |
| 227.  -HSBC HOLDINGS PLC ADR SPON NEW (Y) | B | Dividend | | | Sold<br>(part) | 02/14/13 | K | | |
| 228.  -RECKITT BENCKISER (Y) | B | Dividend | | | | | | | |
| 229.  -AMERICA MOVIL (Y) | | None | | | | | | | |
| 230.  -STANDARD CHARTERED (Y) | D | Dividend | | | Buy<br>(add'l) | 02/07/13 | K | | |
| 231. | | | | | Buy<br>(add'l) | 05/22/13 | K | | |
| 232.  -ESSILOR INTL (Y) | A | None | | | Sold<br>(part) | 02/11/13 | K | D | |
| 233.  -KONINKLIJKE KPN NV (Y) | | None | | | | | | | |
| 234.  -KONINKLIJKE DSM NV (Y) | B | None | | | | | | | |
| 235.  -EMERSON ELECTRIC (Y) | A | Dividend | | | Sold<br>(part) | 02/14/13 | K | D | |
| 236. | | | | | Donated<br>(part) | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 237. -ILLINOIS TOOL WORKS (Y) | A | Dividend | | | | | | | |
| 238. -SCHLUMBERGER LTD (Y) | C | Dividend | | | Donated<br>(part) | 02/08/13 | J | | |
| 239. -UNION PACIFIC CORP (Y) | A | Dividend | | | Buy<br>(add'l) | 02/14/13 | K | | |
| 240. | | | | | Donated<br>(part) | | | | |
| 241. -AIR PRODUCTS & CHEMICALS (Y) | C | Dividend | | | Sold<br>(part) | 01/11/13 | J | A | |
| 242. | | | | | Sold<br>(part) | 01/14/13 | J | B | |
| 243. -MICROSOFT CORP (Y) | B | Dividend | | | | | | | |
| 244. -ROYAL DUTCH SHELL | C | Dividend | | | Sold<br>(part) | 02/14/13 | K | B | |
| 245. | | | | | Sold<br>(part) | 05/20/13 | K | | |
| 246. | | | | | Sold<br>(part) | 05/21/13 | J | B | |
| 247. | | | | | Sold<br>(part) | 09/13/13 | J | A | |
| 248. | | | | | Sold<br>(part) | 09/16/13 | J | B | |
| 249. | | | | | Sold<br>(part) | 09/17/13 | J | B | |
| 250. | | | | | Sold<br>(part) | 09/17/13 | K | D | |
| 251. | | | | | Sold | 09/18/13 | K | D | |
| 252. -UNITED TECHNOLOGIES (Y) | C | Dividend | | | Sold<br>(part) | 02/14/13 | K | B | |
| 253. -FEDEX CORP (Y) | A | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254.  -ALLERGAN INC (Y) | A | Dividend | | | Buy (add'l) | 02/14/13 | L | | |
| 255. | | | | | Donated (part) | | | | |
| 256. | | | | | Sold (part) | 06/03/13 | J | | |
| 257. | | | | | Sold (part) | 06/04/13 | J | | |
| 258. | | | | | Sold (part) | 06/06/13 | J | | |
| 259.  -RIO TINTO (Y) | B | Dividend | | | Sold (part) | 03/21/13 | K | | |
| 260. | | | | | Sold (part) | 03/21/13 | J | | |
| 261. | | | | | Sold (part) | 03/22/13 | J | | |
| 262. | | | | | Sold (part) | 06/11/13 | K | | |
| 263. | | | | | Sold (part) | 07/05/13 | J | | |
| 264. | | | | | Sold (part) | 07/05/13 | J | | |
| 265. | | | | | Sold (part) | 07/04/13 | J | | |
| 266.  -SAP AG (Y) | A | Dividend | | | Buy (add'l) | 02/14/13 | K | | |
| 267.  -COMCAST CORP CL A (NEW) (Y) | C | Dividend | | | Buy (add'l) | 02/14/13 | K | | |
| 268. | | | | | Donated (part) | | | | |
| 269.  - CAE INC (X) (Y) | B | Dividend | | | Buy | 02/14/13 | K | | |
| 270.  -HONG KONG/ CHINA GAS | A | Dividend | | | Sold (part) | 02/07/13 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 271. | | | | | Sold<br>(part) | 02/08/13 | K | D | |
| 272. | | | | | Sold<br>(part) | 09/02/13 | J | B | |
| 273. | | | | | Sold<br>(part) | 09/03/13 | J | C | |
| 274. | | | | | Sold<br>(part) | 09/05/13 | J | C | |
| 275. | | | | | Sold<br>(part) | 09/09/13 | J | C | |
| 276. | | | | | Sold<br>(part) | 09/11/13 | J | C | |
| 277. | | | | | Sold | 09/12/13 | J | C | |
| 278. -BHP BILLITON LTD (Y) | B | Dividend | | | Sold<br>(part) | 05/27/13 | K | | |
| 279. | | | | | Buy<br>(add'l) | 08/29/13 | K | | |
| 280. -DAVITA (Y) | | None | | | | | | | |
| 281. -FANUC CO (Y) | B | Dividend | | | Buy<br>(add'l) | 05/24/13 | K | | |
| 282. | | | | | Buy<br>(add'l) | 06/14/13 | K | | |
| 283. -AGILENT TECHNOLOGIES INC | A | Dividend | | | Buy<br>(add'l) | 02/14/13 | K | | |
| 284. | | | | | Sold<br>(part) | 06/26/13 | K | | |
| 285. | | | | | Sold<br>(part) | 06/26/13 | J | B | |
| 286. | | | | | Sold | 06/27/13 | J | D | |
| 287. -COCA-COLA AMATIL LTD (Y) | C | None | | | Buy<br>(add'l) | 01/16/13 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 288.  -L'OREAL (Y) | A | Dividend | | | | | | | |
| 289.  -NATIONAL INSTRUMENTS CORP | A | Dividend | | | Sold<br>(part) | 05/13/13 | J | C | |
| 290. | | | | | Sold<br>(part) | 05/14/13 | J | B | |
| 291. | | | | | Sold<br>(part) | 05/15/13 | J | C | |
| 292. | | | | | Sold<br>(part) | 05/16/13 | J | B | |
| 293. | | | | | Sold | 05/17/13 | J | A | |
| 294.  -BAYER AG (Y) | C | Dividend | | | Buy<br>(add'l) | 06/20/13 | K | | |
| 295. | | | | | Buy<br>(add'l) | 07/01/13 | J | | |
| 296.  -TREND MICRO (Y) | A | Dividend | | | Buy<br>(add'l) | 04/05/13 | K | | |
| 297. | | | | | Buy<br>(add'l) | 04/08/13 | J | | |
| 298.  -DANAHER CORP (Y) | A | Dividend | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 299. | | | | | Buy<br>(add'l) | 02/12/13 | J | | |
| 300. | | | | | Donated<br>(part) | | | | |
| 301.  -NEWCREST MINING NPV | A | Dividend | | | Sold<br>(part) | 04/02/13 | J | | |
| 302. | | | | | Sold | 04/04/13 | J | | |
| 303.  -BARRICK GOLD CORP C$ | A | Dividend | | | Sold<br>(part) | 03/18/13 | K | | |
| 304. | | | | | Sold | 09/09/13 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. -BARRICK GOLD CORP US$ (X) | A | Dividend | | | Sold | 09/09/13 | J | | |
| 306. -NY ST TWY AU AMBAC 5% 4/1/2019 (Y) | E | Interest | | | | | | | |
| 307. -PORT AUTH NY/NJ SER 163 5.0% 7/15/21 (Y) | E | Interest | | | | | | | |
| 308. -SOFTBANK CORP (Y) | B | Dividend | | | Sold (part) | 02/12/13 | K | E | |
| 309. | | | | | Sold (part) | 04/05/13 | K | D | |
| 310. -THE WALT DISNEY CO (Y) | | None | | | Donated (part) | | | | |
| 311. | | | | | Sold (part) | 03/08/13 | J | D | |
| 312. -TARGET CORP (Y) | B | Dividend | | | | | | | |
| 313. -CAMECO CORP (Y) | | None | | | | | | | |
| 314. -CERNER CORP (Y) | | None | | | Donated (part) | | | | |
| 315. | | | | | Sold (part) | 02/14/13 | K | D | |
| 316. -SWIRE PROPERTIES LTD (Y) | B | Dividend | | | | | | | |
| 317. - BARCLAYS PLC (Y) | A | Dividend | | | Buy (add'l) | 05/13/13 | J | | |
| 318. -SAP AG SPON ADR (Y) | A | Dividend | | | | | | | |
| 319. -Progressive Corp Ohio (Y) | A | Dividend | | | Sold (part) | 02/14/13 | K | C | |
| 320. -Google Inc (Y) | | None | | | | | | | |
| 321. -Boeing Co (Y) | B | Dividend | | | Buy (add'l) | 05/23/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 323. | | | | | Buy (add'l) | 06/26/13 | L | | |
| 324. -Genpact LTD (Y) | | None | | | Sold (part) | 02/11/13 | J | A | |
| 325. | | | | | Sold (part) | 02/11/13 | J | A | |
| 326. -Allegheny Tech (Y) | A | Dividend | | | | | | | |
| 327. -Pernod Ricard SA (Y) | B | Dividend | | | Sold (part) | 02/14/13 | K | C | |
| 328. -NORDSTROM INC (Y) | A | Dividend | | | | | | | |
| 329. -CARNIVAL CORP COMMON PAIRED STOCK (Y) | B | Dividend | | | Sold (part) | 07/01/13 | L | C | |
| 330. | | | | | Sold (part) | 08/19/13 | K | B | |
| 331. | | | | | Sold (part) | 08/20/13 | J | B | |
| 332. | | | | | Sold (part) | 08/20/13 | J | B | |
| 333. -GOLDMAN SACHS GROUP INC (Y) | B | Dividend | | | Buy (add'l) | 01/07/13 | J | | |
| 334. -NYC TFA B 5.0% 8/1/2021 | A | Interest | | | Sold | 01/28/13 | N | D | |
| 335. -IMPERIAL TOBACCO PLC (Y) | C | Dividend | | | Buy (add'l) | 02/11/13 | K | | |
| 336. -AMERICAN TOWER CORP (Y) | B | Dividend | | | | | | | |
| 337. -PHILIP MORRIS INT'L (Y) | C | Dividend | | | Donated (part) | | | | |
| 338. -APPLE INC (Y) | B | Dividend | | | Buy (add'l) | 02/14/13 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 339. | | | | | Donated<br>(part) | | | | |
| 340. -BG GROUP PLC (Y) | A | Dividend | | | Buy<br>(add'l) | 01/18/13 | J | | |
| 341. | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 342. | | | | | Sold<br>(part) | 06/07/13 | J | | |
| 343. | | | | | Sold<br>(part) | 06/10/13 | J | | |
| 344. | | | | | Sold<br>(part) | 06/12/13 | J | | |
| 345. | | | | | Sold<br>(part) | 06/14/13 | J | | |
| 346. | | | | | Sold<br>(part) | 06/18/13 | J | | |
| 347. | | | | | Sold<br>(part) | 07/12/13 | J | | |
| 348. | | | | | Sold<br>(part) | 07/15/13 | J | | |
| 349. | | | | | Sold<br>(part) | 08/29/13 | J | A | |
| 350. | | | | | Sold<br>(part) | 08/30/13 | J | A | |
| 351. | | | | | Sold<br>(part) | 09/02/13 | J | B | |
| 352. -BNP PARIBAS (Y) | C | Dividend | | | Buy<br>(add'l) | 02/14/13 | K | | |
| 353. | | | | | Buy<br>(add'l) | 03/05/13 | K | | |
| 354. | | | | | Sold<br>(part) | 07/31/13 | K | | |
| 355. -BROADCOM CORP (Y) | B | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 356. -ECOLAB INC (Y) | A | Dividend | | | Donated (part) | | | | |
| 357. | | | | | Sold (part) | 07/01/13 | K | E | |
| 358. | | | | | Sold (part) | 07/02/13 | K | E | |
| 359. -INTERNATIONAL BUSINESS MACHINES CORP (Y) | B | Dividend | | | Sold (part) | 05/01/13 | K | E | |
| 360. | | | | | Sold (part) | 07/10/13 | K | D | |
| 361. | | | | | Sold (part) | 07/10/13 | K | D | |
| 362. | | | | | Sold (part) | 07/11/13 | L | E | |
| 363. | | | | | Sold (part) | 07/12/13 | K | D | |
| 364. -IRON MOUNTAIN INC (Y) | B | Dividend | | | | | | | |
| 365. -KEYENCE CORP (Y) | A | Dividend | | | Sold (part) | 02/14/13 | K | D | |
| 366. -MUENCHENER RUECK NAMEN VINK (Y) | | None | | | | | | | |
| 367. -NUCOR CORP (Y) | B | Dividend | | | | | | | |
| 368. -QUALCOMM INC (Y) | A | Dividend | | | Donated (part) | | | | |
| 369. -SMC CORP (Y) | B | Dividend | | | | | | | |
| 370. -DANONE (Y) | B | Dividend | | | | | | | |
| 371. -MONSANTO CO NEW COM (Y) | C | Dividend | | | Buy (add'l) | 02/14/13 | L | | |
| 372. | | | | | Donated (part) | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 373. | | | | | Sold<br>(part) | 07/01/13 | J | | |
| 374. | | | | | Sold<br>(part) | 07/01/13 | J | | |
| 375. | | | | | Sold<br>(part) | 07/02/13 | J | | |
| 376. | | | | | Donated<br>(part) | | | | |
| 377. -SCHWAB CHARLES NEW (Y) | A | Dividend | | | Sold<br>(part) | 02/14/13 | K | D | |
| 378. -WESTPAC BANKING CORP (Y) | | None | J | | | | | | |
| 379. -SONOVA HOLDING AG | A | Dividend | J | T | Sold<br>(part) | 01/15/13 | J | | |
| 380. | | | | | Sold<br>(part) | 01/15/13 | J | A | |
| 381. | | | | | Sold<br>(part) | 01/16/13 | J | A | |
| 382. | | | | | Sold<br>(part) | 01/16/13 | J | A | |
| 383. | | | | | Sold<br>(part) | 01/17/13 | J | A | |
| 384. | | | | | Sold<br>(part) | 05/21/13 | K | D | |
| 385. | | | | | Sold<br>(part) | 05/27/13 | J | A | |
| 386. | | | | | Sold<br>(part) | 05/28/13 | J | A | |
| 387. | | | | | Sold<br>(part) | 05/29/13 | J | A | |
| 388. | | | | | Sold<br>(part) | 05/30/13 | J | A | |
| 389. | | | | | Sold<br>(part) | 05/31/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 390. | | | | | Sold (part) | 05/31/13 | J | A | |
| 391. | | | | | Sold (part) | 05/31/13 | J | A | |
| 392. | | | | | Sold (part) | 06/13/13 | J | A | |
| 393. | | | | | Sold (part) | 06/17/13 | J | A | |
| 394. | | | | | Sold (part) | 06/18/13 | J | A | |
| 395. | | | | | Sold (part) | 06/21/13 | J | B | |
| 396. | | | | | Sold (part) | 06/26/13 | J | A | |
| 397. | | | | | Sold | 07/02/13 | J | A | |
| 398. -SWISSCOM AG REG | A | Dividend | | | Sold (part) | 07/18/13 | J | B | |
| 399. | | | | | Sold | 07/19/13 | J | C | |
| 400. -NOVO NORDISK (Y) | B | Dividend | | | Buy (add'l) | 05/22/13 | K | | |
| 401. -CHEVRON CORP (Y) | C | Dividend | | | Buy (add'l) | 02/11/13 | J | | |
| 402. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 403. -NORFOLK SOUTHERN CORP (Y) | B | Dividend | | | Buy (add'l) | 06/11/13 | J | | |
| 404. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 405. -UNITEDHEALTH GROUP INC (Y) | A | Dividend | | | Buy (add'l) | 02/14/13 | K | | |
| 406. | | | | | Donated (part) | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 407.  -VISA INC CL (Y) | A | Dividend | | | Buy (add'l) | 02/14/13 | K | | |
| 408. | | | | | Donated (part) | | | | |
| 409.  -SES FDR CL A (PARIS) (Y) | C | Dividend | | | | | | | |
| 410.  -DIAGEO PLC (Y) | C | Dividend | | | Sold (part) | 02/11/13 | K | E | |
| 411.  -NATIONAL GRID (Y) | C | Dividend | | | | | | | |
| 412.  -HENNES & MAURITZ AB | B | Dividend | | | Sold (part) | 02/13/13 | K | C | |
| 413. | | | | | Sold (part) | 02/14/13 | J | A | |
| 414. | | | | | Sold (part) | 02/14/13 | J | A | |
| 415. | | | | | Sold (part) | 02/15/13 | J | A | |
| 416. | | | | | Sold (part) | 02/15/13 | J | A | |
| 417. | | | | | Sold (part) | 03/11/13 | L | D | |
| 418. | | | | | Sold (part) | 05/16/13 | K | C | |
| 419. | | | | | Sold | 05/16/13 | J | A | |
| 420.  -CENOVUS ENERGY INC C$ (Y) | B | Dividend | | | | | | | |
| 421.  -CENOVUS ENERGY INC US$ (Y) | A | Dividend | | | | | | | |
| 422.  -PENGROWTH ENERGY CORP C$ | A | Dividend | | | Sold (part) | 01/25/13 | J | | |
| 423. | | | | | Sold | 01/29/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 424.   -CHINA SHENHUA ENERGY | | None | | | Sold (part) | 03/22/13 | J | | |
| 425. | | | | | Sold (part) | 03/25/13 | J | | |
| 426. | | | | | Sold (part) | 03/26/13 | J | | |
| 427. | | | | | Sold (part) | 03/27/13 | J | | |
| 428. | | | | | Sold (part) | 03/28/13 | J | | |
| 429. | | | | | Sold (part) | 04/05/13 | J | | |
| 430. | | | | | Sold | 04/08/13 | J | | |
| 431.   -3M COMPANY (X) (Y) | A | Dividend | | | | | | | |
| 432.   -REPUBLIC SERVICES INC (X)(Y) | B | Dividend | | | | | | | |
| 433.   -STANLEY BLACK & DECKER | A | Dividend | | | Sold (part) | 02/08/13 | J | A | |
| 434. | | | | | Sold (part) | 02/11/13 | J | A | |
| 435. | | | | | Sold (part) | 04/05/13 | J | B | |
| 436. | | | | | Sold (part) | 04/08/13 | J | B | |
| 437. | | | | | Sold (part) | 04/10/13 | J | B | |
| 438. | | | | | Sold (part) | 04/11/13 | J | C | |
| 439. | | | | | Sold | 04/24/13 | J | B | |
| 440.   -ICICI BANK LTD SPON (Y) | B | Dividend | | | Sold (part) | 07/01/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 441. | | | | | Sold (part) | 07/02/13 | J | | |
| 442. | | | | | Sold (part) | 07/03/13 | J | | |
| 443. | | | | | Sold (part) | 07/08/13 | K | | |
| 444. | | | | | Sold (part) | 07/24/13 | J | | |
| 445. | | | | | Sold (part) | 07/25/13 | J | | |
| 446. | | | | | Sold (part) | 07/25/13 | J | | |
| 447. | | | | | Sold (part) | 07/26/13 | J | | |
| 448. | | | | | Sold (part) | 07/29/13 | J | | |
| 449. -BRISTOL-MYERS SQUIBB CO (Y) | D | Dividend | | | | | | | |
| 450. -SCRIPPS NETWORKS INTERACTIVE (Y) | A | Dividend | | | | | | | |
| 451. -NY ST HSG PIT REV 5.0% 9/15/2025 (Y) | C | Interest | | | | | | | |
| 452. -NY ST THRUWAY (2ND BRDGE & HWY) 12A 5.0% 4/1/20 (Y) | D | Interest | | | | | | | |
| 453. -NY ST DORM SUNY 11A 5.0% 7-01-17 (Y) | D | Interest | | | | | | | |
| 454. -NY LGAC 5.0% 4/1/2013 | D | Interest | | | Sold | 04/01/13 | N | A | |
| 455. -NY ST DORM AUTH CITY UNIV SYS 5.0% 07/01/21 (Y) | A | Interest | | | Buy (add'l) | 06/13/13 | M | | |
| 456. -NY ST DORM AUTH ST UNIV MBIA 5.0% 7/1/15 (Y) | E | Interest | | | | | | | |
| 457. -DC WTR & SWR REV SER A SF 4.80% 10/1/2024 (Y) | E | Interest | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 458. -ARIZON A HEALTH FACS AUTH HOSP SYS REV VAR 02/01/2042 (X) | A | Interest | | | Sold | 02/26/13 | M | | |
| 459. -NY CITY MUNI WTR AUTH 09EE 5.0% 6/15/18 (Y) | E | Interest | | | | | | | |
| 460. -NY MTA TRIBOROUGH B&T SER A 5% 11/15/16 (Y) | E | Interest | | | Buy (add'l) | 06/13/13 | M | | |
| 461. -MTA NY TRANSRT REV SER 11C 5.0% 11/15/19 (Y) | D | Interest | | | | | | | |
| 462. NY SALES TAX REC MBIA 5.0% 10/15/21 (Y) | D | Interest | | | | | | | |
| 463. NY ST DORM AUTH PERS INC TAX 5% 3/15/18 (Y) | E | Interest | | | | | | | |
| 464. -NY ST THRUWAY (2ND BRG & HWY) 5.0% 4/1/22 (Y) | C | Interest | | | | | | | |
| 465. -LI PWR AUTH NY 2010A 5.0% 5/1/2014 (Y) | D | Interest | | | | | | | |
| 466. -NY ST EGY PCR NYSEG B (MPT) 3.0% 2/1/29 6/3/13 | C | Interest | | | Sold | 06/03/13 | M | A | |
| 467. -PR ELEC PWR AUTH NN PREFER 5.5% 7/1/18 | D | Interest | | | Sold | 07/01/13 | M | A | |
| 468. -NY DORM AUTH MT SINAI HOSP 5.0% 7/1/14 (Y) | D | Interest | | | | | | | |
| 469. -NYC HLTH AND HOSP 5.0% 2/15/20 (Y) | E | Interest | | | | | | | |
| 470. -MONROE CO NY UNITY HOSP ROCHESTER FHA 5.0% 2/15/15 (Y) | C | Interest | | | | | | | |
| 471. -MONROE CO NY UNITY HOSP ROCHESTER FHA 5.0% 2/15/17 (Y) | C | Interest | | | | | | | |
| 472. -ARIZON A HEALTH FACS AUTH HOSP SYS REV VAR 2/1/2042 | A | Interest | | | Sold | 02/26/13 | M | | |
| 473. -ATLANTA GA ARPT 10C 5.0% 1/1/09 (Y) | C | Interest | | | | | | | |
| 474. -ASML HOLDING NV (Y) | A | Dividend | | | Buy (add'l) | 02/14/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 475. | | | | | Buy (add'l) | 06/27/13 | K | | |
| 476. -BOC HONG KONG HOLDINGS LTD (Y) | B | Dividend | | | | | | | |
| 477. -BANK OF CHINA LTD (Y) | C | Dividend | | | Sold (part) | 02/08/13 | K | | |
| 478. - SCHNEIDER ELECTRIC SA (Y) | C | Dividend | | | Buy (add'l) | 05/01/13 | L | | |
| 479. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 480. | | | | | Sold (part) | 07/15/13 | J | | |
| 481. | | | | | Sold (part) | 07/15/13 | J | | |
| 482. | | | | | Sold (part) | 07/16/13 | J | | |
| 483. | | | | | Sold (part) | 07/16/13 | J | | |
| 484. | | | | | Sold (part) | 07/16/13 | J | | |
| 485. | | | | | Sold (part) | 07/17/13 | J | | |
| 486. | | | | | Sold (part) | 07/17/13 | J | | |
| 487. -JGC CORP | | None | | | Sold (part) | 02/07/13 | K | D | |
| 488. | | | | | Sold (part) | 02/15/13 | K | D | |
| 489. | | | | | Sold | 02/18/13 | J | B | |
| 490. - AIA GROUP (Y) | B | Dividend | | | Buy (add'l) | 06/20/13 | K | | |
| 491. -AON PLC (Y) | A | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 492. -HALLIBURTON CO (Y) | B | Dividend | | | Buy<br>(add'l) | 06/28/13 | J | | |
| 493. | | | | | Buy<br>(add'l) | 07/01/13 | K | | |
| 494. -TIME WARNER CABLE INC | A | Dividend | | | Sold<br>(part) | 02/14/13 | K | C | |
| 495. | | | | | Sold<br>(part) | 05/06/13 | K | D | |
| 496. | | | | | Sold | 05/07/13 | J | B | |
| 497. -COACH (Y) | C | Dividend | | | Buy<br>(add'l) | 01/25/13 | J | | |
| 498. | | | | | Buy<br>(add'l) | 01/28/13 | J | | |
| 499. | | | | | Buy<br>(add'l) | 02/26/13 | J | | |
| 500. | | | | | Buy<br>(add'l) | 02/26/13 | J | | |
| 501. | | | | | Buy<br>(add'l) | 02/27/13 | J | | |
| 502. | | | | | Buy<br>(add'l) | 02/28/13 | J | | |
| 503. | | | | | Buy<br>(add'l) | 03/04/13 | J | | |
| 504. | | | | | Buy<br>(add'l) | 03/07/13 | J | | |
| 505. | | | | | Buy<br>(add'l) | 03/13/13 | J | | |
| 506. | | | | | Buy<br>(add'l) | 03/14/13 | J | | |
| 507. | | | | | Buy<br>(add'l) | 03/18/13 | J | | |
| 508. | | | | | Buy<br>(add'l) | 03/21/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 509. -INMET MINING CORP C$ (Y) | | None | | | | | | | |
| 510. -TELUS CORPORATION | A | Dividend | | | Sold<br>(part) | 03/08/13 | J | D | |
| 511. | | | | | Sold<br>(part) | 03/11/13 | J | C | |
| 512. | | | | | Sold | 03/12/13 | J | C | |
| 513. -NOVARTIS AG NAMEN (Y) | C | Dividend | | | Sold<br>(part) | 07/01/13 | K | D | |
| 514. -MET TRANS AUTH NY 4.0% 11/15/14 (Y) | D | Interest | | | | | | | |
| 515. -MET TRANS AUTH NY MBIA 5% 11/15/2015 (Y) | E | Interest | | | | | | | |
| 516. -TIFFANY & CO NEW (Y) | C | Dividend | | | Sold<br>(part) | 08/23/13 | K | D | |
| 517. | | | | | Sold<br>(part) | 08/23/13 | K | D | |
| 518. | | | | | Sold<br>(part) | 08/26/13 | K | D | |
| 519. -NOBLE ENERGY INC (Y) | B | Dividend | | | Buy<br>(add'l) | 03/04/13 | K | | |
| 520. | | | | | Sold<br>(part) | 05/20/13 | J | B | |
| 521. | | | | | Sold<br>(part) | 05/21/13 | J | B | |
| 522. -ORACLE CORP (Y) | A | Dividend | | | Sold<br>(part) | 02/14/13 | K | C | |
| 523. | | | | | Sold<br>(part) | 08/15/13 | J | A | |
| 524. | | | | | Sold<br>(part) | 08/15/13 | K | B | |
| 525. -SSGA US GOV MONEY MARKET FUND (Y) | A | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 526.  - CATERPILLAR INC (Y) | B | Dividend | | | | | | | |
| 527.  - Home Depot Inc (Y) | B | Dividend | | | Buy<br>(add'l) | 02/14/13 | K | | |
| 528. | | | | | Donated<br>(part) | | | | |
| 529.  - JACK HENRY & ASSOC (Y) | B | Dividend | | | Sold<br>(part) | 02/11/13 | J | A | |
| 530. | | | | | Sold<br>(part) | 02/11/13 | K | C | |
| 531. | | | | | Donated<br>(part) | | | | |
| 532.  - MARSH & MCLENNAN COS INC (Y) | C | Dividend | | | Sold<br>(part) | 02/11/13 | J | B | |
| 533. | | | | | Sold<br>(part) | 02/11/13 | J | B | |
| 534.  - NIKE INC CL B (Y) | A | Dividend | | | | | | | |
| 535.  - PROCTER & GAMBLE CO (X) (Y) | B | Dividend | | | Buy<br>(add'l) | 06/11/13 | L | | |
| 536. | | | | | Sold<br>(part) | 04/29/13 | J | A | |
| 537.  - Signet Jewelers Ltd (Y) | A | Dividend | | | | | | | |
| 538.  - AJINOMOTO CO (Y) | B | Dividend | | | Sold<br>(part) | 05/21/13 | K | D | |
| 539.  - ENCANA | | None | | | Sold<br>(part) | 01/11/13 | J | | |
| 540. | | | | | Sold<br>(part) | 01/14/13 | K | | |
| 541. | | | | | Sold<br>(part) | 01/15/13 | K | | |
| 542. | | | | | Sold<br>(part) | 01/16/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 543. | | | | | Sold<br>(part) | 01/17/13 | K | | |
| 544. | | | | | Sold<br>(part) | 01/18/13 | J | | |
| 545. | | | | | Sold<br>(part) | 01/22/13 | J | | |
| 546. | | | | | Sold<br>(part) | 01/23/13 | J | | |
| 547. | | | | | Sold<br>(part) | 01/24/13 | J | | |
| 548. | | | | | Sold | 01/24/13 | J | A | |
| 549. - HITACHI (Y) | B | Dividend | | | Sold<br>(part) | 05/01/13 | K | | |
| 550. | | | | | Sold<br>(part) | 05/02/13 | J | | |
| 551. | | | | | Sold<br>(part) | 05/07/13 | K | | |
| 552. - LVMH MOET HENNESSY LOUIS<br>VUITTON | | None | | | Sold<br>(part) | 02/08/13 | K | C | |
| 553. | | | | | Sold | 03/14/13 | K | C | |
| 554. - Mitsubishi Corp | A | Dividend | | | Buy<br>(add'l) | 03/05/13 | J | | |
| 555. | | | | | Sold<br>(part) | 04/09/13 | J | | |
| 556. | | | | | Sold | 04/09/13 | J | | |
| 557. - Premier Farnell | | None | | | Sold<br>(part) | 02/14/13 | J | | |
| 558. | | | | | Sold<br>(part) | 03/15/13 | J | | |
| 559. | | | | | Sold<br>(part) | 03/21/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 560. | | | | | Sold<br>(part) | 03/21/13 | J | | |
| 561. | | | | | Sold<br>(part) | 03/22/13 | J | | |
| 562. | | | | | Sold<br>(part) | 03/25/13 | J | | |
| 563. | | | | | Sold<br>(part) | 03/27/13 | J | | |
| 564. | | | | | Sold<br>(part) | 04/03/13 | J | | |
| 565. | | | | | Sold<br>(part) | 04/10/13 | J | | |
| 566. | | | | | Sold<br>(part) | 04/11/13 | J | | |
| 567. | | | | | Sold | 04/17/13 | J | | |
| 568. - Seadrill Ltd (Y) | C | Dividend | | | Sold<br>(part) | 02/14/13 | K | C | |
| 569. - Sysmex Corp (Y) | A | Dividend | | | Sold<br>(part) | 04/26/13 | J | D | |
| 570. | | | | | Sold<br>(part) | 04/30/13 | J | D | |
| 571. | | | | | Sold<br>(part) | 05/01/13 | J | D | |
| 572. | | | | | Sold<br>(part) | 05/02/13 | J | D | |
| 573. - TE CONNECTIVITY LTD US $ (Y) | A | Dividend | | | Buy<br>(add'l) | 02/14/13 | K | | |
| 574. | | | | | Donated<br>(part) | | | | |
| 575. -NY DORM MEMORIAL SLOAN-KETTERING 7-1-21 (Y) | C | Interest | | | | | | | |
| 576. -NY DORM LONG ISLAND 11A 4.00% 5/1/18 (Y) | D | Interest | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. -NY TOBACCO SETTLE CORP 11A 5.0% 6/1/17 (Y) | C | Interest | | | | | | | |
| 578. -ANDRITZ AG | A | Dividend | | | Sold (part) | 04/03/13 | J | B | |
| 579. | | | | | Sold (part) | 04/10/13 | J | B | |
| 580. | | | | | Sold (part) | 04/10/13 | K | D | |
| 581. | | | | | Sold (part) | 04/24/13 | J | A | |
| 582. | | | | | Sold (part) | 04/30/13 | J | A | |
| 583. | | | | | Sold | 06/27/13 | J | A | |
| 584. -ASSA ABLOY AB B (Y) | B | Dividend | | | | | | | |
| 585. -BLACKROCK INC (Y) | B | Dividend | | | | | | | |
| 586. -BMW AG (Y) | C | Distribution | | | | | | | |
| 587. -COBALT INTERNATIONAL ENERGY (Y) | | None | | | | | | | |
| 588. -NY ST DORM AUTH SCH 13C 5.0% 10-01-22 (Y) | D | Interest | | | Buy (add'l) | 05/22/13 | N | | |
| 589. -DENSO CORP (Y) | A | Dividend | | | Sold (part) | 02/12/13 | K | C | |
| 590. -DISCOVERY COMMUNICATIONS (Y) INC CL A (Y) | | None | | | | | | | |
| 591. -DOW CHEMICAL CO (Y) | B | Dividend | | | | | | | |
| 592. -DRIL-QUIP INC | | None | | | Sold (part) | 07/09/13 | J | C | |
| 593. | | | | | Sold (part) | 07/09/13 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 594. | | | | | Sold<br>(part) | 07/10/13 | J | C | |
| 595. | | | | | Sold<br>(part) | 07/11/13 | J | C | |
| 596. | | | | | Sold<br>(part) | 07/16/13 | J | C | |
| 597. | | | | | Sold<br>(part) | 07/22/13 | J | C | |
| 598. | | | | | Sold | 07/30/13 | J | B | |
| 599. -EATON CORP (Y) | C | Dividend | | | | | | | |
| 600. -ENSCO PLC-CL A (Y) | C | Dividend | | | Sold<br>(part) | 05/21/13 | J | A | |
| 601. -EXPRESS SCRIPTS HOLDING CO (Y) | | None | | | Buy<br>(add'l) | 02/07/13 | K | | |
| 602. | | | | | Buy<br>(add'l) | 02/08/13 | J | | |
| 603. -FUGRO NV | | None | | | Sold<br>(part) | 02/15/13 | J | | |
| 604. | | | | | Sold<br>(part) | 02/22/13 | J | | |
| 605. | | | | | Sold<br>(part) | 02/25/13 | J | | |
| 606. | | | | | Sold<br>(part) | 02/25/13 | J | | |
| 607. | | | | | Sold<br>(part) | 02/26/13 | J | | |
| 608. | | | | | Sold<br>(part) | 02/27/13 | J | | |
| 609. | | | | | Sold<br>(part) | 03/01/13 | J | | |
| 610. | | | | | Sold<br>(part) | 03/01/13 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 611. | | | | | Sold<br>(part) | 03/04/13 | J | | |
| 612. | | | | | Sold | 03/05/13 | J | | |
| 613. -GEMALTO NV (Y) | A | Dividend | | | Buy<br>(add'l) | 03/26/13 | K | | |
| 614. | | | | | Buy<br>(add'l) | 03/27/13 | J | | |
| 615. - HOFSTRA UNIV NU 5.0% 07-01-19 (Y) | A | Interest | | | Buy | 06/13/13 | N | | |
| 616. -GENTING SINGAPORE PLC (Y) | A | Dividend | | | | | | | |
| 617. -GILEAD SCIENCES INC (Y) | | None | | | Sold<br>(part) | 02/14/13 | K | E | |
| 618. | | | | | Sold<br>(part) | 04/30/13 | K | D | |
| 619. | | | | | Sold<br>(part) | 07/02/13 | K | E | |
| 620. | | | | | Sold<br>(part) | 07/02/13 | J | C | |
| 621. | | | | | Sold<br>(part) | 07/03/13 | J | B | |
| 622. | | | | | Sold<br>(part) | 08/23/13 | K | E | |
| 623. | | | | | Sold<br>(part) | 09/11/13 | J | C | |
| 624. -HAMAMATSU PHOTONIC KK (Y) | B | Dividend | | | | | | | |
| 625. -HSBC HOLDINGS PLC UKP (Y) | D | Dividend | | | | | | | |
| 626. -JABIL CIRCUIT INC (Y) | B | Distribution | | | Buy<br>(add'l) | 02/14/13 | K | | |
| 627. -JPMORGAN CHASE & CO (Y) | C | Dividend | | | Sold<br>(part) | 07/01/13 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 628.  -LINDE AG | B | Dividend | | | Sold (part) | 07/10/13 | K | A | |
| 629. | | | | | Sold (part) | 07/10/13 | J | C | |
| 630. | | | | | Sold (part) | 07/15/13 | J | B | |
| 631. | | | | | Sold (part) | 07/18/13 | J | C | |
| 632. | | | | | Sold (part) | 07/19/13 | J | B | |
| 633. | | | | | Sold (part) | 07/23/13 | J | B | |
| 634. | | | | | Sold (part) | 07/26/13 | J | A | |
| 635. | | | | | Sold (part) | 07/31/13 | J | B | |
| 636. | | | | | Sold (part) | 08/01/13 | J | B | |
| 637. | | | | | Sold (part) | 08/06/13 | J | C | |
| 638. | | | | | Sold | 08/08/13 | J | B | |
| 639.  -NIELSEN HOLDINGS NV US$ (Y) | B | Dividend | | | Sold (part) | 02/11/13 | J | B | |
| 640. | | | | | Sold (part) | 02/11/13 | K | B | |
| 641. | | | | | Buy (add'l) | 08/22/13 | J | | |
| 642. | | | | | Buy (add'l) | 08/23/13 | K | | |
| 643. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 644. | | | | | Buy (add'l) | 08/23/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 645. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 646. -OI SA PN ADR | B | Dividend | | | Sold (part) | 01/23/13 | J | | |
| 647. | | | | | Sold (part) | 01/23/13 | J | | |
| 648. | | | | | Sold (part) | 01/24/13 | J | | |
| 649. | | | | | Sold (part) | 01/24/13 | J | | |
| 650. | | | | | Sold (part) | 07/01/13 | J | | |
| 651. | | | | | Sold (part) | 07/02/13 | J | | |
| 652. | | | | | Sold (part) | 07/03/13 | J | | |
| 653. | | | | | Sold (part) | 07/04/13 | J | | |
| 654. | | | | | Sold (part) | 07/05/13 | J | | |
| 655. | | | | | Sold | 07/08/13 | J | | |
| 656. -OI SA ON ADR | A | Dividend | | | Sold (part) | 01/23/13 | J | | |
| 657. | | | | | Sold (part) | 07/01/13 | J | | |
| 658. | | | | | Sold | 07/02/13 | J | | |
| 659. -ROCHE HOLDING AG GENUSSCHEIN (Y) | B | Dividend | | | Buy (add'l) | 02/15/13 | K | | |
| 660. -SAMPO OYJ CL A (Y) | D | Dividend | | | Sold (part) | 02/14/13 | K | C | |
| 661. -SCHNEIDER ELECTRIC SA (Y) | | None | | | Buy (add'l) | 06/10/13 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 662.  -SEATTLE GENETICS INC (Y) | | None | | | Sold<br>(part) | 04/30/13 | J | B | |
| 663. | | | | | Sold<br>(part) | 05/01/13 | J | B | |
| 664. | | | | | Sold<br>(part) | 05/02/13 | J | C | |
| 665. | | | | | Sold<br>(part) | 05/03/13 | J | C | |
| 666. | | | | | Sold<br>(part) | 05/06/13 | J | D | |
| 667. | | | | | Sold<br>(part) | 05/07/13 | J | D | |
| 668.  -SYNGENTA AG (Y) | B | Dividend | | | Sold<br>(part) | 02/14/13 | K | D | |
| 669. | | | | | Buy<br>(add'l) | 06/10/13 | K | | |
| 670. | | | | | Buy<br>(add'l) | 07/10/13 | K | | |
| 671. | | | | | Buy<br>(add'l) | 07/11/13 | K | | |
| 672. | | | | | Buy<br>(add'l) | 07/18/13 | K | | |
| 673.  -WHITBREAD PLC (Y) | A | Dividend | | | Buy<br>(add'l) | 04/04/13 | K | | |
| 674.  -ACCENTURE PLC US$ (Y) | B | Dividend | | | | | | | |
| 675.  -ACE LTD (Y) | A | Dividend | | | | | | | |
| 676.  -AFLAC INC | A | Dividend | | | Sold<br>(part) | 03/15/13 | J | B | |
| 677. | | | | | Sold<br>(part) | 03/18/13 | J | A | |
| 678. | | | | | Sold<br>(part) | 03/18/13 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 679. | | | | | Sold<br>(part) | 03/19/13 | J | A | |
| 680. | | | | | Sold | 04/29/13 | J | B | |
| 681. -DBS GROUP HOLDINGS LTD (Y) | D | Dividend | | | Sold<br>(part) | 02/14/13 | K | C | |
| 682. | | | | | Buy<br>(add'l) | 05/22/13 | K | | |
| 683. -ERIE CO NY IDA SCH FAC BUFFALO 13A 4.0% 5-01-20 (Y) | C | Interest | | | Buy | 05/23/13 | M | | |
| 684. - ERIE CO NY IDA SCH FAC BUFFALO 13A 3.0% 5-01-19 (Y) | B | Interest | | | Buy | 04/17/13 | M | | |
| 685. | | | | | Buy<br>(add'l) | 04/17/13 | M | | |
| 686. -NYC TR FOR CULT JUILLIARD SCH 12B (MPT) VAR 01-01-36 (Y) | C | Interest | | | | | | | |
| 687. -NY DORM AUTH ST JOHNS UNIV 12A 5% 7/1/18 (Y) | D | Interest | | | | | | | |
| 688. -NY DORM AUTH MIRIAM OSBORN 2.75% 7/1/19 (Y) | D | Interest | | | | | | | |
| 689. -MTA NY TRANSPORT REV 12F 5.0% 11/15/19 (Y) | E | Interest | | | | | | | |
| 690. -CME GROUP INC (Y) | C | Dividend | | | Buy<br>(add'l) | 01/11/13 | J | | |
| 691. -MOSAIC CO/THE (Y) | B | Dividend | | | Buy<br>(add'l) | 02/14/13 | K | | |
| 692. | | | | | Buy<br>(add'l) | 03/04/13 | J | | |
| 693. | | | | | Buy<br>(add'l) | 03/05/13 | J | | |
| 694. | | | | | Buy<br>(add'l) | 04/03/13 | K | | |
| 695. | | | | | Buy<br>(add'l) | 04/04/13 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 696. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 697. -MTA NY Transport Rev 13G-1G FRN SF MPT (Y) | A | Interest | | | Buy | 09/27/13 | N | | |
| 698. -SINGAPORE TELECOMM (Y) | C | Dividend | | | | | | | |
| 699. - ORL & ORNG FL EXPWY 12B 5.0% 7/1/20 (Y) | C | Interest | | | Buy (add'l) | 01/01/13 | M | | |
| 700. -MTA NY DEDICATED TAX 08B-3A SIFMA+40BP FRN SF (MPT) VAR (Y) | A | Interest | | | | | | | |
| 701. -CHESAPEAKE VA TOLL RD 12A 4.0% 01/15/19 (Y) | D | Interest | | | | | | | |
| 702. -TRIBOROUGH B/T NY 12A 4.0% 11-15-20 (Y) | D | Interest | | | | | | | |
| 703. -BEAM INC (Y) | B | Dividend | | | | | | | |
| 704. -KINDER MORGAN INC (Y) | B | Dividend | | | Buy (add'l) | 02/14/13 | K | | |
| 705. -RIO TINTO PLC REG (X) (Y) | B | Dividend | | | | | | | |
| 706. -NEWELL RUBBERMAID INC (Y) | C | Dividend | | | Buy (add'l) | 01/01/13 | J | | |
| 707. | | | | | Buy (add'l) | 01/01/13 | J | | |
| 708. | | | | | Buy (add'l) | 01/03/13 | J | | |
| 709. | | | | | Buy (add'l) | 01/07/13 | J | | |
| 710. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 711. | | | | | Buy (add'l) | 01/09/13 | J | | |
| 712. | | | | | Buy (add'l) | 01/10/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 713. | | | | | Buy (add'l) | 01/16/13 | J | | |
| 714. | | | | | Buy (add'l) | 01/28/13 | J | | |
| 715. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 716. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 717.  -IDEX CORP (Y) | A | Dividend | | | Buy (add'l) | 01/30/13 | J | | |
| 718. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 719. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 720.  -STARBUCKS CORP (Y) | A | Dividend | | | Buy (add'l) | 07/17/13 | K | | |
| 721.  -DASNY ROCHESTER INST OF TECH 5.0% 7-1-21 (Y) | D | Interest | | | | | | | |
| 722.  -LI PWR AUTH NY 12B (LIPA) 5.0% 09-01-22 (Y) | D | Interest | | | | | | | |
| 723.  -CORNELL UNIV NY DORMS 08B 5.0% 7/1/24 (Y) | D | Interest | | | | | | | |
| 724.  - SUMITOMO MITSUI TRUST HOLDIN (Y) | A | Dividend | | | Buy | 05/02/13 | L | | |
| 725. | | | | | Buy (add'l) | 07/25/13 | K | | |
| 726.  -IRONWOOD PHARMACEUTICALS INC CL A (X) (Y) | | None | | | Buy | 02/01/13 | J | | |
| 727. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 728. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 729. | | | | | Buy (add'l) | 02/06/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 730. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 731. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 732. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 733. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 734. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 735. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 736. | | | | | Buy (add'l) | 02/20/13 | J | | |
| 737. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 738. | | | | | Buy (add'l) | 02/22/13 | J | | |
| 739. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 740. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 741. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 742. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 743. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 744. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 745. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 746. | | | | | Buy (add'l) | 03/20/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 747. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 748. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 749. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 750. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 751. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 752. | | | | | Buy (add'l) | 05/06/13 | J | | |
| 753. | | | | | Buy (add'l) | 05/17/13 | J | | |
| 754. - MONROE CO NY ROCHESTER GENERAL HOSP 13B 4% 12/01/23 (Y) | D | Interest | | | Buy | 02/14/13 | N | | |
| 755. - NY ST DORM AUTH 11A 5.0% 10/01/18 (Y) | C | Interest | | | Buy | 02/05/13 | M | | |
| 756. - NYC TFA FUT TAX SEC SUB 11E 5% 11/01/18 (Y) | D | Interest | | | Buy | 01/23/13 | M | | |
| 757. -PR SALES TAX SER 11C 5.0% 08-01-22 (X) (Y) | C | Interest | | | Buy | 03/12/13 | M | | |
| 758. -BB&T CORP (X) | | | | | Sold | 04/29/13 | K | B | |
| 759. -TOWERS WATSON & COMPANY CL A (X) (Y) | | None | | | | | | | |
| 760. -ROSS STORES INC (X) (Y) | | None | | | | | | | |
| 761. -NEW YORK TIMES CO CL A (X) (Y) | A | Dividend | | | | | | | |
| 762. - LLOYDS TSB GROUP PLC (X) (Y) | | | | | | | | | |
| 763. - SIRIUS XM RADIO INC (X) (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 764. -SIEMENS AG NAMEN (X) (Y) | | | | | | | | | |
| 765. -MEGGITT PLC (X) (Y) | A | Dividend | | | | | | | |
| 766. -INDITEX (X) (Y) | | None | | | | | | | |
| 767. -FIRST QUANTUM MINERALS LTD C$ (X) (Y) | A | Dividend | | | | | | | |
| 768. -ABBVIE INC (X) (Y) | A | Dividend | | | | | | | |
| 769. -OR PROVIDENCE HLTH C SIFMA+100 FRN (MPT) (Y) | A | Interest | | | Buy | 09/12/13 | N | | |
| 770. -ROYAL CARIBBEAN CRUISES (Y) | A | Dividend | | | Buy | 07/31/13 | J | | |
| 771. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 772. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 773. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 774. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 775. | | | | | Buy (add'l) | 08/05/13 | K | | |
| 776. - NY ST EFC SOLID WST DISP REV WMXX 13A 2.7 (Y) | D | Interest | | | Buy | 06/28/13 | M | | |
| 777. -NY ST HOMEOWNER MTG SER 178 75-400% SF (Y) | B | Interest | | | Buy | 07/11/13 | N | | |
| 778. -NYC LIBERTY ONE BRYANT PARK CL3 SF6.375% 07-15-49 (Y) | D | Interest | | | Buy | 07/17/13 | M | | |
| 779. -LI & FUNG LTD (Y) | | None | | | Buy | 09/02/13 | J | | |
| 780. | | | | | Buy (add'l) | 09/06/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 781. | | | | | Buy<br>(add'l) | 09/26/13 | J | | |
| 782. - DAIMLER AG (Y) | | None | | | Buy | 07/15/13 | K | | |
| 783. - DASNY CULINARY INST AM 3.0%<br>07-01/18 (Y) | D | Interest | | | Buy | 09/05/13 | M | | |
| 784. - B/E AEROSPACE INC (Y) | | None | | | Buy | 07/09/13 | J | | |
| 785. | | | | | Buy<br>(add'l) | 07/09/13 | J | | |
| 786. | | | | | Buy<br>(add'l) | 07/10/13 | J | | |
| 787. | | | | | Buy<br>(add'l) | 07/11/13 | J | | |
| 788. | | | | | Buy<br>(add'l) | 07/17/13 | J | | |
| 789. | | | | | Buy<br>(add'l) | 07/18/13 | J | | |
| 790. | | | | | Buy<br>(add'l) | 07/18/13 | J | | |
| 791. | | | | | Buy<br>(add'l) | 07/19/13 | J | | |
| 792. -AUTOMATIC DATA PROCESSING INC<br>(X) (Y) | A | Dividend | | | Buy | 09/06/13 | L | | |
| 793. | | | | | Buy<br>(add'l) | 09/06/13 | K | | |
| 794. -HDFC BANK LTD (X) (Y) | | None | | | | | | | |
| 795. -CIE FINANCIERE FICHEMON REG (X)<br>(Y) | | None | | | | | | | |
| 796. -CENTENE CORP (X) (Y) | | None | | | Sold<br>(part) | 04/29/13 | J | | |
| 797. -NESTLE NAM SPON ADR (X) (Y) | A | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 798. - New York City GO 5.0% 8/1/18 (X) (Y) | D | Interest | | | | | | | |
| 799. -SUMITOMO MITSUI FINANCIAL GROUP INC (Y) | B | Dividend | | | Buy | 01/07/13 | K | | |
| 800. | | | | | Buy (add'l) | 04/04/13 | K | | |
| 801. -TEXAS INSTRUMENTS INC (Y) | C | Dividend | | | Buy | 03/15/13 | K | | |
| 802. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 803. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 804. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 805. -TOMPKINS NY CORTLAND COMM COLL SFH 5.0% 7-01-21 (Y) | C | Interest | | | Buy | 04/24/13 | M | | |
| 806. -TRIBOROUGH B/T NY 12B 5.0% 11-15-22 (X) (Y) | C | Interest | | | Buy | 01/08/13 | M | | |
| 807. - UNILEVER PLC (X) (Y) | B | Dividend | | | Buy | 03/11/13 | K | | |
| 808. | | | | | Buy (add'l) | 03/11/13 | K | | |
| 809. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 810. | | | | | Buy (add'l) | 05/21/13 | K | | |
| 811. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 812. - VERISIGN INC (X) (Y) | | None | | | Buy | 02/14/13 | K | | |
| 813. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 814. | | | | | Buy (add'l) | 02/15/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 815. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 816. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 817. | | | | | Buy (add'l) | 02/19/13 | K | | |
| 818. | | | | | Buy (add'l) | 03/07/13 | K | | |
| 819. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 820. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 821. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 822. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 823. | | | | | Buy (add'l) | 05/17/13 | J | | |
| 824. | | | | | Buy (add'l) | 05/17/13 | J | | |
| 825.  - WASTE CONNECTIONS INC (X) (Y) | A | Dividend | | | Buy | 05/10/13 | J | | |
| 826. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 827. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 828. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 829. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 830. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 831. | | | | | Buy (add'l) | 06/04/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 832. | | | | | Buy<br>(add'l) | 06/19/13 | J | | |
| 833. | | | | | Buy<br>(add'l) | 06/21/13 | J | | |
| 834. | | | | | Buy<br>(add'l) | 07/01/13 | J | | |
| 835. -WYNN MACAU LTD (X) (Y) | A | Dividend | | | Buy | 07/02/13 | J | | |
| 836. | | | | | Buy<br>(add'l) | 07/03/13 | J | | |
| 837. | | | | | Buy<br>(add'l) | 07/04/13 | J | | |
| 838. -NYC TFA FUT TAX SEC SUB 03B<br>PREREF 5.0% 08-01-21/13 | D | Interest | | | Sold | 01/28/13 | N | D | |
| 839. -KLA- TENCOR CORP (Y) | B | Dividend | | | Sold<br>(part) | 02/14/13 | K | D | |
| 840. | | | | | Sold<br>(part) | 03/08/13 | K | D | |
| 841. | | | | | Donated<br>(part) | | | | |
| 842. -CONOCOPHILLIPS (X) | | None | | | Sold | 04/29/13 | J | A | |
| 843. -DARDEN RESTAURANTS INC (X) | | None | | | Sold | 04/29/13 | J | A | |
| 844. -EBAY INC (X) | | None | | | Sold | 04/29/13 | J | C | |
| 845. -EOG RESOURCES INC (X) | | None | | | Sold | 04/29/13 | J | A | |
| 846. -FIRST QUANTUM MINERALS LTD (X)<br>(Y) | | None | | | | | | | |
| 847. -MURATA MANUFACTURING<br>CO LTD (FORMERLY MURATA<br>MANUFACTURING) (Y) | B | Dividend | | | Sold<br>(part) | 03/08/13 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 848. | | | | | Sold (part) | 05/08/13 | K | D | |
| 849. -PEPSICO INC (X) | | None | | | Sold | 04/29/13 | J | B | |
| 850. -PFIZER INC (X) | | None | | | Sold | 04/29/13 | J | B | |
| 851. -DSM NV RTS EXP 08/26/2013 | | None | | | Sold | 08/26/13 | J | A | |
| 852. RENTAL PROPERTY #14, NORFOLK, VA | E | Rent | M | U | | | | | |
| 853. RENTAL PROPERTY #15, NORFOLK, VA | E | Rent | N | U | | | | | |
| 854. AMERICAN FUNDS IRA- LIST OF ASSETS | D | Int./Div. | M | T | | | | | |
| 855. -EUOPACIFIC GROWTH | | | | | | | | | |
| 856. -THE GROWTH FUND OF AMERICA | | | | | | | | | |
| 857. -CAPITAL INCOME BUILDER | | | | | | | | | |
| 858. ▓ Trust #19 - List of Assets: | A | Int./Div. | J | T | | | | | |
| 859. -NATIONAL INSTRUMENTS CORP | | | | | Sold (part) | 05/13/13 | K | D | |
| 860. | | | | | Sold (part) | 05/14/13 | J | C | |
| 861. | | | | | Sold (part) | 05/15/13 | K | D | |
| 862. | | | | | Sold (part) | 05/16/13 | J | B | |
| 863. | | | | | Sold (part) | 05/16/13 | J | C | |
| 864. | | | | | Sold (part) | 05/17/13 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 865. | | | | | Sold | 05/17/13 | J | B | |
| 866.  -SIRIUS XM RADIO INC (Y) | | | | | Buy | 04/26/13 | K | | |
| 867. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 868. | | | | | Buy<br>(add'l) | 04/24/13 | J | | |
| 869. | | | | | Buy<br>(add'l) | 04/24/13 | J | | |
| 870. | | | | | Buy<br>(add'l) | 04/25/13 | J | | |
| 871. | | | | | Buy<br>(add'l) | 04/25/13 | J | | |
| 872. | | | | | Buy<br>(add'l) | 04/26/13 | J | | |
| 873. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 874. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 875. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 876. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 877. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 878. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 879. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 880. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 881. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 882. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 883. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 884. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 885. | | | | | Buy<br>(add'l) | 04/29/13 | K | | |
| 886. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 887. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 888. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 889.  -Capital Core Bond Fund (Y) | | | | | | | | | |
| 890.  -CME GROUP INC (Y) | | | | | Buy | 01/11/13 | K | | |
| 891.  - Sonova Holding AG | | | | | Sold<br>(part) | 01/15/13 | J | B | |
| 892. | | | | | Sold<br>(part) | 01/15/13 | J | B | |
| 893. | | | | | Sold<br>(part) | 01/16/13 | J | A | |
| 894. | | | | | Sold<br>(part) | 01/16/13 | J | A | |
| 895. | | | | | Sold<br>(part) | 01/17/13 | J | A | |
| 896. | | | | | Sold<br>(part) | 05/17/13 | J | B | |
| 897. | | | | | Sold<br>(part) | 05/21/13 | J | B | |
| 898. | | | | | Sold<br>(part) | 05/23/13 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 899. | | | | | Sold (part) | 05/28/13 | J | A | |
| 900. | | | | | Sold (part) | 05/29/13 | J | B | |
| 901. | | | | | Sold (part) | 05/30/13 | J | A | |
| 902. | | | | | Sold (part) | 05/31/13 | J | A | |
| 903. | | | | | Sold (part) | 05/31/13 | J | A | |
| 904. | | | | | Sold (part) | 05/31/13 | J | A | |
| 905. | | | | | Sold (part) | 06/13/13 | J | B | |
| 906. | | | | | Sold (part) | 06/14/13 | J | A | |
| 907. | | | | | Sold (part) | 06/17/13 | J | A | |
| 908. | | | | | Sold (part) | 06/18/13 | J | A | |
| 909. | | | | | Sold (part) | 06/21/13 | J | A | |
| 910. | | | | | Sold (part) | 06/26/13 | J | A | |
| 911. | | | | | Sold | 06/27/13 | J | A | |
| 912.  -MURATA MANUFACTURING (Y) | B | Dividend | | | Sold (part) | 03/08/13 | L | D | |
| 913. | | | | | Sold (part) | 05/08/13 | L | E | |
| 914.  -DBS GROUP HOLDINGS (Y) | | | | | Buy (add'l) | 04/02/13 | J | | |
| 915. | | | | | Sold (part) | 07/23/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 916. -RICHEMONT AG (Y) | | | | | | | | | |
| 917. -KEYENCE CORP (Y) | | | | | | | | | |
| 918. -JPMORGAN CHASE (Y) | | | | | Sold (part) | 07/01/13 | K | D | |
| 919. -MICROSOFT (Y) | | | | | | | | | |
| 920. -NUCOR CORP (Y) | | | | | | | | | |
| 921. -PHILIP MORRIS INT'L INC (Y) | | | | | | | | | |
| 922. -QUALCOMM INC (Y) | | | | | Sold (part) | 02/08/13 | L | E | |
| 923. -UNION PACIFIC (Y) | | | | | Sold (part) | 02/08/13 | K | E | |
| 924. -TIME WARNER CABLE INC (Y) | | | | | Sold (part) | 05/06/13 | L | E | |
| 925. | | | | | Sold (part) | 05/07/13 | K | D | |
| 926. -SCRIPPS NETWORKS INTERACTIVE CL A (Y) | | | | | | | | | |
| 927. -RICHEMONT CIE FIN (Y) | | | | | Sold (part) | 03/25/13 | K | D | |
| 928. -SAP (Y) | | | | | Buy (add'l) | 05/21/13 | K | | |
| 929. - HONG KONG/CHINA GAS (Y) | | | | | Sold (part) | 02/07/13 | K | E | |
| 930. | | | | | Sold (part) | 02/08/13 | L | E | |
| 931. | | | | | Sold (part) | 07/05/13 | J | A | |
| 932. - IBM (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 933. - NESTLE SA (Y) | | | | | | | | | |
| 934. -NOVO NORDISK (Y) | | | | | Buy<br>(add'l) | 05/22/13 | N | | |
| 935. -HSBC HOLDINGS PLC UKP (Y) | | | | | Sold<br>(part) | 07/19/13 | K | | |
| 936. - BHP BILLITON (Y) | | | | | Sold<br>(part) | 05/27/13 | K | D | |
| 937. - RIO TINTO (Y) | | | | | Sold<br>(part) | 03/21/13 | K | | |
| 938. | | | | | Sold<br>(part) | 03/21/13 | J | | |
| 939. | | | | | Sold<br>(part) | 03/22/13 | J | | |
| 940. | | | | | Sold<br>(part) | 06/11/13 | K | | |
| 941. | | | | | Sold<br>(part) | 07/04/13 | K | | |
| 942. - ROYAL DUTCH SHELL (Y) | | | | | Sold<br>(part) | 05/20/13 | K | C | |
| 943. | | | | | Sold<br>(part) | 05/21/13 | K | B | |
| 944. -NATIONAL GRID PLC (Y) | | | | | | | | | |
| 945. - L'AIR LIQUIDE BEARER (Y) | | | | | | | | | |
| 946. -DIAGEO (Y) | | | | | | | | | |
| 947. - AGILENT TECHOLOGIES INC | | | | | Buy<br>(add'l) | 02/11/13 | K | | |
| 948. | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 949. | | | | | Sold<br>(part) | 06/26/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 950. | | | | | Sold (part) | 06/26/13 | J | D | |
| 951. | | | | | Sold | 06/27/13 | K | D | |
| 952.  - BNP PARIBAS (Y) | | | | | Buy (add'l) | 02/11/13 | K | | |
| 953. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 954. | | | | | Buy (add'l) | 03/19/13 | K | | |
| 955. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 956. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 957. | | | | | Buy (add'l) | 07/31/13 | K | | |
| 958.  -ALLERGAN (Y) | | | | | Sold (part) | 06/03/13 | K | D | |
| 959. | | | | | Sold (part) | 06/04/13 | J | D | |
| 960. | | | | | Sold (part) | 06/05/13 | J | D | |
| 961. | | | | | Sold (part) | 06/06/13 | J | D | |
| 962. | | | | | Sold (part) | 06/06/13 | K | D | |
| 963.  - L'OREAL (Y) | | | | | | | | | |
| 964.  -NY ST AUTH PIT 10E 5.0% 2-15-18 (Y) | | | | | | | | | |
| 965.  - NY ST DORM 5.25% 3/15/16 (Y) | | | | | | | | | |
| 966.  - NY ST ENVIR 4.25% 11/15/19 (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 967. - NY SALES TAX 5% 10/15/21 (Y) | | | | | | | | | |
| 968. -NYC HDC MFH K 2.05% 5/1/13 (Y) | | | | | | | | | |
| 969. - NY ST EGY PCR NYSEG B (MPT) 3.0% 2/1/29 (Y) | | | | | | | | | |
| 970. - NATIONAL INST (Y) | | | | | | | | | |
| 971. - SAMSUNG (Y) | | | | | Sold (part) | 07/19/13 | L | E | |
| 972. | | | | | Sold (part) | 07/22/13 | L | E | |
| 973. - KONINKLIJKE DSM (FORMERLY KPN) (Y) | | | | | | | | | |
| 974. - ESSILOR (Y) | | | | | Sold (part) | 02/11/13 | K | E | |
| 975. - SUN HUNG KAI (Y) | | | | | | | | | |
| 976. -BANK OF CHINA LTD (Y) | | | | | Sold (part) | 02/08/13 | K | C | |
| 977. - STANDARD CHARTERED (Y) | | | | | Buy (add'l) | 02/07/13 | K | | |
| 978. | | | | | Buy (add'l) | 05/22/13 | K | | |
| 979. - TREND MICRO (Y) | | | | | Buy (add'l) | 04/05/13 | K | | |
| 980. | | | | | Buy (add'l) | 04/08/13 | K | | |
| 981. | | | | | Buy (add'l) | 06/19/13 | K | | |
| 982. -NEWCREST MINING NPV | | | | | Sold (part) | 04/02/13 | K | A | |
| 983. | | | | | Sold | 04/04/13 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 984. -BARRICK GOLD CORP C$ (Y) | | | | | Sold (part) | 03/18/13 | K | | |
| 985. -SOFTBANK CORP (Y) | | | | | Sold (part) | 02/12/13 | K | D | |
| 986. | | | | | Sold (part) | 04/05/13 | L | E | |
| 987. -HENNES & MAURITZ (Y) | | | | | Sold (part) | 02/13/13 | K | B | |
| 988. | | | | | Sold (part) | 02/14/13 | J | A | |
| 989. | | | | | Sold (part) | 02/14/13 | J | A | |
| 990. | | | | | Sold (part) | 02/15/13 | J | A | |
| 991. | | | | | Sold (part) | 02/15/13 | J | A | |
| 992. | | | | | Sold (part) | 03/11/13 | M | E | |
| 993. | | | | | Sold (part) | 05/16/13 | J | B | |
| 994. | | | | | Sold (part) | 05/16/13 | K | D | |
| 995. -LI POWER AUTH NY (LIPA) NATL RE 5.0% (Y) 5/1/16 | | | | | | | | | |
| 996. -NY ST DORM 5% 3/15/18 (Y) | | | | | | | | | |
| 997. -EMERGING MARKETS GROWTH FUND INC (Y) | | | | | | | | | |
| 998. -PERNOD RICARD SA (Y) | | | | | | | | | |
| 999. -SES FDR CL A (PARIS) (Y) | | | | | | | | | |
| 1000. -DANONE (Y) | | | | | Sold (part) | 04/02/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1001. -SWIRE PROPERITES LTD (Y) | | | | | | | | | |
| 1002. - Bayer AG (Y) | | | | | Buy (add'l) | 06/20/13 | K | | |
| 1003. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 1004. -NORDSTROM INC (Y) | | | | | | | | | |
| 1005. -NY CITY TFA 5.0% 8/1/2021 (Y) | | | | | | | | | |
| 1006. -IMPERIAL TOBACCO PLC (Y) | | | | | Buy (add'l) | 02/11/13 | K | | |
| 1007. -RECKITT BENCKISER GROUP PLC (Y) | | | | | | | | | |
| 1008. -JGC CORP | | | | | Sold (part) | 02/07/13 | K | E | |
| 1009. | | | | | Sold (part) | 02/15/13 | K | D | |
| 1010. | | | | | Sold | 02/18/13 | K | D | |
| 1011. -SMC CORP (Y) | | | | | | | | | |
| 1012. -TRIBOROUGH 5% 11/15/27 (Y) | | | | | | | | | |
| 1013. -BG GROUP PLC (Y) | | | | | Buy (add'l) | 01/18/13 | K | | |
| 1014. | | | | | Buy (add'l) | 02/11/13 | K | | |
| 1015. | | | | | Sold (part) | 06/07/13 | K | C | |
| 1016. | | | | | Sold (part) | 06/10/13 | J | C | |
| 1017. | | | | | Sold (part) | 06/11/13 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1018. | | | | | Sold (part) | 06/12/13 | J | B | |
| 1019. | | | | | Sold (part) | 06/12/13 | J | B | |
| 1020. | | | | | Sold (part) | 06/12/13 | J | B | |
| 1021. | | | | | Sold (part) | 06/14/13 | J | A | |
| 1022. | | | | | Sold (part) | 06/18/13 | J | A | |
| 1023. | | | | | Sold (part) | 07/12/13 | J | A | |
| 1024. -MASS GO SER A 5.0% 9/1/2014 (Y) | | | | | | | | | |
| 1025. -PALM BEACH SOLID WASTE 5.5% 10/1/25 (Y) | | | | | | | | | |
| 1026. -SAN ANTONIO 5.0% 2/1/18 (Y) | | | | | | | | | |
| 1027. -NY CITY MUNI WTR 5.375% 6/15/25 (Y) | | | | | | | | | |
| 1028. -CA ED POMONA COLLEGE 09A 5.0% (Y) | | | | | | | | | |
| 1029. - NY City Muni Wtr Auth FF 5.0% 6/15/16 (Y) | | | | | | | | | |
| 1030. -NJ EDA PRINCETON UNIV 4.75% 7/1/23 (Y) | | | | | | | | | |
| 1031. -SSGA MONEY MARKET FD (Y) | | | | | | | | | |
| 1032. -GOLDMAN SACHS FINANCIAL SQUARE TREASURY (Y) | | | | | | | | | |
| 1033. -UTAH ST 5.8% 7/1/15 (Y) | | | | | | | | | |
| 1034. -Cenovus Energy Inc C$ (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1035. -Cenovus Energy Inc US$ (Y) | | | | | | | | | |
| 1036. - China Shenhua Energy | | | | | Sold (part) | 03/21/13 | J | | |
| 1037. | | | | | Sold (part) | 03/22/13 | J | | |
| 1038. | | | | | Sold (part) | 03/25/13 | J | | |
| 1039. | | | | | Sold (part) | 03/26/13 | J | | |
| 1040. | | | | | Sold (part) | 03/27/13 | J | A | |
| 1041. | | | | | Sold (part) | 03/28/13 | J | A | |
| 1042. | | | | | Sold (part) | 04/02/13 | J | A | |
| 1043. | | | | | Sold (part) | 04/02/13 | J | A | |
| 1044. | | | | | Sold | 04/05/13 | J | A | |
| 1045. - Bristol-Myers Squibb Co (Y) | | | | | Buy (add'l) | 02/08/13 | K | | |
| 1046. - Icici Bank LTD Spon ADR | | | | | Sold (part) | 07/01/13 | J | | |
| 1047. | | | | | Sold (part) | 07/02/13 | J | | |
| 1048. | | | | | Sold (part) | 07/03/13 | K | | |
| 1049. | | | | | Sold (part) | 07/08/13 | K | | |
| 1050. | | | | | Sold (part) | 07/24/13 | J | | |
| 1051. | | | | | Sold (part) | 07/25/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1052. | | | | | Sold<br>(part) | 07/25/13 | J | | |
| 1053. | | | | | Sold<br>(part) | 07/26/13 | J | | |
| 1054. | | | | | Sold<br>(part) | 07/29/13 | J | | |
| 1055. | | | | | Sold<br>(part) | 08/02/13 | K | | |
| 1056. | | | | | Sold<br>(part) | 08/02/13 | J | A | |
| 1057. | | | | | Sold | 08/05/13 | J | A | |
| 1058. - ASML Holding NV (Y) | | | | | Buy<br>(add'l) | 02/11/13 | K | | |
| 1059. | | | | | Buy<br>(add'l) | 06/27/13 | K | | |
| 1060. - BOC Hong Kong Holdings LTD (Y) | | | | | | | | | |
| 1061. - Cornell Univ NY Dorms 5.0% 7/1/18 (Y) | | | | | | | | | |
| 1062. - PR Elec Pwr Auth NN Preref 5.5% 7/1/18 (Y) | | | | | | | | | |
| 1063. - NY DORM Auth Mt Sinai Hosp 5.0% 7/1/14 (Y) | | | | | | | | | |
| 1064. - Inmet Mining Corp C$ (Y) | | | | | | | | | |
| 1065. - Telus Corporation Non Vote | | | | | Sold<br>(part) | 03/08/13 | K | D | |
| 1066. | | | | | Sold<br>(part) | 03/11/13 | J | D | |
| 1067. | | | | | Sold | 03/12/13 | K | D | |
| 1068. - Novartis AG Namen (Y) | | | | | Sold<br>(part) | 07/01/13 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1069. - Port Auth NY/NJ Ser 163 5.0% 7/15/21 (Y) | | | | | | | | | |
| 1070. - New York City GO 5.0% 8/1/18 (Y) | | | | | | | | | |
| 1071. - Syngenta AG (Y) | | | | | Buy (add'l) | 06/10/13 | K | | |
| 1072. | | | | | Buy (add'l) | 07/10/13 | L | | |
| 1073. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 1074. | | | | | Buy (add'l) | 07/18/13 | K | | |
| 1075. - Seadrill LTD (Y) | | | | | Sold (part) | 02/14/13 | K | C | |
| 1076. - Encana Corp | | | | | Sold (part) | 01/11/13 | K | | |
| 1077. | | | | | Sold (part) | 01/14/13 | K | | |
| 1078. | | | | | Sold (part) | 01/15/13 | K | | |
| 1079. | | | | | Sold (part) | 01/15/13 | J | | |
| 1080. | | | | | Sold (part) | 01/15/13 | J | | |
| 1081. | | | | | Sold (part) | 01/16/13 | K | | |
| 1082. | | | | | Sold (part) | 01/17/13 | K | | |
| 1083. | | | | | Sold (part) | 01/18/13 | J | A | |
| 1084. | | | | | Sold (part) | 01/18/13 | J | | |
| 1085. | | | | | Sold (part) | 01/22/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1086. | | | | | Sold<br>(part) | 01/22/13 | J | A | |
| 1087. | | | | | Sold<br>(part) | 01/23/13 | J | A | |
| 1088. | | | | | Sold<br>(part) | 01/23/13 | J | A | |
| 1089. | | | | | Sold | 01/24/13 | J | A | |
| 1090. - L'air Liquide (L) (Y) | | | | | | | | | |
| 1091. - Linde AG | | | | | Sold<br>(part) | 07/10/13 | K | D | |
| 1092. | | | | | Sold<br>(part) | 07/10/13 | J | B | |
| 1093. | | | | | Sold<br>(part) | 07/11/13 | J | B | |
| 1094. | | | | | Sold<br>(part) | 07/12/13 | J | B | |
| 1095. | | | | | Sold<br>(part) | 07/15/13 | J | C | |
| 1096. | | | | | Sold<br>(part) | 07/17/13 | J | B | |
| 1097. | | | | | Sold<br>(part) | 07/18/13 | K | D | |
| 1098. | | | | | Sold<br>(part) | 07/19/13 | J | C | |
| 1099. | | | | | Sold<br>(part) | 07/23/13 | J | B | |
| 1100. | | | | | Sold<br>(part) | 07/26/13 | J | B | |
| 1101. | | | | | Sold<br>(part) | 07/29/13 | J | B | |
| 1102. | | | | | Sold<br>(part) | 07/31/13 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1103. | | | | | Sold (part) | 08/01/13 | J | B | |
| 1104. | | | | | Sold (part) | 08/06/13 | K | C | |
| 1105. | | | | | Sold (part) | 08/07/13 | J | B | |
| 1106. | | | | | Sold | 08/08/13 | J | A | |
| 1107. - Schneider Electronic SA (Y) | | | | | Buy | 05/21/13 | K | | |
| 1108. | | | | | Sold (part) | 07/15/13 | J | | |
| 1109. | | | | | Sold (part) | 07/15/13 | J | | |
| 1110. | | | | | Sold (part) | 07/16/13 | J | | |
| 1111. | | | | | Sold (part) | 07/16/13 | J | | |
| 1112. | | | | | Sold (part) | 07/16/13 | J | | |
| 1113. | | | | | Sold (part) | 07/16/13 | J | | |
| 1114. | | | | | Sold (part) | 07/17/13 | J | | |
| 1115. | | | | | Sold (part) | 07/17/13 | J | | |
| 1116. - Premier Farnell PLC (Y) | | | | | Sold (part) | 03/15/13 | K | | |
| 1117. | | | | | Sold (part) | 03/18/13 | J | | |
| 1118. | | | | | Sold (part) | 03/21/13 | J | | |
| 1119. | | | | | Sold (part) | 03/21/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1120. | | | | | Sold (part) | 03/21/13 | J | | |
| 1121. | | | | | Sold (part) | 03/21/13 | J | | |
| 1122. | | | | | Sold (part) | 03/22/13 | J | | |
| 1123. | | | | | Sold (part) | 03/25/13 | J | | |
| 1124. | | | | | Sold (part) | 03/25/13 | J | | |
| 1125. | | | | | Sold (part) | 03/26/13 | J | | |
| 1126. | | | | | Sold (part) | 03/27/13 | J | | |
| 1127. | | | | | Sold (part) | 04/03/13 | J | | |
| 1128. | | | | | Sold (part) | 04/11/13 | J | | |
| 1129. | | | | | Sold (part) | 04/16/13 | J | | |
| 1130. | | | | | Sold (part) | 04/17/13 | J | | |
| 1131. - AIA GROUP LTD (Y) | | | | | Buy (add'l) | 06/20/13 | K | | |
| 1132. - Sysmex Corp (Y) | | | | | Sold (part) | 04/26/13 | K | D | |
| 1133. | | | | | Sold (part) | 04/30/13 | K | D | |
| 1134. | | | | | Sold (part) | 05/01/13 | K | D | |
| 1135. | | | | | Sold (part) | 05/02/13 | K | D | |
| 1136. - Ajinomoto Co Inc (Y) | | | | | Sold (part) | 05/21/13 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1137. - Hitachi (Y) | | | | | Sold (part) | 05/01/13 | L | | |
| 1138. | | | | | Sold (part) | 05/02/13 | K | A | |
| 1139. | | | | | Sold (part) | 05/07/13 | L | D | |
| 1140. - American Tower Corp CL A (Y) | | | | | | | | | |
| 1141. - Cae Inc (Y) | | | | | Buy (add'l) | 02/08/13 | K | | |
| 1142. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1143. - Roche Holding AG Genusschein (Y) | | | | | Buy (add'l) | 02/15/13 | L | | |
| 1144. - BMW AG (Y) | | | | | Buy (add'l) | 02/12/13 | K | | |
| 1145. - Sampo OYJ CL A (Y) | | | | | | | | | |
| 1146. - Firstgroup PLC (Y) | | | | | | | | | |
| 1147. - NYC TFA FUT TAX SEC SUB 11E 5% (Y) | | | | | | | | | |
| 1148. - Seattle Genetics Inc (Y) | | | | | Sold (part) | 04/30/13 | J | B | |
| 1149. | | | | | Sold (part) | 05/01/13 | J | B | |
| 1150. | | | | | Sold (part) | 05/02/13 | J | C | |
| 1151. | | | | | Sold (part) | 05/03/13 | J | C | |
| 1152. | | | | | Sold (part) | 05/06/13 | K | D | |
| 1153. | | | | | Sold (part) | 05/07/13 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1154. - Tele Norte Leste Part ADR (Y) | | | | | | | | | |
| 1155. - Fugro NV | | | | | Sold (part) | 02/15/13 | J | | |
| 1156. | | | | | Sold (part) | 02/18/13 | J | | |
| 1157. | | | | | Sold (part) | 02/22/13 | J | | |
| 1158. | | | | | Sold (part) | 02/25/13 | J | | |
| 1159. | | | | | Sold (part) | 02/25/13 | J | | |
| 1160. | | | | | Sold (part) | 02/25/13 | J | | |
| 1161. | | | | | Sold (part) | 02/26/13 | J | | |
| 1162. | | | | | Sold (part) | 02/26/13 | J | | |
| 1163. | | | | | Sold (part) | 02/27/13 | J | | |
| 1164. | | | | | Sold (part) | 02/27/13 | J | | |
| 1165. | | | | | Sold (part) | 03/01/13 | J | | |
| 1166. | | | | | Sold (part) | 03/01/13 | J | | |
| 1167. | | | | | Sold (part) | 03/04/13 | J | | |
| 1168. | | | | | Sold | 03/05/13 | J | | |
| 1169. - Andritz AG | | | | | Sold (part) | 04/03/13 | J | C | |
| 1170. | | | | | Sold (part) | 04/10/13 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1171. | | | | | Sold<br>(part) | 04/10/13 | J | C | |
| 1172. | | | | | Sold<br>(part) | 04/19/13 | J | A | |
| 1173. | | | | | Sold<br>(part) | 04/22/13 | J | A | |
| 1174. | | | | | Sold<br>(part) | 04/22/13 | J | A | |
| 1175. | | | | | Sold<br>(part) | 04/25/13 | J | A | |
| 1176. | | | | | Sold | 06/27/13 | J | A | |
| 1177. - NY ST DORM SUNY 11A 5.0% (Y) | | | | | | | | | |
| 1178. - NY TOBACCO SETTLE CORP 11A 5.0% (Y) | | | | | | | | | |
| 1179. - Nike Inc Cl B (Y) | | | | | | | | | |
| 1180. - Caterpillar (Y) | | | | | | | | | |
| 1181. - Carnival Corp Common Paired Stock (Y) | | | | | Sold<br>(part) | 07/01/13 | L | C | |
| 1182. - Dril-Quip Inc | | | | | Sold<br>(part) | 07/09/13 | J | C | |
| 1183. | | | | | Sold<br>(part) | 07/09/13 | J | C | |
| 1184. | | | | | Sold<br>(part) | 07/10/13 | J | C | |
| 1185. | | | | | Sold<br>(part) | 07/11/13 | J | C | |
| 1186. | | | | | Sold<br>(part) | 07/12/13 | J | C | |
| 1187. | | | | | Sold<br>(part) | 07/15/13 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1188. | | | | | Sold<br>(part) | 07/16/13 | J | C | |
| 1189. | | | | | Sold<br>(part) | 07/19/13 | J | C | |
| 1190. | | | | | Sold | 07/29/13 | J | C | |
| 1191. - Marsh & Mclennan Cos Inc (Y) | | | | | Sold<br>(part) | 02/11/13 | K | C | |
| 1192. | | | | | Sold<br>(part) | 02/11/13 | K | C | |
| 1193. - Home Depot Inc (Y) | | | | | | | | | |
| 1194. - LVMH Moet Hennessy Louis Vuitton SA | | | | | Sold<br>(part) | 02/08/13 | K | C | |
| 1195. | | | | | Sold | 03/14/13 | L | D | |
| 1196. - Whitbread PLC (Y) | | | | | Buy<br>(add'l) | 04/04/13 | K | | |
| 1197. - Assa Abloy AB A (Y) | | | | | | | | | |
| 1198. - NY DORM LONG ISLAND 11A 4.0%<br>(Y) | | | | | | | | | |
| 1199. - Signet Jewelers Ltd (Y) | | | | | | | | | |
| 1200. - Ace Ltd (Y) | | | | | | | | | |
| 1201. - MTA NY TRANSRT REV SER 11C 5.0%<br>(Y) | | | | | | | | | |
| 1202. - Aflac Inc | | | | | Sold<br>(part) | 03/15/13 | K | C | |
| 1203. | | | | | Sold<br>(part) | 03/18/13 | K | C | |
| 1204. | | | | | Sold<br>(part) | 03/18/13 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1205. | | | | | Sold | 03/19/13 | J | B | |
| 1206. - Express Scripts Inc (Y) | | | | | Buy<br>(add'l) | 01/10/13 | J | | |
| 1207. | | | | | Buy<br>(add'l) | 02/07/13 | K | | |
| 1208. | | | | | Buy<br>(add'l) | 02/08/13 | K | | |
| 1209. -PENGROWTH ENERGY CORP C$ | | | | | Sold<br>(part) | 01/24/13 | J | | |
| 1210. | | | | | Sold<br>(part) | 01/24/13 | J | | |
| 1211. | | | | | Sold<br>(part) | 01/28/13 | J | | |
| 1212. | | | | | Sold<br>(part) | 01/29/13 | J | | |
| 1213. | | | | | Sold | 01/29/13 | J | | |
| 1214. -BROADCOM (Y) | | | | | | | | | |
| 1215. -BARCLAYS PLC (Y) | | | | | Buy<br>(add'l) | 05/13/13 | K | | |
| 1216. -MITSUBISHI CORP (Y) | | | | | Sold<br>(part) | 04/09/13 | K | | |
| 1217. -DENSO CORP (Y) | | | | | Sold<br>(part) | 02/12/13 | K | D | |
| 1218. -HAMAMATSU PHOTONIC KK (Y) | | | | | | | | | |
| 1219. -DOW CHEMICAL CO (Y) | | | | | | | | | |
| 1220. -EATON CORP (Y) | | | | | | | | | |
| 1221. -ORACLE CORP (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1222. -REPUBLIC SERVICES INC (Y) | | | | | | | | | |
| 1223. -UNITED TECHNOLOGIES CORP (Y) | | | | | | | | | |
| 1224. -ACCENTURE PLC US$ (Y) | | | | | | | | | |
| 1225. -NEW YORK TIMES CO CL A (Y) | | | | | | | | | |
| 1226. -IRON MOUNTAIN INC (Y) | | | | | | | | | |
| 1227. -APPLE INC (Y) | | | | | Buy (add'l) | 02/08/13 | K | | |
| 1228. -CHEVRON (Y) | | | | | Buy (add'l) | 02/11/13 | K | | |
| 1229. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1230. -TARGET CORP (Y) | | | | | | | | | |
| 1231. -HALLIBURTON CO (Y) | | | | | Buy (add'l) | 01/11/13 | K | | |
| 1232. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 1233. | | | | | Buy (add'l) | 06/28/13 | K | | |
| 1234. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 1235. -GILEAD SCIENCES INC (Y) | | | | | Sold (part) | 04/30/13 | L | E | |
| 1236. | | | | | Sold (part) | 07/02/13 | J | C | |
| 1237. | | | | | Sold (part) | 07/02/13 | K | E | |
| 1238. | | | | | Sold (part) | 07/03/13 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1239. -GOLDMAN SACHS GROUP INC (Y) | | | | | Buy (add'l) | 01/07/13 | K | | |
| 1240. | | | | | Buy (add'l) | 02/11/13 | K | | |
| 1241. -TIFFANY & CO NEW (Y) | | | | | | | | | |
| 1242. -FEDEX CORP (Y) | | | | | | | | | |
| 1243. -STANLEY BLACK & DECKER INC | | | | | Sold (part) | 04/05/13 | J | A | |
| 1244. | | | | | Sold (part) | 04/08/13 | J | A | |
| 1245. | | | | | Sold (part) | 04/09/13 | J | A | |
| 1246. | | | | | Sold (part) | 04/10/13 | K | C | |
| 1247. | | | | | Sold (part) | 04/11/13 | K | D | |
| 1248. | | | | | Sold (part) | 04/23/13 | J | B | |
| 1249. | | | | | Sold (part) | 04/24/13 | J | C | |
| 1250. | | | | | Sold (part) | 04/24/13 | J | C | |
| 1251. | | | | | Sold | 04/25/13 | J | C | |
| 1252. -BLACKROCK INC (Y) | | | | | Buy (add'l) | 02/12/13 | K | | |
| 1253. -BOEING CO (Y) | | | | | Buy (add'l) | 05/23/13 | K | | |
| 1254. | | | | | Buy (add'l) | 05/24/13 | K | | |
| 1255. | | | | | Buy (add'l) | 06/26/13 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1256. -NIELSEN HOLDINGS NV US$ (Y) | | | | | Sold<br>(part) | 02/11/13 | K | B | |
| 1257. | | | | | Sold<br>(part) | 02/11/13 | J | A | |
| 1258. -GENPACT LTD (Y) | | | | | Sold<br>(part) | 02/11/13 | J | A | |
| 1259. | | | | | Sold<br>(part) | 02/11/13 | J | A | |
| 1260. -NOBLE ENERGY INC (Y) | | | | | Buy<br>(add'l) | 03/04/13 | L | | |
| 1261. | | | | | Sold<br>(part) | 05/20/13 | K | C | |
| 1262. | | | | | Sold<br>(part) | 05/21/13 | K | C | |
| 1263. | | | | | Sold<br>(part) | 07/31/13 | J | B | |
| 1264. | | | | | Sold<br>(part) | 08/01/13 | K | C | |
| 1265. -JABIL CIRCUIT INC (Y) | | | | | | | | | |
| 1266. -NY DORM MEMORIAL SLOAN-<br>KETTERING 7-1-21 (Y) | | | | | | | | | |
| 1267. -ENSCO PLC ADR (Y) | | | | | | | | | |
| 1268. -ENSCO PLC-CL A (Y) | | | | | Buy<br>(add'l) | 02/19/13 | J | | |
| 1269. | | | | | Buy<br>(add'l) | 02/20/13 | J | | |
| 1270. | | | | | Buy<br>(add'l) | 02/20/13 | J | | |
| 1271. -COBALT INTERNATIONAL (Y)<br>ENERGY | | | | | | | | | |
| 1272. -NY ST THRUWAY (2ND BRDGE &<br>HWY) 12A 5/0% 4/1/20 (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1273. -NORFOLK SOUTHERN CORP (Y) | | | | | Buy (add'l) | 06/11/13 | K | | |
| 1274. | | | | | Buy (add'l) | 06/11/13 | L | | |
| 1275. -ALLEGHENY TECHNOLOGIES INC (Y) | | | | | | | | | |
| 1276. -CERNER CORP (Y) | | | | | Sold (part) | 02/07/13 | K | D | |
| 1277. | | | | | Sold (part) | 02/07/13 | L | E | |
| 1278. -COMCAST CORP CL A (NEW) (Y) | | | | | | | | | |
| 1279. -DANAHER CORP (Y) | | | | | Buy (add'l) | 02/11/13 | K | | |
| 1280. | | | | | Buy (add'l) | 02/12/13 | K | | |
| 1281. -DAVITA INC (Y) | | | | | | | | | |
| 1282. -EMERSON ELECTRIC CO (Y) | | | | | | | | | |
| 1283. -GENERAL ELECTRIC | | | | | Sold | 07/12/13 | M | E | |
| 1284. -GOOGLE INC (Y) | | | | | | | | | |
| 1285. -RICHEMONT CIE FIN (Y) | | | | | | | | | |
| 1286. -ILLINOIS TOOL WORKS INC (Y) | | | | | | | | | |
| 1287. -PROGRESSIVE CORP OHIO (Y) | | | | | | | | | |
| 1288. -SCHWAB CHARLES NEW (Y) | | | | | | | | | |
| 1289. -THE WALT DISNEY CO (Y) | | | | | Sold (part) | 03/08/13 | L | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1290. -VISA INC CL A (Y) | | | | | Buy (add'l) | 02/12/13 | K | | |
| 1291. -GEMALTO NV (Y) | | | | | Buy (add'l) | 03/26/13 | K | | |
| 1292. | | | | | Buy (add'l) | 03/27/13 | K | | |
| 1293. -GENTING SINGAPORE PLC (Y) | | | | | | | | | |
| 1294. -OI SA ON ADR | | | | | Sold (part) | 01/23/13 | J | | |
| 1295. | | | | | Sold (part) | 07/01/13 | J | | |
| 1296. | | | | | Sold | 07/02/13 | J | | |
| 1297. -OI SA PN ADR | | | | | Sold (part) | 01/23/13 | J | | |
| 1298. | | | | | Sold (part) | 01/23/13 | J | | |
| 1299. | | | | | Sold (part) | 01/23/13 | J | | |
| 1300. | | | | | Sold (part) | 01/24/13 | J | | |
| 1301. | | | | | Sold (part) | 01/24/13 | J | | |
| 1302. | | | | | Sold (part) | 01/24/13 | J | | |
| 1303. | | | | | Sold (part) | 07/01/13 | J | | |
| 1304. | | | | | Sold (part) | 07/02/13 | J | | |
| 1305. | | | | | Sold (part) | 07/03/13 | J | | |
| 1306. | | | | | Sold (part) | 07/04/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1307. | | | | | Sold<br>(part) | 07/05/13 | J | | |
| 1308. | | | | | Sold | 07/08/13 | J | | |
| 1309. -AON CORP (Y) | | | | | Buy<br>(add'l) | 04/03/13 | K | | |
| 1310. | | | | | | | | | |
| 1311. | | | | | | | | | |
| 1312. -UNITEDHEALTH GROUP INC (Y) | | | | | Sold<br>(part) | 02/11/13 | K | D | |
| 1313. -NYC TR FOR CULT JUILLIARD SCH<br>12B (MPT) VAR 1-1-36/8-1-17 (Y) | | | | | | | | | |
| 1314. -SCHLUMBERGER LTD (Y) | | | | | | | | | |
| 1315. -MONSANTO CO NEW COM (Y) | | | | | Sold<br>(part) | 07/01/13 | K | D | |
| 1316. | | | | | Sold<br>(part) | 07/01/13 | K | D | |
| 1317. | | | | | Sold<br>(part) | 07/02/13 | K | D | |
| 1318. -COACH INC (Y) | | | | | Buy<br>(add'l) | 01/28/13 | K | | |
| 1319. | | | | | Buy<br>(add'l) | 02/26/13 | J | | |
| 1320. | | | | | Buy<br>(add'l) | 02/26/13 | J | | |
| 1321. | | | | | Buy<br>(add'l) | 02/27/13 | J | | |
| 1322. | | | | | Buy<br>(add'l) | 02/28/13 | J | | |
| 1323. | | | | | Buy<br>(add'l) | 03/01/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1324. | | | | | Buy<br>(add'l) | 03/04/13 | J | | |
| 1325. | | | | | Buy<br>(add'l) | 03/07/13 | J | | |
| 1326. | | | | | Buy<br>(add'l) | 03/13/13 | J | | |
| 1327. | | | | | Buy<br>(add'l) | 03/14/13 | K | | |
| 1328. | | | | | Buy<br>(add'l) | 03/18/13 | K | | |
| 1329. | | | | | Buy<br>(add'l) | 03/21/13 | K | | |
| 1330. | | | | | Buy<br>(add'l) | 01/25/13 | K | | |
| 1331. -NY DORM AUTH MIRIAM OSBORN 3%<br>7/1/20 325,000 PAR VALUE (Y) | | | | | | | | | |
| 1332. -ECOLAB INC (Y) | | | | | Sold<br>(part) | 06/28/13 | J | D | |
| 1333. | | | | | Sold<br>(part) | 07/01/13 | L | E | |
| 1334. | | | | | Sold<br>(part) | 07/02/13 | K | E | |
| 1335. -KLA-TENCOR CORP (Y) | | | | | Sold<br>(part) | 03/08/13 | L | E | |
| 1336. -COCA-COLA AMATIL LTD (Y) | | | | | Buy<br>(add'l) | 01/11/13 | K | | |
| 1337. | | | | | Buy<br>(add'l) | 01/14/13 | J | | |
| 1338. | | | | | Buy<br>(add'l) | 01/15/13 | K | | |
| 1339. | | | | | Buy<br>(add'l) | 01/16/13 | K | | |
| 1340. -SINGAPORE TELECOMM (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1341. -JACK HENRY & ASSOC INC (Y) | | | | | Sold (part) | 02/11/13 | K | D | |
| 1342. | | | | | Sold (part) | 02/11/13 | J | A | |
| 1343. -MOSAIC CO/THE (Y) | | | | | Buy (add'l) | 03/08/13 | K | | |
| 1344. | | | | | Buy (add'l) | 04/04/13 | K | | |
| 1345. | | | | | Buy (add'l) | 04/03/13 | K | | |
| 1346. | | | | | Buy (add'l) | 07/11/13 | L | | |
| 1347. -NJ ST TPK AUTH 13E SIFMA+68BP FRN (MPT)VAR (Y) | | | | | Buy (add'l) | 07/31/13 | N | | |
| 1348. -AIR PRODUCTS & CHEMICALS INC (Y) | | | | | | | | | |
| 1349. -BEAM INC (Y) | | | | | | | | | |
| 1350. -NEWELL RUBBERMAID INC (Y) | | | | | Buy (add'l) | 01/01/13 | J | | |
| 1351. | | | | | Buy (add'l) | 01/01/13 | J | | |
| 1352. | | | | | Buy (add'l) | 01/03/13 | J | | |
| 1353. | | | | | Buy (add'l) | 01/07/13 | J | | |
| 1354. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 1355. | | | | | Buy (add'l) | 01/09/13 | J | | |
| 1356. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 1357. | | | | | Buy (add'l) | 01/28/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1358. | | | | | Buy<br>(add'l) | 02/28/13 | J | | |
| 1359. | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 1360. -STARBUCKS CORP (Y) | | | | | Buy<br>(add'l) | 07/17/13 | L | | |
| 1361. -KINDER MORGAN INC (Y) | | | | | | | | | |
| 1362. -DASNY ROCHESTER INST OF TECH<br>5.0% 7-1-20 (Y) | | | | | | | | | |
| 1363. -3M COMPANY (Y) | | | | | | | | | |
| 1364. -INTERNATIONAL BUSINESS<br>MACHINES | | | | | Sold<br>(part) | 05/01/13 | L | E | |
| 1365. | | | | | Sold<br>(part) | 07/10/13 | K | D | |
| 1366. | | | | | Sold<br>(part) | 07/10/13 | K | D | |
| 1367. | | | | | Sold<br>(part) | 07/11/13 | M | E | |
| 1368. | | | | | Sold | 07/12/13 | M | E | |
| 1369. -TE Connectivity (Y) | | | | | | | | | |
| 1370. -INDEX CORP (Y) | | | | | Buy<br>(add'l) | 02/04/13 | J | | |
| 1371. | | | | | Buy<br>(add'l) | 02/05/13 | J | | |
| 1372. | | | | | Buy<br>(add'l) | 02/25/13 | J | | |
| 1373. -IRONWOOD PHARMAXEUTICALS INC<br>CL A (Y) | | | | | Buy | 01/30/13 | J | | |
| 1374. | | | | | Buy<br>(add'l) | 01/31/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1375. | | | | | Buy (add'l) | 02/01/13 | J | | |
| 1376. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 1377. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 1378. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 1379. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1380. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 1381. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1382. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 1383. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 1384. | | | | | Buy (add'l) | 02/20/13 | J | | |
| 1385. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 1386. | | | | | Buy (add'l) | 02/22/13 | J | | |
| 1387. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 1388. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 1389. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 1390. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 1391. | | | | | Buy (add'l) | 03/01/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1392. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 1393. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 1394. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 1395. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 1396. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 1397. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 1398. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 1399. | | | | | Buy (add'l) | 01/29/13 | J | | |
| 1400. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 1401. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 1402. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 1403. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 1404. | | | | | Buy (add'l) | 04/17/13 | J | | |
| 1405. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 1406. | | | | | Buy (add'l) | 04/19/13 | J | | |
| 1407. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 1408. | | | | | Buy (add'l) | 05/01/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1409. | | | | | Buy<br>(add'l) | 05/06/13 | J | | |
| 1410. | | | | | Buy<br>(add'l) | 05/15/13 | J | | |
| 1411. | | | | | Buy<br>(add'l) | 05/16/13 | J | | |
| 1412. | | | | | Buy<br>(add'l) | 05/17/13 | J | | |
| 1413. | | | | | Buy<br>(add'l) | 05/20/13 | J | | |
| 1414. -MONROE CO NY ROCHESTER GENERAL HOSP (Y) | | | | | Buy | 02/14/13 | M | | |
| 1415. -NY ST DORM AUTH 11A 5.0% 10/01/18 (Y) | | | | | Buy | 02/05/13 | M | | |
| 1416. -NY ST DORM AUTH SCH 13C 5.0% 10-01-21 (Y) | | | | | Buy | 05/22/13 | M | | |
| 1417. -PR SALES TAX SER 11C 5.0% 08-01-22 (Y) | | | | | Buy | 03/12/13 | M | | |
| 1418. -SUMITOMO MITSUI FINANCIAL GROUP INC (Y) | | | | | Buy | 01/07/13 | K | | |
| 1419. | | | | | Buy<br>(add'l) | 04/04/13 | K | | |
| 1420. | | | | | Buy<br>(add'l) | 07/25/13 | K | | |
| 1421. -SUMITOMO MUTSUI TRUST HOLDIN (Y) | | | | | Buy<br>(add'l) | 04/25/13 | M | | |
| 1422. -TEXAS INSTRUMENTS INC (Y) | | | | | Buy | 03/15/13 | L | | |
| 1423. | | | | | Buy<br>(add'l) | 03/18/13 | K | | |
| 1424. | | | | | Buy<br>(add'l) | 07/10/13 | K | | |
| 1425. | | | | | Buy<br>(add'l) | 07/11/13 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1426. -TOMPKINS NY CORTLAND COMM COLL SFH 5.0% (Y) | | | | | | | | | |
| 1427. -UNILEVER PLC (Y) | | | | | Buy | 03/11/13 | L | | |
| 1428. | | | | | Buy (add'l) | 03/11/13 | K | | |
| 1429. | | | | | Buy (add'l) | 03/12/13 | K | | |
| 1430. | | | | | Buy (add'l) | 05/21/13 | K | | |
| 1431. | | | | | Buy (add'l) | 06/19/13 | K | | |
| 1432. -VERISIGN INC (Y) | | | | | Buy | 02/08/13 | K | | |
| 1433. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 1434. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1435. | | | | | Buy (add'l) | 02/11/13 | K | | |
| 1436. | | | | | Buy (add'l) | 02/12/13 | K | | |
| 1437. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 1438. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 1439. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 1440. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 1441. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 1442. | | | | | Buy (add'l) | 02/19/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1443. | | | | | Buy<br>(add'l) | 03/08/13 | J | | |
| 1444. | | | | | Buy<br>(add'l) | 02/13/13 | J | | |
| 1445. | | | | | Buy<br>(add'l) | 02/13/13 | K | | |
| 1446. | | | | | Buy<br>(add'l) | 05/01/13 | J | | |
| 1447. | | | | | Buy<br>(add'l) | 05/17/13 | J | | |
| 1448. | | | | | Buy<br>(add'l) | 05/01/13 | J | | |
| 1449. | | | | | Buy<br>(add'l) | 05/01/13 | J | | |
| 1450. | | | | | Buy<br>(add'l) | 05/01/13 | J | | |
| 1451. | | | | | Buy<br>(add'l) | 05/17/13 | J | | |
| 1452. -FANUC CO (Formerly FANUC) (Y) | | | | | Buy<br>(add'l) | 05/21/13 | L | | |
| 1453. | | | | | Buy<br>(add'l) | 06/11/13 | K | | |
| 1454. -NY DORM FORDHAM UNIV 08B FSA/<br>AGM 5.0% (Y) | | | | | Buy | 06/07/13 | M | | |
| 1455. -PROCTER & GAMBLE CO (Y) | | | | | Buy | 05/16/13 | L | | |
| 1456. | | | | | Buy<br>(add'l) | 05/15/13 | K | | |
| 1457. | | | | | Buy<br>(add'l) | 06/11/13 | L | | |
| 1458. -WASTE CONNECTIONS INC (Y) | | | | | Buy<br>(add'l) | 05/09/13 | J | | |
| 1459. | | | | | Buy<br>(add'l) | 05/10/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1460. | | | | | Buy<br>(add'l) | 05/13/13 | J | | |
| 1461. | | | | | Buy<br>(add'l) | 05/16/13 | J | | |
| 1462. | | | | | Buy<br>(add'l) | 05/17/13 | J | | |
| 1463. | | | | | Buy<br>(add'l) | 05/22/13 | J | | |
| 1464. | | | | | Buy<br>(add'l) | 05/23/13 | J | | |
| 1465. | | | | | Buy<br>(add'l) | 05/24/13 | J | | |
| 1466. | | | | | Buy<br>(add'l) | 05/28/13 | J | | |
| 1467. | | | | | Buy<br>(add'l) | 05/29/13 | J | | |
| 1468. | | | | | Buy<br>(add'l) | 05/31/13 | J | | |
| 1469. | | | | | Buy<br>(add'l) | 05/31/13 | J | | |
| 1470. | | | | | Buy<br>(add'l) | 06/03/13 | J | | |
| 1471. | | | | | Buy<br>(add'l) | 06/04/13 | J | | |
| 1472. | | | | | Buy<br>(add'l) | 06/04/13 | J | | |
| 1473. | | | | | Buy<br>(add'l) | 06/05/13 | J | | |
| 1474. | | | | | Buy<br>(add'l) | 06/19/13 | J | | |
| 1475. | | | | | Buy<br>(add'l) | 06/24/13 | J | | |
| 1476. | | | | | Buy<br>(add'l) | 07/02/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1477. -FIRST QUANTUM MINERALS LTD (Y) | | | | | Sold<br>(part) | 04/12/13 | J | | |
| 1478. -ABBVIE INC (Y) | | | | | Buy | 07/12/13 | J | | |
| 1479. | | | | | Buy<br>(add'l) | 07/15/13 | K | | |
| 1480. -B/E AEROSPACE INC (Y) | | | | | Buy | 07/09/13 | K | | |
| 1481. | | | | | Buy<br>(add'l) | 07/09/13 | J | | |
| 1482. | | | | | Buy<br>(add'l) | 07/10/13 | K | | |
| 1483. | | | | | Buy<br>(add'l) | 07/10/13 | J | | |
| 1484. | | | | | Buy<br>(add'l) | 07/11/13 | K | | |
| 1485. | | | | | Buy<br>(add'l) | 07/17/13 | J | | |
| 1486. | | | | | Buy<br>(add'l) | 07/18/13 | K | | |
| 1487. | | | | | Buy<br>(add'l) | 07/18/13 | J | | |
| 1488. | | | | | Buy<br>(add'l) | 07/19/13 | J | | |
| 1489. | | | | | Buy<br>(add'l) | 07/22/13 | J | | |
| 1490. -DAIMLER AG (Y) | | | | | Buy<br>(add'l) | 07/15/13 | K | | |
| 1491. -HDFC BANK LTD (Y) | | | | | Buy | 08/02/13 | K | | |
| 1492. | | | | | Buy<br>(add'l) | 08/02/13 | K | | |
| 1493. | | | | | Buy<br>(add'l) | 08/05/13 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1494. | | | | | Buy (add'l) | 09/09/13 | K | | |
| 1495. -MEGGITT PLC (Y) | | | | | Buy | 07/01/13 | K | | |
| 1496. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 1497. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 1498. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 1499. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 1500. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 1501. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 1502. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 1503. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 1504. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 1505. -NYC LIBERTY ONE BRYANT PARK CL3 SF 6.375% (Y) | | | | | Buy | 07/17/13 | M | | |
| 1506. -ROYAL CARIBBEAN CRUISES (Y) | | | | | Buy | 07/31/13 | J | | |
| 1507. | | | | | Buy (add'l) | 07/31/13 | K | | |
| 1508. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 1509. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 1510. | | | | | Buy (add'l) | 08/02/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1511. | | | | | Buy (add'l) | 08/05/13 | K | | |
| 1512. -SIEMENS AG NAMEN (Y) | | | | | Buy | 07/15/13 | L | | |
| 1513. -WYNN MACAU LTD (Y) | | | | | Buy | 07/02/13 | M | | |
| 1514. | | | | | Buy (add'l) | 07/03/13 | K | | |
| 1515. | | | | | Buy (add'l) | 07/04/13 | J | | |
| 1516. -SWISSCOM AG REG (Y) | | | | | Sold (part) | 07/18/13 | K | D | |
| 1517. | | | | | Sold (part) | 07/19/13 | K | D | |
| 1518. - Rental Property #24, Brooklyn NY | E | Rent | J | U | | | | | |
| 1519.     Business #3 | A | Int./Div. | L | U | | | | | |
| 1520.     Trust #26 - List of Assets | E | Int./Div. | J | T | | | | | |
| 1521. - SSGA US GOV MONEY MARKET FUND | | | | | Closed | 06/30/13 | J | | |
| 1522. -CAPITAL GLOBAL EQUITY FUND | | | | | Buy (add'l) | 04/16/13 | J | | |
| 1523. | | | | | Sold (part) | 04/25/13 | J | A | |
| 1524. | | | | | Sold | 06/07/13 | P1 | G | |
| 1525. -EMERGING MARKETS GROWTH FUND | | | | | Sold (part) | 06/07/13 | J | | |
| 1526. | | | | | Sold | 06/07/13 | N | G | |
| 1527.     Trust #29 - List of Assets | E | Int./Div. | P1 | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1528. -SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 1529. -ABBVIE INC | | | | | Buy | 07/15/13 | J | | |
| 1530. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 1531. - ACCENTURE PLC US $ | | | | | Sold (part) | 02/11/13 | J | A | |
| 1532. - ACE LTD | | | | | Sold (part) | 02/11/13 | J | A | |
| 1533. | | | | | Buy (add'l) | 12/10/13 | J | | |
| 1534. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 1535. - AIR PRODUCTS & CHEMICALS | | | | | | | | | |
| 1536. - ALLEGHENY TECHNOLOGIES INC | | | | | Buy (add'l) | 06/26/13 | J | | |
| 1537. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 1538. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 1539. - ALLERGEN INC | | | | | Sold (part) | 06/06/13 | J | C | |
| 1540. | | | | | Sold (part) | 06/06/13 | J | D | |
| 1541. - AMERICAN TOWER CORP CL A | | | | | Buy (add'l) | 11/01/13 | J | | |
| 1542. - AON CORP | | | | | | | | | |
| 1543. - APPLE INC | | | | | Buy (add'l) | 02/08/13 | J | | |
| 1544. -AUTOMATIC DATA PROCESSING INC | | | | | Buy | 08/13/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1545. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 1546. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 1547. - AVAGO TECHNOLOGIES LTD | | | | | Buy | 10/21/13 | J | | |
| 1548. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 1549. -B/E AEROSPACE INC | | | | | Buy | 07/09/13 | J | | |
| 1550. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 1551. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 1552. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 1553. - BARRICK GOLD CORP US $ | | | | | Sold (part) | 06/18/13 | J | | |
| 1554. | | | | | Sold | 09/18/13 | J | | |
| 1555. - BOEING CO | | | | | Buy (add'l) | 05/24/13 | J | | |
| 1556. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 1557. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 1558. - BRISTOL-MYERS SQUIBB CO | | | | | Buy (add'l) | 05/15/13 | J | | |
| 1559. - BROADCOM CORP | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1560. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 1561. | | | | | Sold (part) | 09/26/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 97 of 240

Name of Person Reporting

Barry, Maryanne T.

Date of Report

11/25/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1562. | | | | | Sold (part) | 09/26/13 | J | | |
| 1563. | | | | | Sold (part) | 09/27/13 | J | | |
| 1564. | | | | | Buy (add'l) | 10/29/13 | J | | |
| 1565. - CENOVUS ENERGY INC US $ | | | | | Sold (part) | 09/26/13 | K | | |
| 1566. | | | | | Sold | 09/27/13 | K | | |
| 1567. - CERNER CORP | | | | | Sold (part) | 02/07/13 | J | C | |
| 1568. -CHARTER COMMUNICATIONS INC CL A | | | | | Buy | 06/19/13 | J | | |
| 1569. - CHEVRON CORP | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1570. - COACH INC | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1571. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 1572. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 1573. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 1574. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 1575. - COMCAST CORP CL A (NEW) | | | | | | | | | |
| 1576. -DAIMLER AG ADR | | | | | Buy | 07/15/13 | J | | |
| 1577. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 1578. - DANAHER CORP | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1579. - DELPHI AUTOMOTIVE PLC | | | | | Buy | 07/03/13 | J | | |
| 1580. - EBAY INC | | | | | Sold | 10/16/13 | K | D | |
| 1581. - ECOLAB INC | | | | | Sold<br>(part) | 07/01/13 | J | D | |
| 1582. | | | | | Sold | 07/02/13 | J | C | |
| 1583. - EMERSON ELECTRIC CO | | | | | Sold<br>(part) | 10/22/13 | J | B | |
| 1584. - ENCANA CORP COM US $ | | | | | Sold<br>(part) | 01/11/13 | J | | |
| 1585. | | | | | Sold<br>(part) | 01/14/13 | J | | |
| 1586. | | | | | Sold<br>(part) | 01/14/13 | J | | |
| 1587. | | | | | Sold<br>(part) | 01/15/13 | J | | |
| 1588. | | | | | Sold<br>(part) | 01/16/13 | J | | |
| 1589. | | | | | Sold<br>(part) | 01/17/13 | J | A | |
| 1590. | | | | | Sold<br>(part) | 01/17/13 | J | | |
| 1591. | | | | | Sold<br>(part) | 01/18/13 | J | A | |
| 1592. | | | | | Sold | 01/18/13 | J | A | |
| 1593. - EOG RESOURCES INC | | | | | Sold<br>(part) | 02/08/13 | J | C | |
| 1594. | | | | | Sold<br>(part) | 02/11/13 | J | B | |
| 1595. - GENPACT LTD | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1596. - GOLDMAN SACHS GROUP INC | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 1597. - GOOGLE INC CL A | | | | | | | | | |
| 1598. - HALLIBURTON CO | | | | | Buy<br>(add'l) | 01/11/13 | J | | |
| 1599. | | | | | Buy<br>(add'l) | 06/26/13 | J | | |
| 1600. | | | | | Buy<br>(add'l) | 06/28/13 | J | | |
| 1601. | | | | | Buy<br>(add'l) | 07/01/13 | J | | |
| 1602. - HEXCEL CORP | | | | | Buy | 09/17/13 | J | | |
| 1603. | | | | | Buy<br>(add'l) | 09/18/13 | J | | |
| 1604. | | | | | Buy<br>(add'l) | 09/20/13 | J | | |
| 1605. | | | | | Buy<br>(add'l) | 10/18/13 | J | | |
| 1606. | | | | | Buy<br>(add'l) | 10/22/13 | J | | |
| 1607. | | | | | Buy<br>(add'l) | 10/22/13 | J | | |
| 1608. | | | | | Buy<br>(add'l) | 10/22/13 | J | | |
| 1609. - IDEX CORP (PREVIOUSLY<br>REPORTED AS INDEX CORP) | | | | | Buy | 07/29/13 | J | | |
| 1610. - INTERNATIONAL BUSINESS<br>MACHINES | | | | | Sold<br>(part) | 07/11/13 | K | D | |
| 1611. | | | | | Sold | 07/12/13 | K | D | |
| 1612. - IRON MOUNTAIN INC | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1613. -IRONWOOD PHARMACEUTICALS INC CL A | | | | | Buy | 01/30/13 | J | | |
| 1614. | | | | | Buy (add'l) | 01/31/13 | J | | |
| 1615. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 1616. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 1617. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1618. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 1619. | | | | | Buy (add'l) | 02/22/13 | J | | |
| 1620. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 1621. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 1622. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 1623. | | | | | Buy (add'l) | 03/20/13 | J | | |
| 1624. | | | | | Sold (part) | 11/06/13 | J | | |
| 1625. - JACK HENRY & ASSOC INC | | | | | | | | | |
| 1626. - JPMORGAN CHASE & CO | | | | | | | | | |
| 1627. - KLA-TENCOR CORP | | | | | Sold (part) | 10/21/13 | J | D | |
| 1628. | | | | | Sold | 10/22/13 | J | C | |
| 1629. - MARSH & MCLENNAN COS INC | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1630. - MICROSOFT CORP | | | | | Sold (part) | 01/10/13 | J | | |
| 1631. | | | | | Sold (part) | 03/19/13 | J | A | |
| 1632. - MONSANTO CO NEW COM | | | | | Sold (part) | 07/01/13 | J | C | |
| 1633. | | | | | Sold (part) | 07/02/13 | J | A | |
| 1634. - NATIONAL GRID PLC - SP ADR | | | | | | | | | |
| 1635. - NESTLE NAM SPON ADR | | | | | | | | | |
| 1636. -NEWELL RUBBERMAID INC | | | | | Buy | 01/01/13 | J | | |
| 1637. | | | | | Buy (add'l) | 01/03/13 | J | | |
| 1638. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 1639. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 1640. - NIELSEN HOLDINGS NV US $ (X) | | | | | Buy (add'l) | 08/02/13 | J | | |
| 1641. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 1642. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 1643. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 1644. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 1645. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 1646. - NIKE INC CL B | | | | | Buy (add'l) | 02/12/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1647. - NOBLE ENERGY INC | | | | | Buy<br>(add'l) | 06/07/13 | J | | |
| 1648. - NORFOLK SOUTHERN CORP | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 1649. - NOVO NORDISK A/S CL B ADR | | | | | | | | | |
| 1650. - NUCOR CORP | | | | | | | | | |
| 1651. - ORACLE CORP | | | | | Sold<br>(part) | 08/15/13 | J | | |
| 1652. - PEPSICO INC | | | | | Sold<br>(part) | 02/11/13 | J | A | |
| 1653. - PHILIP MORRIS INTERNATIONAL INC | | | | | Sold<br>(part) | 03/13/13 | J | B | |
| 1654. | | | | | Sold<br>(part) | 03/14/13 | J | C | |
| 1655. - PFIZER INC | | | | | Sold<br>(part) | 02/13/13 | J | B | |
| 1656. -PROCTER & GAMBLE | | | | | Buy | 03/12/13 | J | | |
| 1657. | | | | | Buy<br>(add'l) | 03/13/13 | J | | |
| 1658. | | | | | Buy<br>(add'l) | 05/16/13 | J | | |
| 1659. - PROGRESSIVE CORP OHIO | | | | | Sold<br>(part) | 09/11/13 | J | A | |
| 1660. - QUALCOMM INC | | | | | Sold<br>(part) | 02/08/13 | J | A | |
| 1661. - REPUBLIC SERVICES | | | | | Sold<br>(part) | 10/16/13 | J | A | |
| 1662. | | | | | Sold | 10/17/13 | J | A | |
| 1663. - RIO TINTO PLC ADR SPON | | | | | Buy<br>(add'l) | 02/12/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1664. | | | | | Sold | 06/10/13 | J | | |
| 1665. -ROSS STORES INC | | | | | Buy | 09/17/13 | J | | |
| 1666. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 1667. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 1668. | | | | | Buy (add'l) | 10/11/13 | J | | |
| 1669. - ROYAL DUTCH SHELL CL A ADR | | | | | Sold (part) | 05/01/13 | K | | |
| 1670. | | | | | Sold (part) | 09/17/13 | J | | |
| 1671. | | | | | Sold | 09/18/13 | J | | |
| 1672. - SCHLUMBERGER | | | | | Buy (add'l) | 02/12/13 | J | | |
| 1673. - SCHWAB CHARLES NEW (X) | | | | | | | | | |
| 1674. - SCRIPPS NETWORKS INTERACTIVE | | | | | | | | | |
| 1675. - SEATTLE GENETICS INC | | | | | | | | | |
| 1676. - SIEMENS AG ADR | | | | | Buy | 07/15/13 | J | | |
| 1677. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 1678. | | | | | Sold (part) | 07/25/13 | J | A | |
| 1679. -SIRIUS XM RADIO INC | | | | | Buy | 04/24/13 | J | | |
| 1680. | | | | | Buy (add'l) | 04/24/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1681. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 1682. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 1683. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 1684. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 1685. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 1686. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 1687. - STANLEY BLACK & DECKER INC | | | | | Buy (add'l) | 01/09/13 | J | | |
| 1688. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1689. | | | | | Sold (part) | 04/08/13 | J | B | |
| 1690. | | | | | Sold (part) | 04/09/13 | J | B | |
| 1691. | | | | | Sold (part) | 05/15/13 | J | A | |
| 1692. | | | | | Sold | 05/15/13 | K | D | |
| 1693. - TARGET CORP | | | | | Sold (part) | 05/13/13 | J | B | |
| 1694. | | | | | Sold (part) | 08/14/13 | J | B | |
| 1695. | | | | | Sold (part) | 08/15/13 | J | A | |
| 1696. - TE CONNECTIVITY LTD US $ | | | | | | | | | |
| 1697. -TEXAS INSTRUMENTS INC | | | | | Buy | 03/15/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1698. | | | | | Buy<br>(add'l) | 03/18/13 | J | | |
| 1699. | | | | | Buy<br>(add'l) | 03/19/13 | J | | |
| 1700. | | | | | Buy<br>(add'l) | 07/10/13 | J | | |
| 1701. | | | | | Buy<br>(add'l) | 07/11/13 | J | | |
| 1702. - THE WALT DISNEY | | | | | Sold | 10/21/13 | K | D | |
| 1703. - TIFFANY & CO NEW | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 1704. | | | | | Buy<br>(add'l) | 02/12/13 | J | | |
| 1705. | | | | | Sold<br>(part) | 08/23/13 | J | C | |
| 1706. | | | | | Sold<br>(part) | 08/23/13 | J | C | |
| 1707. - TIME WARNER CABLE INC | | | | | Sold<br>(part) | 05/06/13 | J | B | |
| 1708. | | | | | Sold | 05/07/13 | J | A | |
| 1709. - TOWERS WATSON & COMPANY CL A | | | | | Buy | 09/24/13 | J | | |
| 1710. - UNION PACIFIC CORP | | | | | | | | | |
| 1711. - UNITED PARCEL SERVICE INC | | | | | Sold | 01/14/13 | J | A | |
| 1712. - UNITED TECHNOLOGIES CORP | | | | | | | | | |
| 1713. - UNITEDHEALTH GROUP INC | | | | | Sold<br>(part) | 02/11/13 | J | C | |
| 1714. - VISA INC CL A | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1715. - CATERPILLAR INC | | | | | | | | | |
| 1716. - CARNIVAL CORP COMMON PAIRED STOCK | | | | | Sold (part) | 05/01/13 | K | B | |
| 1717. - DRIL-QUIP INC | | | | | Sold (part) | 07/16/13 | J | C | |
| 1718. | | | | | Sold (part) | 07/23/13 | J | C | |
| 1719. | | | | | Sold | 07/31/13 | J | B | |
| 1720. - SIGNET JEWELERS LTD | | | | | Buy (add'l) | 02/13/13 | J | | |
| 1721. - HOME DEPOT | | | | | Sold (part) | 03/01/13 | J | C | |
| 1722. | | | | | Sold (part) | 10/21/13 | J | D | |
| 1723. - AFLAC INC | | | | | Sold (part) | 03/15/13 | J | A | |
| 1724. | | | | | Sold (part) | 03/18/13 | J | A | |
| 1725. | | | | | Sold (part) | 03/18/13 | J | A | |
| 1726. | | | | | Sold | 04/26/13 | J | B | |
| 1727. -EXPRESS SCRIPTS INC | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1728. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 1729. -DOW CHEMICAL CO | | | | | | | | | |
| 1730. -EATON CORP | | | | | Buy (add'l) | 02/12/13 | J | | |
| 1731. -DIAGEO PLC SPONSORED ADR | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1732. -BB&T CORP | | | | | | | | | |
| 1733. -CAE INC | | | | | Sold (part) | 10/22/13 | J | | |
| 1734. | | | | | Sold (part) | 10/23/13 | J | | |
| 1735. | | | | | Sold | 10/24/13 | J | A | |
| 1736. -GILEAD SCIENCES INC | | | | | Sold (part) | 04/30/13 | K | D | |
| 1737. -BLACKROCK INC | | | | | | | | | |
| 1738. -AGILENT TECHNOLOGIES INC | | | | | Sold | 08/02/13 | J | A | |
| 1739. -JABIL CIRCUIT INC | | | | | Buy (add'l) | 02/13/13 | J | | |
| 1740. -ENSCO PLC ADR | | | | | | | | | |
| 1741. -COBALT INTERNATIONAL ENERGY | | | | | Sold | 12/11/13 | J | | |
| 1742. -DARDEN RESTAURANTS INC | | | | | Sold (part) | 04/30/13 | K | A | |
| 1743. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 1744. -CENTENE CORP | | | | | | | | | |
| 1745. -ISHARES S&P US PREFERRED STOCK INDEX FND ETF | | | | | Sold (part) | 02/08/13 | L | B | |
| 1746. | | | | | Sold | 03/26/13 | K | A | |
| 1747. -CME GROUP INC | | | | | | | | | |
| 1748. -KINDER MORGAN INC | | | | | Sold (part) | 10/14/13 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1749. | | | | | Sold | 10/14/13 | J | A | |
| 1750. -MOSAIC CO/THE | | | | | Buy (add'l) | 03/21/13 | J | | |
| 1751. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 1752. | | | | | Sold (part) | 12/12/13 | J | | |
| 1753. | | | | | Sold (part) | 12/13/13 | J | | |
| 1754. | | | | | Sold (part) | 12/13/13 | J | | |
| 1755. -BEAM INC | | | | | | | | | |
| 1756. -CONOCOPHILLIPS | | | | | | | | | |
| 1757. -STARBUCKS CORP | | | | | | | | | |
| 1758. -VERISIGN INC | | | | | Buy | 02/08/13 | J | | |
| 1759. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1760. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1761. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 1762. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 1763. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 1764. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 1765. | | | | | Buy (add'l) | 03/07/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1766. | | | | | Buy<br>(add'l) | 04/03/13 | J | | |
| 1767. | | | | | Buy<br>(add'l) | 05/01/13 | J | | |
| 1768. | | | | | Buy<br>(add'l) | 06/26/13 | J | | |
| 1769. -VERIZON COMMUNICATIONS | | | | | Buy | 10/25/13 | J | | |
| 1770. | | | | | Buy<br>(add'l) | 10/28/13 | J | | |
| 1771. -WASTE CONNECTIONS INC | | | | | Buy | 05/31/13 | J | | |
| 1772. | | | | | Buy<br>(add'l) | 06/10/13 | J | | |
| 1773. | | | | | Buy<br>(add'l) | 06/20/13 | J | | |
| 1774. | | | | | Buy<br>(add'l) | 06/25/13 | J | | |
| 1775. | | | | | Buy<br>(add'l) | 07/03/13 | J | | |
| 1776. ▨ Trust #30 - List of Assets | G | Int./Div. | P2 | T | | | | | |
| 1777. - 3M COMPANY | | | | | | | | | |
| 1778. -ABBVIE INC | | | | | Buy | 07/12/13 | J | | |
| 1779. | | | | | Buy<br>(add'l) | 07/15/13 | K | | |
| 1780. -AGILENT TECHNOLOGIES INC | | | | | Buy<br>(add'l) | 02/11/13 | K | | |
| 1781. | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 1782. | | | | | Sold<br>(part) | 06/26/13 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1783. | | | | | Sold (part) | 06/26/13 | K | | |
| 1784. | | | | | Sold | 06/27/13 | J | | |
| 1785. -AIR PRODUCTS & CHEMICALS INC | | | | | | | | | |
| 1786. - ALLEGHENY TECHNOLOGIES INC | | | | | | | | | |
| 1787. - ALLERGAN INC | | | | | Sold (part) | 06/03/13 | K | D | |
| 1788. | | | | | Sold (part) | 06/04/13 | K | D | |
| 1789. | | | | | Sold (part) | 06/05/13 | J | C | |
| 1790. | | | | | Sold (part) | 06/06/13 | K | D | |
| 1791. | | | | | Sold (part) | 06/06/13 | J | D | |
| 1792. | | | | | Sold (part) | 09/25/13 | J | C | |
| 1793. - AMERICAN TOWER CORP | | | | | Buy (add'l) | 08/14/13 | J | | |
| 1794. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 1795. - AON CORP | | | | | | | | | |
| 1796. - APPLE INC | | | | | | | | | |
| 1797. - ASML HOLDING NV | | | | | Buy (add'l) | 02/11/13 | K | | |
| 1798. | | | | | Buy (add'l) | 06/27/13 | K | | |
| 1799. -AUTOMATIC DATA PROCESSING INC | | | | | Buy | 08/12/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1800. | | | | | Buy<br>(add'l) | 08/12/13 | J | | |
| 1801. | | | | | Buy<br>(add'l) | 08/13/13 | K | | |
| 1802. | | | | | Buy<br>(add'l) | 08/14/13 | K | | |
| 1803. | | | | | Buy<br>(add'l) | 09/06/13 | K | | |
| 1804. | | | | | Buy<br>(add'l) | 09/06/13 | J | | |
| 1805. -AVAGO TECHNOLOGIES LTD | | | | | Buy | 10/21/13 | J | | |
| 1806. | | | | | Buy<br>(add'l) | 10/21/13 | K | | |
| 1807. | | | | | Buy<br>(add'l) | 10/22/13 | J | | |
| 1808. | | | | | Buy<br>(add'l) | 12/04/13 | J | | |
| 1809. | | | | | Buy<br>(add'l) | 12/04/13 | J | | |
| 1810. -BANK OF CHINA LTD H | | | | | Sold<br>(part) | 02/08/13 | K | | |
| 1811. - BARRICK GOLD CORP | | | | | Sold<br>(part) | 03/18/13 | K | | |
| 1812. | | | | | Sold<br>(part) | 08/06/13 | J | | |
| 1813. | | | | | Sold | 08/07/13 | J | | |
| 1814. - BAYER | | | | | Buy<br>(add'l) | 06/20/13 | K | | |
| 1815. | | | | | Buy<br>(add'l) | 07/01/13 | J | | |
| 1816. -B/E AEROSPACE INC | | | | | Buy | 07/09/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1817. | | | | | Buy<br>(add'l) | 07/09/13 | J | | |
| 1818. | | | | | Buy<br>(add'l) | 07/10/13 | J | | |
| 1819. | | | | | Buy<br>(add'l) | 07/11/13 | J | | |
| 1820. | | | | | Buy<br>(add'l) | 07/17/13 | J | | |
| 1821. | | | | | Buy<br>(add'l) | 07/18/13 | J | | |
| 1822. | | | | | Buy<br>(add'l) | 07/18/13 | K | | |
| 1823. | | | | | Buy<br>(add'l) | 07/19/13 | J | | |
| 1824. - BHP BILLITON LTD | | | | | Sold<br>(part) | 05/27/13 | K | | |
| 1825. | | | | | Buy<br>(add'l) | 08/29/13 | K | | |
| 1826. -BG GROUP PLC | | | | | Buy | 01/18/13 | K | | |
| 1827. | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 1828. | | | | | Sold<br>(part) | 06/07/13 | J | C | |
| 1829. | | | | | Sold<br>(part) | 06/10/13 | J | B | |
| 1830. | | | | | Sold<br>(part) | 06/11/13 | J | A | |
| 1831. | | | | | Sold<br>(part) | 06/12/13 | J | B | |
| 1832. | | | | | Sold<br>(part) | 06/14/13 | J | B | |
| 1833. | | | | | Sold<br>(part) | 06/18/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1834. | | | | | Sold<br>(part) | 07/12/13 | J | A | |
| 1835. | | | | | Sold<br>(part) | 07/15/13 | J | A | |
| 1836. | | | | | Sold<br>(part) | 08/29/13 | J | B | |
| 1837. | | | | | Sold<br>(part) | 08/30/13 | J | A | |
| 1838. | | | | | Sold<br>(part) | 09/02/13 | J | A | |
| 1839. - BOC HONG KONG HOLDINGS LTD | | | | | | | | | |
| 1840. - BOEING CO | | | | | Buy<br>(add'l) | 05/23/13 | K | | |
| 1841. | | | | | Buy<br>(add'l) | 05/24/13 | K | | |
| 1842. | | | | | Buy<br>(add'l) | 06/26/13 | L | | |
| 1843. - BRISTOL MYERS SQUIBB CO | | | | | Buy<br>(add'l) | 02/08/13 | K | | |
| 1844. - BROADCOM CORP | | | | | Sold<br>(part) | 11/04/13 | K | | |
| 1845. - CENOVUS ENERGY C$ | | | | | Sold<br>(part) | 10/28/13 | J | C | |
| 1846. | | | | | Sold<br>(part) | 12/11/13 | J | A | |
| 1847. | | | | | Sold<br>(part) | 12/11/13 | J | A | |
| 1848. | | | | | Sold<br>(part) | 12/12/13 | J | A | |
| 1849. | | | | | Sold<br>(part) | 12/12/13 | J | A | |
| 1850. | | | | | Sold<br>(part) | 12/13/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1851. | | | | | Sold (part) | 12/16/13 | J | A | |
| 1852. | | | | | Sold (part) | 12/17/13 | J | B | |
| 1853. - CENOVUS ENERGY US$ | | | | | Sold (part) | 12/11/13 | J | A | |
| 1854. | | | | | Sold (part) | 12/12/13 | J | A | |
| 1855. | | | | | Sold (part) | 12/12/13 | J | A | |
| 1856. | | | | | Sold (part) | 12/16/13 | J | A | |
| 1857. | | | | | Sold | 12/18/13 | J | A | |
| 1858. - CERNER CORP | | | | | Sold (part) | 02/07/13 | K | E | |
| 1859. | | | | | Sold (part) | 02/07/13 | K | D | |
| 1860. - CHEVRON CORP | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1861. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1862. - COACH INC | | | | | Buy (add'l) | 01/28/13 | J | | |
| 1863. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 1864. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 1865. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 1866. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 1867. | | | | | Buy (add'l) | 03/01/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1868. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1869. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 1870. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 1871. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 1872. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 1873. | | | | | Buy (add'l) | 01/25/13 | J | | |
| 1874. - COCA-COLA AMATIL LTD | | | | | Buy (add'l) | 01/11/13 | K | | |
| 1875. | | | | | Buy (add'l) | 01/14/13 | J | | |
| 1876. | | | | | Buy (add'l) | 01/15/13 | K | | |
| 1877. | | | | | Buy (add'l) | 01/16/13 | J | | |
| 1878. | | | | | Sold (part) | 09/27/13 | J | | |
| 1879. | | | | | Sold (part) | 09/30/13 | K | | |
| 1880. | | | | | Buy (add'l) | 11/15/13 | L | | |
| 1881. | | | | | Sold (part) | 10/1/13 | J | | |
| 1882. | | | | | Sold (part) | 10/02/13 | K | | |
| 1883. - COMCAST CORP | | | | | | | | | |
| 1884. - DAIMLER AG | | | | | Buy | 07/15/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1885. - DANAHER CORP | | | | | Buy<br>(add'l) | 02/11/13 | K | | |
| 1886. | | | | | Buy<br>(add'l) | 02/12/13 | J | | |
| 1887. - DANONE | | | | | Buy<br>(add'l) | 04/02/13 | K | | |
| 1888. - DAVITA INC | | | | | | | | | |
| 1889. - DBS GROUP HOLDINGS | | | | | Buy<br>(add'l) | 05/22/13 | J | | |
| 1890. - DIAGEO PLC | | | | | Sold<br>(part) | 02/11/13 | K | D | |
| 1891. - ECOLAB INC | | | | | Sold<br>(part) | 07/01/13 | K | E | |
| 1892. | | | | | Sold<br>(part) | 07/02/13 | K | E | |
| 1893. - EMERSON ELECTRIC CO | | | | | Sold<br>(part) | 10/21/13 | K | D | |
| 1894. | | | | | Sold | 10/22/13 | K | D | |
| 1895. -ENBRIDGE INC | | | | | Buy | 11/01/13 | J | | |
| 1896. | | | | | Buy<br>(add'l) | 11/04/13 | J | | |
| 1897. | | | | | Buy<br>(add'l) | 11/05/13 | J | | |
| 1898. | | | | | Buy<br>(add'l) | 11/07/13 | J | | |
| 1899. | | | | | Buy<br>(add'l) | 11/11/13 | J | | |
| 1900. | | | | | Buy<br>(add'l) | 11/08/13 | J | | |
| 1901. | | | | | Buy<br>(add'l) | 11/13/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1902. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 1903. - ESSILOR INTL | | | | | Sold (part) | 02/11/13 | K | D | |
| 1904. - FANUC CO | | | | | Buy (add'l) | 05/21/13 | K | | |
| 1905. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 1906. - FIRST QUANTUM MINERALS LTD C$ | | | | | Buy | 08/06/13 | J | | |
| 1907. - FEDEX CORP | | | | | | | | | |
| 1908. - GENPACT LTD | | | | | Sold (part) | 02/11/13 | J | A | |
| 1909. | | | | | Sold (part) | 02/11/13 | J | A | |
| 1910. - GOLDMAN SACHS GROUP | | | | | Buy (add'l) | 01/07/13 | J | | |
| 1911. | | | | | Buy (add'l) | 02/11/13 | K | | |
| 1912. - GOOGLE INC | | | | | | | | | |
| 1913. - HALLIBURTON CO | | | | | Buy (add'l) | 01/11/13 | K | | |
| 1914. | | | | | Buy (add'l) | 06/28/13 | K | | |
| 1915. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 1916. -HDFC BANK LTD | | | | | Buy | 08/02/13 | L | | |
| 1917. | | | | | Buy (add'l) | 08/02/13 | K | | |
| 1918. | | | | | Buy (add'l) | 08/05/13 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1919. | | | | | Buy<br>(add'l) | 08/06/13 | L | | |
| 1920. | | | | | Buy<br>(add'l) | 12/23/13 | J | | |
| 1921. | | | | | Buy<br>(add'l) | 12/24/13 | J | | |
| 1922. | | | | | Buy<br>(add'l) | 12/24/13 | J | | |
| 1923. | | | | | Buy<br>(add'l) | 12/26/13 | J | | |
| 1924. - HENNES & MAURITZ | | | | | Sold<br>(part) | 02/13/13 | K | B | |
| 1925. | | | | | Sold<br>(part) | 02/14/13 | J | A | |
| 1926. | | | | | Sold<br>(part) | 02/14/13 | J | A | |
| 1927. | | | | | Sold<br>(part) | 02/15/13 | J | A | |
| 1928. | | | | | Sold<br>(part) | 02/15/13 | J | A | |
| 1929. | | | | | Sold<br>(part) | 03/11/13 | L | D | |
| 1930. | | | | | Sold<br>(part) | 05/16/13 | K | C | |
| 1931. | | | | | Sold | 05/16/13 | J | B | |
| 1932. -HEXCEL CORP | | | | | Buy | 10/18/13 | J | | |
| 1933. | | | | | Buy<br>(add'l) | 10/21/13 | J | | |
| 1934. | | | | | Buy<br>(add'l) | 10/21/13 | J | | |
| 1935. | | | | | Buy<br>(add'l) | 10/22/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1936. | | | | | Buy<br>(add'l) | 10/22/13 | J | | |
| 1937. | | | | | Buy<br>(add'l) | 10/23/13 | J | | |
| 1938. - HONG KONG/CHINA GAS | | | | | Sold<br>(part) | 02/07/13 | K | E | |
| 1939. | | | | | Sold<br>(part) | 02/08/13 | K | E | |
| 1940. | | | | | Sold<br>(part) | 09/02/13 | J | C | |
| 1941. | | | | | Sold<br>(part) | 09/03/13 | J | C | |
| 1942. | | | | | Sold<br>(part) | 09/05/13 | J | C | |
| 1943. | | | | | Sold<br>(part) | 09/09/13 | J | C | |
| 1944. | | | | | Sold<br>(part) | 09/11/13 | J | C | |
| 1945. | | | | | Sold<br>(part) | 09/12/13 | J | C | |
| 1946. | | | | | Sold | 09/13/13 | J | A | |
| 1947. - HSBC HOLDINGS PLC | | | | | Sold<br>(part) | 07/19/13 | K | D | |
| 1948. | | | | | Sold<br>(part) | 10/17/13 | K | D | |
| 1949. | | | | | Sold<br>(part) | 10/17/13 | J | B | |
| 1950. | | | | | Sold<br>(part) | 10/18/13 | J | A | |
| 1951. -HSBC HOLDINGS PLC UKP (X) | | | | | | | | | |
| 1952. -KINDER MORGAN INC | | | | | Buy | 02/11/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1953. | | | | | Sold<br>(part) | 12/10/13 | J | | |
| 1954. | | | | | Sold | 12/10/13 | K | | |
| 1955. - ICICI BANK LTD SPON | | | | | Sold<br>(part) | 07/01/13 | J | | |
| 1956. | | | | | Sold<br>(part) | 07/02/13 | J | | |
| 1957. | | | | | Sold<br>(part) | 07/03/13 | J | | |
| 1958. | | | | | Sold<br>(part) | 07/08/13 | K | | |
| 1959. | | | | | Sold<br>(part) | 07/27/13 | J | | |
| 1960. | | | | | Sold<br>(part) | 07/25/13 | J | | |
| 1961. | | | | | Sold<br>(part) | 07/25/13 | J | | |
| 1962. | | | | | Sold<br>(part) | 07/26/13 | J | A | |
| 1963. | | | | | Sold<br>(part) | 07/29/13 | J | A | |
| 1964. | | | | | Sold<br>(part) | 08/02/13 | K | A | |
| 1965. | | | | | Sold<br>(part) | 08/02/13 | J | | |
| 1966. | | | | | Sold | 08/05/13 | J | A | |
| 1967. -IDEX CORP | | | | | Buy<br>(add'l) | 01/01/13 | J | | |
| 1968. | | | | | Buy<br>(add'l) | 02/04/13 | J | | |
| 1969. | | | | | Buy<br>(add'l) | 02/05/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1970. | | | | | Buy<br>(add'l) | 02/26/13 | J | | |
| 1971. - ILLINOIS TOOL WORKS | | | | | | | | | |
| 1972. - IMPERIAL TOBACCO | | | | | Buy<br>(add'l) | 2/11/13 | K | | |
| 1973. -INDITEX | | | | | Buy | 06/20/13 | K | | |
| 1974. - INMET MINING CORP (Y) | | | | | | | | | |
| 1975. - INTERNATIONAL BUSINESS<br>MACHINES CORP | | | | | Sold<br>(part) | 05/01/13 | K | D | |
| 1976. | | | | | Sold<br>(part) | 07/10/13 | K | D | |
| 1977. | | | | | Sold<br>(part) | 07/10/13 | K | D | |
| 1978. | | | | | Sold<br>(part) | 07/11/13 | L | E | |
| 1979. | | | | | Sold | 07/12/13 | L | E | |
| 1980. - IRON MOUNTAIN INC | | | | | | | | | |
| 1981. -IRONWOOD PHARMACEUTICALS INC<br>CL A | | | | | Buy | 01/30/13 | J | | |
| 1982. | | | | | Buy<br>(add'l) | 01/31/13 | J | | |
| 1983. | | | | | Buy<br>(add'l) | 02/01/13 | J | | |
| 1984. | | | | | Buy<br>(add'l) | 02/04/13 | J | | |
| 1985. | | | | | Buy<br>(add'l) | 02/05/13 | J | | |
| 1986. | | | | | Buy<br>(add'l) | 02/06/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1987. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1988. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 1989. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 1990. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 1991. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 1992. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 1993. | | | | | Buy (add'l) | 02/20/13 | J | | |
| 1994. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 1995. | | | | | Buy (add'l) | 02/22/13 | J | | |
| 1996. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 1997. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 1998. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 1999. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 2000. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 2001. | | | | | Buy (add'l) | 01/29/13 | J | | |
| 2002. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 2003. | | | | | Buy (add'l) | 02/26/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2004. | | | | | Buy<br>(add'l) | 02/27/13 | J | | |
| 2005. | | | | | Buy<br>(add'l) | 03/21/13 | J | | |
| 2006. | | | | | Buy<br>(add'l) | 04/17/13 | J | | |
| 2007. | | | | | Buy<br>(add'l) | 04/18/13 | J | | |
| 2008. | | | | | Buy<br>(add'l) | 04/19/13 | J | | |
| 2009. | | | | | Buy<br>(add'l) | 04/25/13 | J | | |
| 2010. | | | | | Buy<br>(add'l) | 05/01/13 | J | | |
| 2011. | | | | | Buy<br>(add'l) | 05/16/13 | J | | |
| 2012. | | | | | Buy<br>(add'l) | 05/20/13 | J | | |
| 2013. - JGC CORP | | | | | Sold<br>(part) | 02/15/13 | K | D | |
| 2014. | | | | | Sold | 02/18/13 | K | D | |
| 2015. - JP MORGAN CHASE & CO | | | | | Sold<br>(part) | 07/01/13 | K | D | |
| 2016. | | | | | Sold<br>(part) | 11/14/13 | K | D | |
| 2017. - KEYENCE CORP | | | | | | | | | |
| 2018. - KLA-TENCOR CORP | | | | | Sold<br>(part) | 03/08/13 | K | E | |
| 2019. | | | | | Sold<br>(part) | 10/21/13 | J | C | |
| 2020. | | | | | Sold<br>(part) | 10/21/13 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2021. | | | | | Sold (part) | 10/22/13 | J | C | |
| 2022. - KONINKLIJKE DSM (FORMERLY KPN) | | | | | | | | | |
| 2023. - L'AIR LIQUIDE | | | | | | | | | |
| 2024. - L'OREAL | | | | | | | | | |
| 2025. -LI & FUNG LTD | | | | | Buy | 09/02/13 | J | | |
| 2026. | | | | | Buy (add'l) | 09/06/13 | K | | |
| 2027. | | | | | Buy (add'l) | 09/26/13 | J | | |
| 2028. | | | | | Buy (add'l) | 09/27/13 | K | | |
| 2029. | | | | | Sold (part) | 12/12/13 | J | | |
| 2030. -LLOYDS TSB GROUP PLC | | | | | Buy | 08/07/13 | K | | |
| 2031. | | | | | Buy (add'l) | 08/15/13 | K | | |
| 2032. | | | | | Buy (add'l) | 08/15/13 | L | | |
| 2033. -MEGGITT PLC | | | | | Buy | 07/01/13 | J | | |
| 2034. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 2035. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 2036. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 2037. | | | | | Buy (add'l) | 07/22/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2038. - MICROSOFT CORP | | | | | | | | | |
| 2039. -MITSUBISHI CORP | | | | | Buy<br>(add'l) | 03/05/13 | K | | |
| 2040. | | | | | Sold<br>(part) | 04/09/13 | K | | |
| 2041. | | | | | Sold | 04/09/13 | K | | |
| 2042. - MONSANTO CO NEW COM | | | | | Sold<br>(part) | 07/01/13 | J | C | |
| 2043. | | | | | Sold<br>(part) | 07/01/13 | J | C | |
| 2044. | | | | | Sold<br>(part) | 07/02/13 | J | D | |
| 2045. -MOSAIC CO/THE | | | | | Buy<br>(add'l) | 03/04/13 | J | | |
| 2046. | | | | | Buy<br>(add'l) | 03/05/13 | J | | |
| 2047. | | | | | Buy<br>(add'l) | 04/03/13 | K | | |
| 2048. | | | | | Buy<br>(add'l) | 04/04/13 | J | | |
| 2049. | | | | | Buy<br>(add'l) | 07/11/13 | K | | |
| 2050. | | | | | Sold<br>(part) | 12/12/13 | K | | |
| 2051. | | | | | Sold<br>(part) | 12/13/13 | J | | |
| 2052. | | | | | Sold<br>(part) | 12/13/13 | J | | |
| 2053. - MURATA MANUFACTURING | | | | | Sold<br>(part) | 03/08/13 | K | D | |
| 2054. | | | | | Sold<br>(part) | 05/08/13 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2055. - NATIONAL GRID PLC | | | | | | | | | |
| 2056. - NATIONAL INSTRUMENTS CORP | | | | | Sold (part) | 05/13/13 | J | C | |
| 2057. | | | | | Sold (part) | 05/14/13 | J | B | |
| 2058. | | | | | Sold (part) | 05/15/13 | J | C | |
| 2059. | | | | | Sold (part) | 05/16/13 | J | B | |
| 2060. | | | | | Sold | 05/17/13 | J | B | |
| 2061. - NESTLE SA REG | | | | | | | | | |
| 2062. - NEWCREST MINING NPV | | | | | Sold (part) | 04/02/13 | J | C | |
| 2063. | | | | | Sold | 04/04/13 | K | C | |
| 2064. -NEWELL RUBBERMAID INC | | | | | Buy (add'l) | 01/01/13 | J | | |
| 2065. | | | | | Buy (add'l) | 01/01/13 | J | | |
| 2066. | | | | | Buy (add'l) | 01/03/13 | J | | |
| 2067. | | | | | Buy (add'l) | 01/07/13 | J | | |
| 2068. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 2069. | | | | | Buy (add'l) | 01/09/13 | J | | |
| 2070. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 2071. | | | | | Buy (add'l) | 02/13/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2072. - NOBLE ENERGY INC | | | | | Buy (add'l) | 03/04/13 | K | | |
| 2073. | | | | | Sold (part) | 05/20/13 | J | D | |
| 2074. | | | | | Sold (part) | 05/21/13 | J | D | |
| 2075. | | | | | Sold (part) | 07/31/13 | J | D | |
| 2076. | | | | | Sold (part) | 08/01/13 | J | D | |
| 2077. - NORDSTROM INC | | | | | | | | | |
| 2078. - NORFOLK SOUTHERN CORP | | | | | Buy (add'l) | 06/11/13 | J | | |
| 2079. | | | | | Buy (add'l) | 06/11/13 | K | | |
| 2080. - NOVARTIS AG NAMEN | | | | | Sold (part) | 07/01/13 | K | E | |
| 2081. - NOVO NORDISK | | | | | Buy (add'l) | 05/22/13 | J | | |
| 2082. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 2083. | | | | | Buy (add'l) | 10/04/13 | M | | |
| 2084. -NUCOR CORP | | | | | | | | | |
| 2085. - ORACLE CORP | | | | | Sold (part) | 08/15/13 | K | E | |
| 2086. | | | | | Sold (part) | 08/15/13 | K | E | |
| 2087. - PERNOD RICARD | | | | | | | | | |
| 2088. - PHILIP MORRIS INTERNATIONAL | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2089. - PROGRESSIVE CORP OHIO | | | | | Sold (part) | 09/11/13 | K | D | |
| 2090. -PROCTER & GAMBLE CO | | | | | Buy | 05/15/13 | M | | |
| 2091. | | | | | Buy (add'l) | 05/16/13 | K | | |
| 2092. | | | | | Buy (add'l) | 06/11/13 | K | | |
| 2093. - QUALCOMM INC | | | | | Sold (part) | 02/08/13 | K | D | |
| 2094. - RECKITT BENCKISER GROUP | | | | | Sold | 10/17/13 | K | E | |
| 2095. - REPUBLIC SERVICES INC | | | | | Sold (part) | 10/16/13 | K | C | |
| 2096. | | | | | Sold | 10/17/13 | J | A | |
| 2097. - COMPAGNIE FINANCIERE RICHEMONT SA REG (FORMERLY RICHEMONT CIE FIN) | | | | | Sold (part) | 03/25/13 | K | D | |
| 2098. - RIO TINTO PLC | | | | | Buy (add'l) | 02/12/13 | J | | |
| 2099. | | | | | Sold (part) | 03/21/13 | K | | |
| 2100. | | | | | Sold (part) | 03/21/13 | J | | |
| 2101. | | | | | Sold (part) | 03/22/13 | J | | |
| 2102. | | | | | Sold (part) | 06/11/13 | K | | |
| 2103. | | | | | Sold (part) | 07/04/13 | K | | |
| 2104. - ROYAL DUTCH SHELL | | | | | Sold (part) | 05/20/13 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2105. | | | | | Sold (part) | 05/21/13 | K | C | |
| 2106. | | | | | Sold (part) | 09/13/13 | J | D | |
| 2107. | | | | | Sold (part) | 09/16/13 | J | D | |
| 2108. | | | | | Sold (part) | 09/17/13 | K | E | |
| 2109. | | | | | Sold (part) | 09/17/13 | J | D | |
| 2110. | | | | | Sold | 09/18/13 | K | E | |
| 2111. -ROSS STORES INC | | | | | Buy | 09/11/13 | J | | |
| 2112. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 2113. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 2114. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 2115. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 2116. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 2117. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 2118. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 2119. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 2120. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 2121. | | | | | Buy (add'l) | 10/08/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2122. -ROYAL CARIBBEAN CRUISES | | | | | Buy | 07/31/13 | J | | |
| 2123. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 2124. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 2125. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 2126. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 2127. | | | | | Buy (add'l) | 08/05/13 | K | | |
| 2128. - SAMSUNG ELEC | | | | | Sold (part) | 07/19/13 | K | D | |
| 2129. | | | | | Sold (part) | 07/16/13 | K | D | |
| 2130. - SAP | | | | | Sold | 10/17/13 | K | D | |
| 2131. - SCHLUMBERGER LTD | | | | | | | | | |
| 2132. - SCHWAB CHARLES NEW | | | | | | | | | |
| 2133. - SCRIPPS NETWORKS INTERACTIVE | | | | | | | | | |
| 2134. - SEADRILL LTD | | | | | Sold (part) | 02/14/13 | K | B | |
| 2135. - SES FDR CL A | | | | | | | | | |
| 2136. - SHANGRI-LA ASIA | | | | | | | | | |
| 2137. -SIEMENS AG NAMEN | | | | | Buy | 07/15/13 | L | | |
| 2138. -SIRIUS XM RADIO INC | | | | | Buy | 04/24/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2139. | | | | | Buy<br>(add'l) | 04/24/13 | J | | |
| 2140. | | | | | Buy<br>(add'l) | 04/25/13 | J | | |
| 2141. | | | | | Buy<br>(add'l) | 04/25/13 | K | | |
| 2142. | | | | | Buy<br>(add'l) | 04/26/13 | J | | |
| 2143. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2144. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2145. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2146. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2147. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2148. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2149. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2150. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2151. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2152. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2153. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2154. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2155. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2156. - SMC CORP | | | | | | | | | |
| 2157. - SOFTBANK CORP | | | | | Sold (part) | 02/12/13 | K | E | |
| 2158. | | | | | Sold (part) | 04/05/13 | K | D | |
| 2159. | | | | | Sold (part) | 11/15/13 | L | F | |
| 2160. - SONOVA HOLDING | | | | | Sold (part) | 01/15/13 | J | B | |
| 2161. | | | | | Sold (part) | 01/15/13 | J | B | |
| 2162. | | | | | Sold (part) | 01/16/13 | J | A | |
| 2163. | | | | | Sold (part) | 01/16/13 | J | A | |
| 2164. | | | | | Sold (part) | 01/17/13 | J | A | |
| 2165. | | | | | Sold (part) | 05/21/13 | J | | |
| 2166. | | | | | Sold (part) | 05/23/13 | J | B | |
| 2167. | | | | | Sold (part) | 05/28/13 | J | B | |
| 2168. | | | | | Sold (part) | 05/29/13 | J | A | |
| 2169. | | | | | Sold (part) | 05/30/13 | J | A | |
| 2170. | | | | | Sold (part) | 05/31/13 | J | A | |
| 2171. | | | | | Sold (part) | 05/31/13 | J | A | |
| 2172. | | | | | Sold (part) | 05/31/13 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2173. | | | | | Sold (part) | 06/13/13 | J | A | |
| 2174. | | | | | Sold (part) | 06/17/13 | J | A | |
| 2175. | | | | | Sold (part) | 06/18/13 | J | A | |
| 2176. | | | | | Sold (part) | 06/19/13 | J | A | |
| 2177. | | | | | Sold (part) | 06/21/13 | J | A | |
| 2178. | | | | | Sold (part) | 06/26/13 | J | A | |
| 2179. | | | | | Sold | 07/03/13 | J | A | |
| 2180. -STANDARD CHATERED | | | | | Buy | 02/07/13 | K | | |
| 2181. | | | | | Buy (add'l) | 05/22/13 | K | | |
| 2182. -STANLEY BLACK & DECKER INC | | | | | Sold (part) | 04/05/13 | J | B | |
| 2183. | | | | | Sold (part) | 04/08/13 | J | B | |
| 2184. | | | | | Sold (part) | 04/09/13 | J | C | |
| 2185. | | | | | Sold (part) | 04/10/13 | J | C | |
| 2186. | | | | | Sold (part) | 04/11/13 | J | C | |
| 2187. | | | | | Sold (part) | 04/23/13 | J | B | |
| 2188. | | | | | Sold | 04/25/13 | J | C | |
| 2189. -STARBUCKS CORP | | | | | Buy (add'l) | 07/17/13 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2190. - SUN HUNG KAI PROP | | | | | | | | | |
| 2191. -SUMITOMO MITSUI FINANCIAL GROUP INC | | | | | Buy | 01/07/13 | K | | |
| 2192. | | | | | Buy (add'l) | 04/04/13 | K | | |
| 2193. | | | | | Buy (add'l) | 10/18/13 | L | | |
| 2194. -SUMITOMO MITSUI TRUST HOLIN | | | | | Buy | 04/25/13 | L | | |
| 2195. - SWIRE PROPERTIES LTD | | | | | Sold (part) | 09/30/13 | J | | |
| 2196. | | | | | Sold (part) | 10/02/13 | K | | |
| 2197. | | | | | Sold (part) | 10/03/13 | J | | |
| 2198. | | | | | Sold (part) | 10/04/13 | J | | |
| 2199. | | | | | Sold (part) | 10/07/13 | J | | |
| 2200. | | | | | Sold (part) | 10/07/13 | J | | |
| 2201. | | | | | Sold | 10/08/13 | J | | |
| 2202. - SWISSCOM AG REG | | | | | Sold (part) | 07/18/13 | K | B | |
| 2203. | | | | | Sold | 07/19/13 | K | D | |
| 2204. - SYNGENTA AG | | | | | Buy (add'l) | 06/10/13 | K | | |
| 2205. | | | | | Buy (add'l) | 07/10/13 | K | | |
| 2206. | | | | | Buy (add'l) | 07/11/13 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2207. | | | | | Buy (add'l) | 07/18/13 | K | | |
| 2208. - TARGET CORP | | | | | | | | | |
| 2209. - TELUS CORPORATION | | | | | Sold (part) | 03/08/13 | J | D | |
| 2210. | | | | | Sold (part) | 03/11/13 | J | C | |
| 2211. | | | | | Sold | 03/12/13 | K | D | |
| 2212. -TEXAS INSTRUMENT INC | | | | | Buy | 03/15/13 | L | | |
| 2213. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 2214. | | | | | Buy (add'l) | 07/10/13 | K | | |
| 2215. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 2216. - THE WALT DISNEY CO | | | | | Sold (part) | 03/08/13 | K | E | |
| 2217. | | | | | Sold (part) | 10/21/13 | K | D | |
| 2218. - TIFFANY & CO NEW | | | | | Sold (part) | 08/23/13 | K | D | |
| 2219. | | | | | Sold (part) | 08/23/13 | J | B | |
| 2220. | | | | | Sold (part) | 08/26/13 | J | B | |
| 2221. - TIME WARNER CABLE INC | | | | | Sold (part) | 05/06/13 | L | E | |
| 2222. | | | | | Sold | 05/07/13 | J | D | |
| 2223. -TOWERS WATSON & COMPANY CL A | | | | | Buy | 09/20/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2224. | | | | | Buy<br>(add'l) | 09/20/13 | J | | |
| 2225. | | | | | Buy<br>(add'l) | 09/23/13 | J | | |
| 2226. | | | | | Buy<br>(add'l) | 09/24/13 | J | | |
| 2227. | | | | | Buy<br>(add'l) | 10/18/13 | L | | |
| 2228. | | | | | Buy<br>(add'l) | 10/01/13 | J | | |
| 2229. - TREND MICRO | | | | | Buy<br>(add'l) | 04/05/13 | K | | |
| 2230. | | | | | Buy<br>(add'l) | 04/08/13 | J | | |
| 2231. - TE CONNECTIVITY LTD | | | | | | | | | |
| 2232. - UNION PACIFIC CORP | | | | | Sold<br>(part) | 02/08/13 | J | D | |
| 2233. - UNITED TECHNOLOGIES CORP | | | | | | | | | |
| 2234. -UNITEDHEALTH GROUP INC | | | | | Sold<br>(part) | 02/11/13 | K | D | |
| 2235. -UNILEVER PLC | | | | | Buy | 03/11/13 | K | | |
| 2236. | | | | | Buy<br>(add'l) | 03/11/13 | K | | |
| 2237. | | | | | Buy<br>(add'l) | 03/12/13 | K | | |
| 2238. | | | | | Buy<br>(add'l) | 05/21/13 | K | | |
| 2239. | | | | | Buy<br>(add'l) | 06/19/13 | K | | |
| 2240. - VISA INC | | | | | Buy<br>(add'l) | 02/12/13 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2241. -VERISIGN INC | | | | | Buy | 02/08/13 | J | | |
| 2242. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 2243. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2244. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2245. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 2246. | | | | | Buy (add'l) | 02/12/13 | K | | |
| 2247. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 2248. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 2249. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 2250. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 2251. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 2252. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 2253. | | | | | Buy (add'l) | 02/19/13 | J | | |
| 2254. | | | | | Buy (add'l) | 03/07/13 | K | | |
| 2255. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 2256. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 2257. | | | | | Buy (add'l) | 05/01/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2258. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 2259. | | | | | Buy (add'l) | 05/17/13 | J | | |
| 2260. | | | | | Buy (add'l) | 05/17/13 | J | | |
| 2261. -WASTE CONNECTIONS INC | | | | | Buy | 05/10/13 | J | | |
| 2262. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 2263. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 2264. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 2265. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 2266. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 2267. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 2268. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 2269. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 2270. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 2271. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 2272. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 2273. -WYNN MACAU LTD | | | | | Buy | 07/02/13 | J | | |
| 2274. | | | | | Buy (add'l) | 07/03/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2275. | | | | | Buy<br>(add'l) | 07/04/13 | J | | |
| 2276. -SSGA US GOV MONEY MARKET<br>     FUND | | | | | | | | | |
| 2277. - ENCANA CORP | | | | | Sold<br>(part) | 01/11/13 | J | | |
| 2278. | | | | | Sold<br>(part) | 01/14/13 | K | | |
| 2279. | | | | | Sold<br>(part) | 01/15/13 | K | | |
| 2280. | | | | | Sold<br>(part) | 01/15/13 | J | | |
| 2281. | | | | | Sold<br>(part) | 01/16/13 | J | | |
| 2282. | | | | | Sold<br>(part) | 01/17/13 | K | | |
| 2283. | | | | | Sold<br>(part) | 01/18/13 | J | | |
| 2284. | | | | | Sold<br>(part) | 01/18/13 | J | A | |
| 2285. | | | | | Sold<br>(part) | 01/22/13 | J | A | |
| 2286. | | | | | Sold<br>(part) | 01/23/13 | J | A | |
| 2287. | | | | | Sold<br>(part) | 01/23/13 | J | A | |
| 2288. | | | | | Sold | 01/24/13 | J | A | |
| 2289. - LINDE AG | | | | | Sold<br>(part) | 07/10/13 | J | B | |
| 2290. | | | | | Sold<br>(part) | 07/10/13 | J | C | |
| 2291. | | | | | Sold<br>(part) | 07/15/13 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2292. | | | | | Sold (part) | 07/18/13 | K | C | |
| 2293. | | | | | Sold (part) | 07/19/13 | J | B | |
| 2294. | | | | | Sold (part) | 07/23/13 | J | B | |
| 2295. | | | | | Sold (part) | 07/26/13 | J | A | |
| 2296. | | | | | Sold (part) | 07/31/13 | J | B | |
| 2297. | | | | | Sold (part) | 08/01/13 | J | B | |
| 2298. | | | | | Sold (part) | 08/06/13 | J | C | |
| 2299. | | | | | Sold | 08/08/13 | J | B | |
| 2300. -SAP AG SPON ADR | | | | | Sold | 10/17/13 | K | D | |
| 2301. - SCHNEIDER ELECTRIC SA | | | | | Buy (add'l) | 06/10/13 | K | | |
| 2302. | | | | | Sold (part) | 07/15/13 | J | | |
| 2303. | | | | | Sold (part) | 07/15/13 | J | | |
| 2304. | | | | | Sold (part) | 07/16/13 | J | | |
| 2305. | | | | | Sold (part) | 07/16/13 | J | | |
| 2306. | | | | | Sold (part) | 07/16/13 | J | | |
| 2307. | | | | | Sold (part) | 07/17/13 | J | A | |
| 2308. | | | | | Sold (part) | 07/17/13 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2309. - BNP PARIBAS | | | | | Buy<br>(add'l) | 02/11/13 | K | | |
| 2310. | | | | | Buy<br>(add'l) | 03/05/13 | K | | |
| 2311. | | | | | Buy<br>(add'l) | 07/31/13 | K | | |
| 2312. - PREMIER FARNELL PLC | | | | | Sold<br>(part) | 03/15/13 | J | | |
| 2313. | | | | | Sold<br>(part) | 03/21/13 | J | | |
| 2314. | | | | | Sold<br>(part) | 03/21/13 | J | | |
| 2315. | | | | | Sold<br>(part) | 03/22/13 | J | | |
| 2316. | | | | | Sold<br>(part) | 03/25/13 | J | | |
| 2317. | | | | | Sold<br>(part) | 03/25/13 | J | | |
| 2318. | | | | | Sold<br>(part) | 03/26/13 | J | | |
| 2319. | | | | | Sold<br>(part) | 03/27/13 | J | | |
| 2320. | | | | | Sold<br>(part) | 04/03/13 | J | | |
| 2321. | | | | | Sold<br>(part) | 04/11/13 | J | | |
| 2322. | | | | | Sold<br>(part) | 04/16/13 | J | | |
| 2323. | | | | | Sold | 04/17/13 | J | | |
| 2324. - AIA GROUP LTD | | | | | Buy<br>(add'l) | 06/20/13 | K | | |
| 2325. - SYSMEX CORP | | | | | Sold<br>(part) | 04/26/13 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2326. | | | | | Sold<br>(part) | 04/30/13 | J | D | |
| 2327. | | | | | Sold<br>(part) | 05/01/13 | K | D | |
| 2328. | | | | | Sold<br>(part) | 05/02/13 | K | D | |
| 2329. - AJINOMOTO CO INC | | | | | Sold<br>(part) | 05/21/13 | K | D | |
| 2330. - HITACHI | | | | | Sold<br>(part) | 05/01/13 | K | A | |
| 2331. | | | | | Sold<br>(part) | 05/02/13 | J | B | |
| 2332. | | | | | Sold<br>(part) | 05/07/13 | L | D | |
| 2333. - NIELSEN HOLDINGS NV | | | | | Sold<br>(part) | 02/11/13 | J | A | |
| 2334. | | | | | Sold<br>(part) | 02/11/13 | J | A | |
| 2335. | | | | | Buy<br>(add'l) | 08/22/13 | J | | |
| 2336. | | | | | Buy<br>(add'l) | 08/23/13 | J | | |
| 2337. | | | | | Buy<br>(add'l) | 08/23/13 | J | | |
| 2338. | | | | | Buy<br>(add'l) | 08/23/13 | K | | |
| 2339. | | | | | Buy<br>(add'l) | 08/26/13 | J | | |
| 2340. | | | | | Buy<br>(add'l) | 08/26/13 | J | | |
| 2341. - CAE INC | | | | | Buy<br>(add'l) | 02/08/13 | K | | |
| 2342. | | | | | Buy<br>(add'l) | 02/11/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2343. - ROCHE HOLDING AG GENUSSCHEIN | | | | | Buy (add'l) | 02/15/13 | K | | |
| 2344. - BMW AG | | | | | Buy (add'l) | 02/12/13 | J | | |
| 2345. - SAMPO OYJ CL A | | | | | | | | | |
| 2346. - JACK HENRY & ASSOC INC | | | | | Sold (part) | 02/11/13 | J | A | |
| 2347. - SEATTLE GENETICS INC | | | | | Sold (part) | 04/30/13 | J | B | |
| 2348. | | | | | Sold (part) | 05/01/13 | J | B | |
| 2349. | | | | | Sold (part) | 05/02/13 | J | C | |
| 2350. | | | | | Sold (part) | 05/03/13 | J | B | |
| 2351. | | | | | Sold (part) | 05/06/13 | J | D | |
| 2352. | | | | | Sold (part) | 05/07/13 | J | C | |
| 2353. - FUGRO NV | | | | | Sold (part) | 02/15/13 | J | | |
| 2354. | | | | | Sold (part) | 02/22/13 | J | | |
| 2355. | | | | | Sold (part) | 02/25/13 | J | | |
| 2356. | | | | | Sold (part) | 02/25/13 | J | | |
| 2357. | | | | | Sold (part) | 02/26/13 | J | | |
| 2358. | | | | | Sold (part) | 02/26/13 | J | | |
| 2359. | | | | | Sold (part) | 02/27/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2360. | | | | | Sold (part) | 03/01/13 | J | | |
| 2361. | | | | | Sold (part) | 03/01/13 | J | | |
| 2362. | | | | | Sold (part) | 03/04/13 | J | | |
| 2363. | | | | | Sold | 03/05/13 | J | | |
| 2364. - ANDRITZ AG | | | | | Sold (part) | 04/03/13 | J | B | |
| 2365. | | | | | Sold (part) | 04/10/13 | K | D | |
| 2366. | | | | | Sold (part) | 04/10/13 | J | C | |
| 2367. | | | | | Sold (part) | 04/22/13 | J | A | |
| 2368. | | | | | Sold (part) | 04/24/13 | J | A | |
| 2369. | | | | | Sold (part) | 04/30/13 | J | A | |
| 2370. | | | | | Sold | 06/27/13 | J | A | |
| 2371. - NIKE INC CL B | | | | | | | | | |
| 2372. - CATERPILLAR INC | | | | | | | | | |
| 2373. - CARNIVAL CORP COMMON PAIRED STOCK | | | | | Sold (part) | 07/01/13 | K | C | |
| 2374. | | | | | Sold (part) | 08/19/13 | K | B | |
| 2375. | | | | | Sold (part) | 08/20/13 | J | B | |
| 2376. | | | | | Sold (part) | 08/20/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2377. - DRIL-QUIP INC | | | | | Sold (part) | 07/09/13 | J | C | |
| 2378. | | | | | Sold (part) | 07/10/13 | J | C | |
| 2379. | | | | | Sold (part) | 07/11/13 | J | C | |
| 2380. | | | | | Sold (part) | 07/16/13 | J | C | |
| 2381. | | | | | Sold (part) | 07/19/13 | J | C | |
| 2382. | | | | | Sold | 07/29/13 | J | C | |
| 2383. - MARSH & MCLENNAN COS INC | | | | | Sold (part) | 02/11/13 | J | B | |
| 2384. | | | | | Sold (part) | 02/11/13 | J | B | |
| 2385. - HOME DEPOT | | | | | | | | | |
| 2386. - LMVH MOET HENNESSY LOUIS VUITTON SA | | | | | Sold (part) | 02/08/13 | K | C | |
| 2387. | | | | | Sold | 03/14/13 | K | D | |
| 2388. - WHITBREAD PLC | | | | | Buy (add'l) | 04/04/13 | K | | |
| 2389. - ASSA ABLOY AB B | | | | | Buy (add'l) | 03/05/13 | L | | |
| 2390. - SIGNET JEWELERS LTD | | | | | | | | | |
| 2391. - ACE LTD | | | | | | | | | |
| 2392. - AFLAC INC | | | | | Sold (part) | 03/15/13 | J | B | |
| 2393. | | | | | Sold (part) | 03/18/13 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2394. | | | | | Sold (part) | 03/18/13 | J | B | |
| 2395. | | | | | Sold | 03/19/13 | J | B | |
| 2396. - EXPRESS SCRIPTS INC | | | | | | | | | |
| 2397. | | | | | Buy (add'l) | 02/07/13 | K | | |
| 2398. -PENGROWTH ENERGY CORP C$ | | | | | Buy (add'l) | 02/08/13 | K | | |
| 2399. | | | | | Sold (part) | 01/24/13 | J | | |
| 2400. | | | | | Sold (part) | 01/25/13 | J | | |
| 2401. | | | | | Sold (part) | 01/28/13 | J | | |
| 2402. | | | | | Sold (part) | 01/29/13 | J | | |
| 2403. | | | | | Sold | 01/29/13 | J | | |
| 2404. -BARCLAYS PLC. | | | | | Buy (add'l) | 05/13/13 | K | | |
| 2405. | | | | | Buy (add'l) | 10/17/13 | L | | |
| 2406. -DENSO CORP | | | | | Sold (part) | 02/12/13 | K | D | |
| 2407. -HAMAMATSU PHOTONIC KK | | | | | Buy (add'l) | 11/15/13 | J | | |
| 2408. | | | | | Buy (add'l) | 11/18/13 | K | | |
| 2409. -DOW CHEMICAL CO | | | | | | | | | |
| 2410. -EATON CORP | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2411. -ACCENTURE PLC US$ | | | | | | | | | |
| 2412. -NEW YORK TIMES CO CL A | | | | | | | | | |
| 2413. -GILEAD SCIENCES INC | | | | | Sold (part) | 04/30/13 | K | E | |
| 2414. | | | | | Sold (part) | 07/02/13 | K | D | |
| 2415. | | | | | Sold (part) | 07/02/13 | J | C | |
| 2416. | | | | | Sold (part) | 08/23/13 | K | D | |
| 2417. | | | | | Sold (part) | 09/11/13 | J | C | |
| 2418. -BLACKROCK INC | | | | | | | | | |
| 2419. -JABIL CIRCUIT INC | | | | | | | | | |
| 2420. -ENSCO PLC | | | | | | | | | |
| 2421. -COBALT INTERNATIONAL ENERGY | | | | | | | | | |
| 2422. -GEMALTO NV | | | | | Buy (add'l) | 03/26/13 | K | | |
| 2423. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 2424. -GENTING SINGAPORE PLC | | | | | Sold | 12/04/13 | J | | |
| 2425. -OI SA PN ADR | | | | | Sold (part) | 01/23/13 | J | | |
| 2426. | | | | | Sold (part) | 01/23/13 | J | | |
| 2427. | | | | | Sold (part) | 01/23/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2428. | | | | | Sold (part) | 01/24/13 | J | | |
| 2429. | | | | | Sold (part) | 01/24/13 | J | | |
| 2430. | | | | | Sold (part) | 07/01/13 | J | | |
| 2431. | | | | | Sold (part) | 07/02/13 | J | | |
| 2432. | | | | | Sold (part) | 07/03/13 | J | | |
| 2433. | | | | | Sold (part) | 07/04/13 | J | | |
| 2434. | | | | | Sold (part) | 07/05/13 | J | | |
| 2435. | | | | | Sold | 07/08/13 | J | | |
| 2436. -OI SA ON ADR | | | | | Sold (part) | 01/23/13 | J | | |
| 2437. | | | | | Sold (part) | 07/01/13 | J | | |
| 2438. | | | | | Sold | 07/01/13 | J | | |
| 2439. -CHINA SHENHUA ENERGY | | | | | Sold (part) | 03/21/13 | J | | |
| 2440. | | | | | Sold (part) | 03/22/13 | J | | |
| 2441. | | | | | Sold (part) | 03/25/13 | J | A | |
| 2442. | | | | | Sold (part) | 03/26/13 | J | A | |
| 2443. | | | | | Sold (part) | 03/27/13 | J | A | |
| 2444. | | | | | Sold (part) | 03/28/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2445. | | | | | Sold (part) | 04/02/13 | J | A | |
| 2446. | | | | | Sold (part) | 04/05/13 | J | A | |
| 2447. | | | | | Sold | 04/08/13 | J | | |
| 2448. -CME GROUP INC | | | | | Buy (add'l) | 01/11/13 | K | | |
| 2449. -SINGAPORE TELECOMM | | | | | | | | | |
| 2450. -BEAM INC | | | | | | | | | |
| 2451. -VERIZON COMMUNICATIONS | | | | | Buy | 10/25/13 | K | | |
| 2452. | | | | | Buy (add'l) | 10/28/13 | K | | |
| 2453. ▓▓ Trust #31- List of Assets | G | Int./Div. | P2 | T | | | | | |
| 2454. -CAPITAL SHORT-TERM MUNICIPAL FUND | | | | | Sold (part) | 08/06/13 | K | | |
| 2455. | | | | | Sold (part) | 08/06/13 | N | | |
| 2456. -CAPITAL CORE BOND FUND | | | | | Sold (part) | 08/06/13 | L | | |
| 2457. | | | | | Sold (part) | 08/06/13 | K | | |
| 2458. -SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 2459. - ABBVIE INC | | | | | Buy | 07/15/13 | J | | |
| 2460. - AFLAC INC | | | | | Sold (part) | 03/15/13 | J | B | |
| 2461. | | | | | Sold | 03/18/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2462. - AGILENT TECHNOLOGIES | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2463. | | | | | Sold (part) | 06/26/13 | J | | |
| 2464. | | | | | Sold | 06/27/13 | J | B | |
| 2465. - AIA GROUP | | | | | Buy (add'l) | 06/20/13 | J | | |
| 2466. - AIR PRODUCTS & CHEMICALS | | | | | | | | | |
| 2467. - AJINOMOTO | | | | | | | | | |
| 2468. - ALLEGHENY TECHNOLOGIES | | | | | | | | | |
| 2469. - ALLERGAN | | | | | Sold (part) | 06/04/13 | J | C | |
| 2470. | | | | | Sold (part) | 06/06/13 | J | C | |
| 2471. - AMERICAN TOWER CORP | | | | | Buy | 08/14/13 | J | | |
| 2472. - ANDRITZ AG | | | | | Sold (part) | 04/10/13 | J | B | |
| 2473. | | | | | Sold | 06/27/13 | J | A | |
| 2474. - AON CORP | | | | | | | | | |
| 2475. - APPLE INC | | | | | | | | | |
| 2476. - ASML HOLDING NV | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2477. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 2478. - ASSA ABLOY | | | | | Buy (add'l) | 03/05/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2479. - AUTOMATIC DATA PROCESSING INC | | | | | Buy | 08/13/13 | J | | |
| 2480. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 2481. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 2482. - AVAGO TECHNOLOGIES LTD | | | | | Buy | 10/21/13 | J | | |
| 2483. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 2484. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 2485. - B/E AEROSPACE INC | | | | | Buy | 07/09/13 | J | | |
| 2486. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 2487. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 2488. - BANK OF CHINA | | | | | Sold (part) | 02/08/13 | J | | |
| 2489. - BARCLAYS | | | | | Buy (add'l) | 05/13/13 | J | | |
| 2490. | | | | | Buy (add'l) | 10/17/13 | K | | |
| 2491. - BARRICK GOLD CORP | | | | | Sold (part) | 03/18/13 | J | | |
| 2492. | | | | | Sold | 09/09/13 | J | | |
| 2493. - BAYER AG | | | | | Buy (add'l) | 06/20/13 | J | | |
| 2494. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 2495. - BG GROUP PLC | | | | | Buy (add'l) | 01/18/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2496. | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 2497. | | | | | Sold<br>(part) | 06/07/13 | J | | |
| 2498. | | | | | Sold<br>(part) | 06/18/13 | J | | |
| 2499. | | | | | Sold<br>(part) | 07/12/13 | J | | |
| 2500. | | | | | Sold<br>(part) | 07/15/13 | J | | |
| 2501. - BHP BILLITON LTD | | | | | Sold<br>(part) | 05/27/13 | J | | |
| 2502. | | | | | Buy<br>(add'l) | 08/29/13 | J | | |
| 2503. - BMW AG | | | | | Buy<br>(add'l) | 02/12/13 | J | | |
| 2504. - BNP PARIBAS | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 2505. | | | | | Buy<br>(add'l) | 03/05/13 | J | | |
| 2506. | | | | | Buy<br>(add'l) | 07/31/13 | J | | |
| 2507. - BOC HONG KONG HOLDINGS | | | | | | | | | |
| 2508. -BOEING CO | | | | | Buy<br>(add'l) | 05/23/13 | J | | |
| 2509. | | | | | Buy<br>(add'l) | 06/26/13 | K | | |
| 2510. - BROADCOM CORP | | | | | Sold<br>(part) | 11/04/13 | J | | |
| 2511. - BRISTOL-MYERS SQUIBB | | | | | Buy<br>(add'l) | 02/08/13 | J | | |
| 2512. - CAE INC | | | | | Buy<br>(add'l) | 02/08/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2513. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2514. | | | | | Sold (part) | 10/22/13 | J | | |
| 2515. | | | | | Sold (part) | 10/23/13 | J | | |
| 2516. | | | | | Sold (part) | 10/23/13 | J | | |
| 2517. | | | | | Sold (part) | 10/24/13 | J | | |
| 2518. | | | | | Sold (part) | 10/24/13 | J | A | |
| 2519. | | | | | Sold | 10/24/13 | J | A | |
| 2520. - CARNIVAL CORP COMMON STOCK | | | | | Sold (part) | 07/01/13 | J | A | |
| 2521. | | | | | Sold (part) | 08/19/13 | J | A | |
| 2522. | | | | | Sold (part) | 08/20/13 | J | A | |
| 2523. - CATERPILLAR INC | | | | | | | | | |
| 2524. - CENOVUS ENERGY INC C$ | | | | | Sold (part) | 10/28/13 | J | A | |
| 2525. | | | | | Sold (part) | 12/12/13 | J | A | |
| 2526. | | | | | Sold (part) | 12/16/13 | J | A | |
| 2527. | | | | | Sold | 12/17/13 | J | A | |
| 2528. - CENOVUS ENERGY INC US$ | | | | | Sold (part) | 12/17/13 | J | A | |
| 2529. | | | | | Sold | 12/17/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2530. - CERNER CORP | | | | | Sold (part) | 02/07/13 | K | B | |
| 2531. - CHEVRON CORP | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2532. -CHINA SHENHUA ENERGY | | | | | Sold (part) | 03/27/13 | J | | |
| 2533. | | | | | Sold (part) | 04/05/13 | J | | |
| 2534. | | | | | Sold | 04/08/13 | J | | |
| 2535. - COACH | | | | | Buy (add'l) | 01/25/13 | J | | |
| 2536. | | | | | Buy (add'l) | 01/28/13 | J | | |
| 2537. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 2538. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 2539. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 2540. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 2541. - COMCAST CORP | | | | | | | | | |
| 2542. -CME GROUP INC | | | | | Buy (add'l) | 01/11/13 | J | | |
| 2543. -COCA-COLA AMATIL LTD | | | | | Buy (add'l) | 01/11/13 | J | | |
| 2544. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 2545. | | | | | Buy (add'l) | 01/16/13 | J | | |
| 2546. | | | | | Sold (part) | 09/27/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2547. | | | | | Sold (part) | 09/30/13 | J | | |
| 2548. | | | | | Buy (add'l) | 11/06/13 | K | | |
| 2549. | | | | | Sold (part) | 10/02/13 | J | | |
| 2550. - DAIMLER AG | | | | | Buy | 07/15/13 | J | | |
| 2551. - DANAHER CORP | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2552. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 2553. - DANONE | | | | | Buy (add'l) | 04/02/13 | J | | |
| 2554. - DAVITA | | | | | | | | | |
| 2555. - DBS GROUP HOLDINGS | | | | | Buy (add'l) | 05/22/13 | J | | |
| 2556. | | | | | | | | | |
| 2557. - DIAGEO PLC | | | | | | | | | |
| 2558. - DRIL-QUIP INC | | | | | Sold (part) | 07/22/13 | J | C | |
| 2559. | | | | | Sold | 07/30/13 | J | B | |
| 2560. - ECOLAB | | | | | Sold (part) | 07/01/13 | J | D | |
| 2561. | | | | | Sold (part) | 07/02/13 | J | D | |
| 2562. - EMERSON ELECTRIC | | | | | Sold (part) | 10/21/13 | J | C | |
| 2563. | | | | | Sold | 10/22/13 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2564. - ENBRIDGE INC | | | | | Buy | 11/11/13 | J | | |
| 2565. | | | | | Buy<br>(add'l) | 11/15/13 | J | | |
| 2566. | | | | | Buy<br>(add'l) | 11/18/13 | J | | |
| 2567. - ENCANA CORP | | | | | Sold<br>(part) | 01/14/13 | J | | |
| 2568. | | | | | Sold<br>(part) | 01/15/13 | J | | |
| 2569. | | | | | Sold<br>(part) | 01/16/13 | J | | |
| 2570. | | | | | Sold<br>(part) | 01/17/13 | J | | |
| 2571. | | | | | Sold<br>(part) | 01/18/13 | J | | |
| 2572. | | | | | Sold<br>(part) | 01/23/13 | J | A | |
| 2573. | | | | | Sold<br>(part) | 01/23/13 | J | | |
| 2574. | | | | | Sold | 01/24/13 | J | A | |
| 2575. - ESSILOR INTL | | | | | Sold<br>(part) | 02/11/13 | J | B | |
| 2576. -EXPRESS SCRIPTS HOLDING CO | | | | | Buy<br>(add'l) | 01/10/13 | J | | |
| 2577. | | | | | Buy<br>(add'l) | 02/07/13 | J | | |
| 2578. - FANUC CO | | | | | Buy<br>(add'l) | 05/21/13 | K | | |
| 2579. - FEDEX CORP | | | | | | | | | |
| 2580. - FUGRO NV | | | | | Sold<br>(part) | 02/25/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2581. | | | | | Sold<br>(part) | 02/27/13 | J | | |
| 2582. | | | | | Sold<br>(part) | 03/01/13 | J | | |
| 2583. | | | | | Sold<br>(part) | 03/01/13 | J | | |
| 2584. | | | | | Sold<br>(part) | 03/04/13 | J | | |
| 2585. | | | | | Sold | 03/05/13 | J | | |
| 2586. -GENTING SINGAPORE PLC | | | | | Sold | 12/04/13 | J | | |
| 2587. - GENPACT | | | | | Sold<br>(part) | 02/11/13 | J | A | |
| 2588. | | | | | Sold<br>(part) | 02/11/13 | J | A | |
| 2589. -GEMALTO NV | | | | | Buy<br>(add'l) | 03/26/13 | J | | |
| 2590. | | | | | Buy<br>(add'l) | 03/27/13 | J | | |
| 2591. -GILEAD SCIENCES INC | | | | | Sold<br>(part) | 04/30/13 | K | D | |
| 2592. | | | | | Sold<br>(part) | 07/02/13 | J | C | |
| 2593. | | | | | Sold<br>(part) | 07/05/13 | J | B | |
| 2594. | | | | | Sold<br>(part) | 08/23/13 | J | C | |
| 2595. - GOLDMAN SACHS GROUP | | | | | Buy<br>(add'l) | 01/07/13 | J | | |
| 2596. - GOOGLE INC | | | | | | | | | |
| 2597. - HALLIBURTON | | | | | Buy<br>(add'l) | 01/11/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2598. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 2599. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 2600. -HAMAMATSU PHOTONIC KK | | | | | Buy (add'l) | 11/14/13 | J | | |
| 2601. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 2602. - HDFC BANK LTD | | | | | Buy | 09/09/13 | J | | |
| 2603. | | | | | Buy (add'l) | 12/24/13 | J | | |
| 2604. - HENNES & MAURITZ AB | | | | | Sold (part) | 02/13/13 | J | A | |
| 2605. | | | | | Sold (part) | 02/15/13 | J | A | |
| 2606. | | | | | Sold (part) | 02/15/13 | J | A | |
| 2607. | | | | | Sold (part) | 03/11/13 | K | C | |
| 2608. | | | | | Sold (part) | 05/16/13 | J | A | |
| 2609. | | | | | Sold | 05/16/13 | J | A | |
| 2610. - HEXCEL CORP | | | | | Buy | 10/18/13 | J | | |
| 2611. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 2612. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 2613. - HITACHI | | | | | Sold (part) | 05/01/13 | J | | |
| 2614. | | | | | Sold (part) | 05/02/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2615. | | | | | Sold<br>(part) | 05/07/13 | J | A | |
| 2616. - HOME DEPOT | | | | | | | | | |
| 2617. - HONG KONG/CHINA GAS | | | | | Sold<br>(part) | 02/07/13 | J | B | |
| 2618. | | | | | Sold<br>(part) | 02/08/13 | J | C | |
| 2619. | | | | | Sold<br>(part) | 09/11/13 | J | C | |
| 2620. | | | | | Sold | 09/13/13 | J | B | |
| 2621. - HSBC HOLDING PLC UKP | | | | | Sold<br>(part) | 07/19/13 | J | | |
| 2622. | | | | | Sold<br>(part) | 10/17/13 | J | B | |
| 2623. - ICICI BANK LTD | | | | | Sold<br>(part) | 07/02/13 | J | | |
| 2624. | | | | | Sold<br>(part) | 07/03/13 | J | | |
| 2625. | | | | | Sold<br>(part) | 07/08/13 | J | | |
| 2626. | | | | | Sold<br>(part) | 07/25/13 | J | | |
| 2627. | | | | | Sold<br>(part) | 07/25/13 | J | | |
| 2628. | | | | | Sold<br>(part) | 07/26/13 | J | A | |
| 2629. | | | | | Sold | 11/14/13 | J | A | |
| 2630. -IDEX CORP | | | | | Buy | 02/05/13 | J | | |
| 2631. | | | | | Buy<br>(add'l) | 02/12/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2632. - ILLINOIS TOOL WORKS | | | | | | | | | |
| 2633. - IMPERIAL TOBACCO | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2634. - INDITEX | | | | | Buy | 06/20/13 | J | | |
| 2635. - INMET MINING CORP C$ (Y) | | | | | | | | | |
| 2636. - FIRST QUANTUM MINERALS LTD C$ (X) | | | | | | | | | |
| 2637. - INTERNATIONAL BUSINESS MACHINES | | | | | Sold (part) | 05/01/13 | J | C | |
| 2638. | | | | | Sold (part) | 07/11/13 | K | D | |
| 2639. | | | | | Sold | 07/12/13 | K | D | |
| 2640. - IRON MOUNTAIN | | | | | | | | | |
| 2641. -IRONWOOD PHARMACEUTICALS INC CL A | | | | | Buy | 01/29/13 | J | | |
| 2642. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 2643. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 2644. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 2645. | | | | | Buy (add'l) | 03/20/13 | J | | |
| 2646. | | | | | Buy (add'l) | 04/17/13 | J | | |
| 2647. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 2648. | | | | | Buy (add'l) | 04/25/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2649. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 2650. | | | | | Buy (add'l) | 05/06/13 | J | | |
| 2651. | | | | | Buy (add'l) | 05/20/13 | J | | |
| 2652. - JACK HENRY & ASSOCIATES | | | | | Sold (part) | 02/11/13 | J | A | |
| 2653. - JGC CORP | | | | | Sold | 02/18/13 | K | | |
| 2654. - JPMORGAN CHASE & CO | | | | | Sold (part) | 07/01/13 | J | B | |
| 2655. -KINDER MORGAN INC | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2656. | | | | | Sold (part) | 12/10/13 | J | | |
| 2657. | | | | | Sold | 12/10/13 | J | | |
| 2658. - KEYENCE CORP | | | | | | | | | |
| 2659. - KLA-TENCOR CORP | | | | | Sold (part) | 03/08/13 | J | C | |
| 2660. | | | | | Sold (part) | 10/21/13 | J | C | |
| 2661. | | | | | Sold (part) | 10/23/13 | J | B | |
| 2662. - KONINKLIJKE KPN | | | | | | | | | |
| 2663. -L'AIR LIQUIDE | | | | | | | | | |
| 2664. - L'OREAL | | | | | | | | | |
| 2665. - LLOYDS TSB GROUP PLC | | | | | Buy | 08/15/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2666. - LI & FUNG LTD | | | | | Buy | 09/27/13 | J | | |
| 2667. | | | | | Sold<br>(part) | 12/12/13 | J | | |
| 2668. - LINDE | | | | | Sold<br>(part) | 07/10/13 | J | A | |
| 2669. | | | | | Sold<br>(part) | 07/18/13 | J | B | |
| 2670. | | | | | Sold<br>(part) | 07/31/13 | J | A | |
| 2671. | | | | | Sold<br>(part) | 08/06/13 | J | B | |
| 2672. | | | | | Sold | 08/08/13 | J | B | |
| 2673. - LVMH MOET HENNESSY LOUIS<br>VUITTON SA | | | | | Sold<br>(part) | 02/08/13 | J | A | |
| 2674. | | | | | Sold | 03/14/13 | J | B | |
| 2675. - MARSH & MCLENNAN COS | | | | | | | | | |
| 2676. - MEGGITT PLC | | | | | Buy | 07/01/13 | J | | |
| 2677. | | | | | Buy<br>(add'l) | 07/11/13 | J | | |
| 2678. | | | | | Buy<br>(add'l) | 07/22/13 | J | | |
| 2679. - MICROSOFT CORP | | | | | | | | | |
| 2680. -MITSUBISHI CORP | | | | | Buy<br>(add'l) | 03/05/13 | J | | |
| 2681. | | | | | Sold<br>(part) | 04/09/13 | J | | |
| 2682. | | | | | Sold | 04/09/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2683. - MONSANTO | | | | | Sold<br>(part) | 07/02/13 | J | B | |
| 2684. -MOSAIC CO/THE | | | | | Buy<br>(add'l) | 03/04/13 | J | | |
| 2685. | | | | | Buy<br>(add'l) | 03/05/13 | J | | |
| 2686. | | | | | Buy<br>(add'l) | 04/03/13 | J | | |
| 2687. | | | | | Buy<br>(add'l) | 04/04/13 | J | | |
| 2688. | | | | | Buy<br>(add'l) | 07/11/13 | J | | |
| 2689. | | | | | Sold<br>(part) | 12/12/13 | J | | |
| 2690. | | | | | Sold<br>(part) | 12/13/13 | J | | |
| 2691. - MURATA MANUFACTURING | | | | | Sold<br>(part) | 03/08/13 | J | B | |
| 2692. | | | | | Sold<br>(part) | 05/08/13 | J | C | |
| 2693. - NATIONAL GRID | | | | | | | | | |
| 2694. - NATIONAL INSTRUMENTS CORP | | | | | Sold<br>(part) | 05/13/13 | J | B | |
| 2695. | | | | | Sold<br>(part) | 05/15/13 | J | B | |
| 2696. | | | | | Sold<br>(part) | 05/16/13 | J | B | |
| 2697. | | | | | Sold | 05/17/13 | J | A | |
| 2698. - NESTLE | | | | | | | | | |
| 2699. - NEWCREST MINING | | | | | Sold<br>(part) | 04/02/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2700. | | | | | Sold | 04/04/13 | J | | |
| 2701. -NEWELL RUBBERMAID INC | | | | | Buy<br>(add'l) | 01/01/13 | J | | |
| 2702. | | | | | Buy<br>(add'l) | 01/03/13 | J | | |
| 2703. | | | | | Buy<br>(add'l) | 01/10/13 | J | | |
| 2704. | | | | | Buy<br>(add'l) | 02/14/13 | J | | |
| 2705. - NIELSEN HOLDINGS | | | | | Sold<br>(part) | 02/11/13 | J | A | |
| 2706. | | | | | Buy<br>(add'l) | 08/23/13 | J | | |
| 2707. | | | | | Buy<br>(add'l) | 08/23/13 | J | | |
| 2708. | | | | | Buy<br>(add'l) | 08/26/13 | J | | |
| 2709. - NIKE INC | | | | | | | | | |
| 2710. - NOBLE ENERGY | | | | | | | | | |
| 2711. - NORDSTROM | | | | | | | | | |
| 2712. - NORFOLK SOUTHERN CORP | | | | | Buy<br>(add'l) | 06/11/13 | J | | |
| 2713. - NOVARTIS AG | | | | | Sold<br>(part) | 07/01/13 | J | B | |
| 2714. - NOVO NORDISK | | | | | Buy<br>(add'l) | 05/22/13 | J | | |
| 2715. | | | | | Buy<br>(add'l) | 10/04/13 | K | | |
| 2716. | | | | | Buy<br>(add'l) | 10/04/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2717. - NUCOR | | | | | | | | | |
| 2718. -OI SA PN ADR | | | | | Sold (part) | 01/23/13 | J | | |
| 2719. | | | | | Sold (part) | 01/23/13 | J | | |
| 2720. | | | | | Sold (part) | 01/23/13 | J | | |
| 2721. | | | | | Sold (part) | 01/24/13 | J | | |
| 2722. | | | | | Sold (part) | 01/24/13 | J | | |
| 2723. | | | | | Sold (part) | 07/01/13 | J | | |
| 2724. | | | | | Sold (part) | 07/02/13 | J | | |
| 2725. | | | | | Sold (part) | 07/03/13 | J | | |
| 2726. | | | | | Sold (part) | 07/04/13 | J | | |
| 2727. | | | | | Sold (part) | 07/05/13 | J | | |
| 2728. | | | | | Sold | 07/08/13 | J | | |
| 2729. -OI SA ON ADR | | | | | Sold (part) | 07/01/13 | J | | |
| 2730. | | | | | Sold | 07/02/13 | J | | |
| 2731. - ORACLE CORP | | | | | Sold (part) | 08/15/13 | J | A | |
| 2732. | | | | | Sold (part) | 08/15/13 | J | A | |
| 2733. -PENGROWTH ENERGY CORP C$ | | | | | Sold (part) | 01/29/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2734. | | | | | Sold | 01/29/13 | J | | |
| 2735. - PERNOD RICARD SA | | | | | | | | | |
| 2736. - PHILIP MORRIS INTERNATIONAL | | | | | | | | | |
| 2737. - PREMIER FARNELL | | | | | Sold (part) | 03/15/13 | J | | |
| 2738. | | | | | Sold (part) | 03/27/13 | J | | |
| 2739. | | | | | Sold (part) | 04/03/13 | J | | |
| 2740. | | | | | Sold (part) | 04/11/13 | J | | |
| 2741. | | | | | Sold | 04/17/13 | J | | |
| 2742. -PROCTOR & GAMBLE CO | | | | | Buy | 05/15/13 | J | | |
| 2743. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 2744. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 2745. - PROGRESSIVE CORP | | | | | Sold (part) | 09/11/13 | J | B | |
| 2746. - QUALCOMM | | | | | Sold (part) | 02/08/13 | J | C | |
| 2747. - RECKITT BENSKISER GROUP | | | | | Sold | 10/17/13 | J | B | |
| 2748. - REPUBLIC SERVICES | | | | | Sold (part) | 10/16/13 | J | A | |
| 2749. | | | | | Sold | 10/17/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2750. - COMPAGNIE FINANCIERE RICHMONT (FORMERLY RICHEMONT CIE) | | | | | Sold (part) | 03/25/13 | J | B | |
| 2751. - RIO TINTO | | | | | Sold (part) | 03/21/13 | J | | |
| 2752. | | | | | Sold (part) | 06/11/13 | J | | |
| 2753. | | | | | Sold (part) | 07/04/13 | J | | |
| 2754. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 2755. - ROCHE HOLDING | | | | | Buy (add'l) | 02/15/13 | J | | |
| 2756. - ROSS STORES INC | | | | | Buy | 09/20/13 | J | | |
| 2757. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 2758. | | | | | Buy (add'l) | 11/04/13 | J | | |
| 2759. - ROYAL CARIBBEAN CRUISES | | | | | Buy | 07/31/13 | J | | |
| 2760. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 2761. - ROYAL DUTCH SHELL | | | | | Sold (part) | 05/20/13 | J | A | |
| 2762. | | | | | Sold (part) | 09/17/13 | J | A | |
| 2763. | | | | | Sold | 09/18/13 | J | A | |
| 2764. - SAMPO OYJ CL A | | | | | | | | | |
| 2765. - SAMSUNG ELEC | | | | | Sold (part) | 07/19/13 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2766. | | | | | Sold (part) | 07/22/13 | J | B | |
| 2767. - SAP | | | | | Sold | 10/17/13 | J | B | |
| 2768. - SAP AG SPON | | | | | Sold | 10/17/13 | J | B | |
| 2769. - SCHLUMBERGER | | | | | | | | | |
| 2770. - SCHNEIDER ELECTRIC | | | | | Buy (add'l) | 06/10/13 | J | | |
| 2771. | | | | | Sold (part) | 07/16/13 | J | | |
| 2772. - SCHWAB CHARLES | | | | | | | | | |
| 2773. - SCRIPPS NETWORK INTERACTIVE | | | | | | | | | |
| 2774. - SEADRILL LTD | | | | | Sold (part) | 02/14/13 | J | A | |
| 2775. - SEATTLE GENETICS | | | | | Sold (part) | 05/06/13 | J | B | |
| 2776. | | | | | Sold (part) | 05/07/13 | J | B | |
| 2777. - SES FDR CL A | | | | | | | | | |
| 2778. - SIEMENS AG NAMEN | | | | | Buy | 07/15/13 | J | | |
| 2779. - SIRIUS XM RADIO INC | | | | | Buy | 04/24/13 | J | | |
| 2780. | | | | | Buy (add'l) | 04/24/13 | J | | |
| 2781. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 2782. | | | | | Buy (add'l) | 04/25/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2783. | | | | | Buy<br>(add'l) | 04/26/13 | J | | |
| 2784. | | | | | Buy<br>(add'l) | 04/26/13 | J | | |
| 2785. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2786. | | | | | Buy<br>(add'l) | 04/29/13 | J | | |
| 2787. - SMC CORP | | | | | | | | | |
| 2788. - SOFTBANK CORP | | | | | Sold<br>(part) | 02/12/13 | J | C | |
| 2789. | | | | | Sold<br>(part) | 04/05/13 | J | C | |
| 2790. - SONOVA HOLDING AG | | | | | Sold<br>(part) | 01/15/13 | J | A | |
| 2791. | | | | | Sold<br>(part) | 01/16/13 | J | A | |
| 2792. | | | | | Sold<br>(part) | 01/16/13 | J | A | |
| 2793. | | | | | Sold<br>(part) | 01/17/13 | J | A | |
| 2794. | | | | | Sold<br>(part) | 05/28/13 | J | A | |
| 2795. | | | | | Sold<br>(part) | 05/30/13 | J | A | |
| 2796. | | | | | Sold<br>(part) | 05/31/13 | J | A | |
| 2797. | | | | | Sold<br>(part) | 05/31/13 | J | A | |
| 2798. | | | | | Sold<br>(part) | 05/31/13 | J | A | |
| 2799. | | | | | Sold<br>(part) | 06/03/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2800. | | | | | Sold (part) | 06/13/13 | J | A | |
| 2801. | | | | | Sold (part) | 06/17/13 | J | A | |
| 2802. | | | | | Sold (part) | 06/21/13 | J | A | |
| 2803. | | | | | Sold (part) | 06/27/13 | J | A | |
| 2804. | | | | | Sold (part) | 07/02/13 | J | A | |
| 2805. | | | | | Sold (part) | 07/03/13 | J | A | |
| 2806. | | | | | Sold | 07/04/13 | J | A | |
| 2807. - STANDARD CHARTERED | | | | | Buy (add'l) | 02/07/13 | J | | |
| 2808. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 2809. -STARBUCKS CORP | | | | | Buy (add'l) | 07/17/13 | J | | |
| 2810. - STANLEY BLACK & DECKER INC | | | | | Sold (part) | 04/11/13 | J | C | |
| 2811. | | | | | Sold | 04/24/13 | J | B | |
| 2812. - SUN HUNG KAI | | | | | | | | | |
| 2813. -SUMITOMO MITSUI FINANCIAL GROUP INC | | | | | Buy | 01/07/13 | J | | |
| 2814. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 2815. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 2816. | | | | | Buy (add'l) | 10/15/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2817. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 2818. - SUMITOMO MITSUI TRUST HOLDIN | | | | | Buy | 04/25/13 | K | | |
| 2819. - SWIRE PROPERTIES LTD | | | | | Sold (part) | 10/02/13 | J | | |
| 2820. | | | | | Sold (part) | 10/07/13 | J | | |
| 2821. | | | | | Sold | 10/08/13 | J | | |
| 2822. - SWISSCOM AG REG | | | | | Sold (part) | 07/18/13 | J | A | |
| 2823. | | | | | Sold | 07/19/13 | J | B | |
| 2824. - SYNGENTA | | | | | Buy (add'l) | 06/10/13 | J | | |
| 2825. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 2826. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 2827. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 2828. - SYSMEX | | | | | Sold (part) | 04/26/13 | J | C | |
| 2829. | | | | | Sold (part) | 05/01/13 | J | C | |
| 2830. | | | | | Sold (part) | 05/02/13 | J | C | |
| 2831. - TARGET | | | | | | | | | |
| 2832. - TE CONNECTIVITY US $ | | | | | | | | | |
| 2833. - TELE NORTE LESTE PART (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2834. - TELUS CORP (FKA TELUS CORPORATION NON VOTE) | | | | | Sold (part) | 03/08/13 | J | C | |
| 2835. | | | | | Sold | 03/12/13 | J | B | |
| 2836. -TEXAS INSTRUMENTS INC | | | | | Buy | 03/15/13 | K | | |
| 2837. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 2838. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 2839. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 2840. - THE WALT DISNEY CO | | | | | Sold (part) | 10/21/13 | J | D | |
| 2841. - TIFFANY & CO | | | | | Sold (part) | 08/23/13 | J | C | |
| 2842. - TIME WARNER CABLE | | | | | Sold | 05/06/13 | K | D | |
| 2843. - TOWERS WATSON & COMPANY CL A | | | | | Buy | 10/01/13 | J | | |
| 2844. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 2845. - TREND MICRO | | | | | Buy (add'l) | 04/05/13 | J | | |
| 2846. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 2847. - UNION PACIFIC CORP | | | | | Sold (part) | 02/08/13 | J | C | |
| 2848. -UNILEVER PLC | | | | | Buy | 03/08/13 | K | | |
| 2849. | | | | | Buy (add'l) | 03/11/13 | J | | |
| 2850. | | | | | Buy (add'l) | 03/11/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2851. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 2852. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 2853. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 2854. - UNITED TECHNOLOGIES | | | | | | | | | |
| 2855. - UNITEDHEALTH GROUP | | | | | Sold (part) | 02/11/13 | J | C | |
| 2856. -VERISIGN INC | | | | | Buy | 02/08/13 | J | | |
| 2857. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2858. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2859. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 2860. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 2861. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 2862. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 2863. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 2864. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 2865. | | | | | Buy (add'l) | 05/17/13 | J | | |
| 2866. - VERIZON COMMUNICATIONS | | | | | Buy | 10/25/13 | J | | |
| 2867. | | | | | Buy (add'l) | 10/28/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2868. - VISA | | | | | | | | | |
| 2869. - WASTE CONNECTIONS INC | | | | | Buy | 06/19/13 | J | | |
| 2870. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 2871. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 2872. - WHITBREAD PLC | | | | | Buy (add'l) | 04/04/13 | J | | |
| 2873. - WYNN MACAU LTD | | | | | Buy | 07/02/13 | J | | |
| 2874. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 2875. | | | | | Buy (add'l) | 07/04/13 | J | | |
| 2876. - SIGNET JEWELERS LTD | | | | | | | | | |
| 2877. - ACE LTD | | | | | | | | | |
| 2878. -DENSO CORP | | | | | Sold (part) | 02/12/13 | J | A | |
| 2879. -DOW CHEMICAL CO | | | | | | | | | |
| 2880. -ACCENTURE PLC US$ | | | | | | | | | |
| 2881. -EATON CORP | | | | | | | | | |
| 2882. -JABIL CIRCUIT INC | | | | | | | | | |
| 2883. -ENSCO PLC ADR | | | | | | | | | |
| 2884. -BLACKROCK INC | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2885. -COBALT INTERNATIONAL ENERGY | | | | | | | | | |
| 2886. -3M COMPANY | | | | | | | | | |
| 2887. -SINGAPORE TELECOMM | | | | | | | | | |
| 2888. -BEAM INC | | | | | | | | | |
| 2889. ▮▮▮ Trust #32- List of Assets | G | Int./Div. | P2 | T | | | | | |
| 2890. - 3M COMPANY | | | | | | | | | |
| 2891. -ABBVIE INC | | | | | Buy (add'l) | 07/15/13 | J | | |
| 2892. - ACCENTURE PLC US$ | | | | | | | | | |
| 2893. - ACE LTD | | | | | | | | | |
| 2894. - AGILENT TECHNOLOGIES INC | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2895. | | | | | Sold (part) | 06/26/13 | J | | |
| 2896. | | | | | Sold (part) | 06/26/13 | J | B | |
| 2897. | | | | | Sold | 06/27/13 | J | A | |
| 2898. - AFLAC INC | | | | | Sold (part) | 03/15/13 | J | B | |
| 2899. | | | | | Sold (part) | 03/18/13 | J | B | |
| 2900. | | | | | Sold | 03/19/13 | J | A | |
| 2901. - AIA GROUP LTD | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2902. - AIR PRODUCTS & CHEMICALS | | | | | | | | | |
| 2903. - AJINOMOTO CO INC | | | | | Sold<br>(part) | 05/21/13 | J | C | |
| 2904. - ALLEGHENY TECHNOLOGIES | | | | | | | | | |
| 2905. - ALLERGAN INC | | | | | Sold<br>(part) | 06/04/13 | J | C | |
| 2906. | | | | | Sold<br>(part) | 06/06/13 | J | C | |
| 2907. | | | | | Sold<br>(part) | 09/25/13 | J | B | |
| 2908. - ANDRITZ AG | | | | | Sold<br>(part) | 04/10/13 | J | B | |
| 2909. | | | | | Sold<br>(part) | 04/30/13 | J | A | |
| 2910. | | | | | Sold | 06/27/13 | J | A | |
| 2911. - AMERICAN TOWER CORP CL A | | | | | Buy<br>(add'l) | 08/14/13 | J | | |
| 2912. - AON CORP | | | | | Buy<br>(add'l) | 04/03/13 | J | | |
| 2913. - APPLE INC | | | | | Buy<br>(add'l) | 02/08/13 | J | | |
| 2914. - ASML HOLDINGS NV | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 2915. | | | | | Buy<br>(add'l) | 06/27/13 | J | | |
| 2916. - ASSA ABLOY AB | | | | | Buy<br>(add'l) | 03/05/13 | J | | |
| 2917. -AUTOMATIC DATA PROCESSING INC | | | | | Buy | 08/13/13 | J | | |
| 2918. | | | | | Buy<br>(add'l) | 08/14/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2919. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 2920. -AVAGO TECHNOLOGIES LTD | | | | | Buy | 11/14/13 | J | | |
| 2921. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 2922. -B/E AEROSPACE INC | | | | | Buy | 07/09/13 | J | | |
| 2923. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 2924. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 2925. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 2926. - BARCLAYS PLC | | | | | Buy (add'l) | 05/13/13 | J | | |
| 2927. - BARRICK GOLD CORP C$ | | | | | Sold (part) | 03/18/13 | J | | |
| 2928. | | | | | Sold | 08/07/13 | J | | |
| 2929. - BAYER AG | | | | | Buy (add'l) | 06/20/13 | J | | |
| 2930. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 2931. - BANK OF CHINA LTD H | | | | | Sold (part) | 02/08/13 | J | B | |
| 2932. - BEAM INC | | | | | | | | | |
| 2933. - BG GROUP PLC | | | | | Buy (add'l) | 01/18/13 | J | | |
| 2934. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2935. | | | | | Sold (part) | 06/07/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2936. | | | | | Sold (part) | 06/14/13 | J | | |
| 2937. | | | | | Sold (part) | 06/18/13 | J | | |
| 2938. | | | | | Sold (part) | 07/12/13 | J | | |
| 2939. | | | | | Sold (part) | 07/15/13 | J | | |
| 2940. | | | | | Sold (part) | 09/02/13 | J | | |
| 2941. - BHP BILLITON LTD | | | | | Sold (part) | 05/27/13 | J | | |
| 2942. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 2943. - BLACKROCK INC | | | | | | | | | |
| 2944. - BNP PARIBAS | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2945. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 2946. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 2947. - BOEING CO | | | | | Buy (add'l) | 05/24/13 | J | | |
| 2948. | | | | | Buy (add'l) | 06/26/13 | K | | |
| 2949. - BOC HONG KONG HOLDINGS | | | | | | | | | |
| 2950. - BMW | | | | | Buy (add'l) | 02/12/13 | J | | |
| 2951. - BRISTOL-MYERS SQUIBB | | | | | Buy (add'l) | 02/08/13 | J | | |
| 2952. - BROADCOM | | | | | Sold (part) | 09/26/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2953. | | | | | Sold<br>(part) | 09/27/13 | K | | |
| 2954. - CAE INC | | | | | Buy<br>(add'l) | 02/08/13 | J | | |
| 2955. | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 2956. | | | | | Sold<br>(part) | 10/21/13 | J | A | |
| 2957. | | | | | Sold<br>(part) | 10/22/13 | J | A | |
| 2958. | | | | | Sold<br>(part) | 10/23/13 | J | A | |
| 2959. | | | | | Sold<br>(part) | 10/23/13 | J | A | |
| 2960. | | | | | Sold<br>(part) | 10/24/13 | J | A | |
| 2961. | | | | | Sold<br>(part) | 10/24/13 | J | A | |
| 2962. | | | | | Sold | 10/24/13 | J | A | |
| 2963. - CARNIVAL CORP COMMON PAIRED<br>STOCK | | | | | Sold<br>(part) | 07/01/13 | J | A | |
| 2964. | | | | | Sold<br>(part) | 08/19/13 | J | A | |
| 2965. | | | | | Sold<br>(part) | 08/20/13 | J | A | |
| 2966. | | | | | Sold<br>(part) | 08/20/13 | J | A | |
| 2967. - CATERPILLAR INC | | | | | | | | | |
| 2968. - CENOVUS ENERGY INC C$ | | | | | Sold | 09/26/13 | K | | |
| 2969. - CERNER CORP | | | | | Sold<br>(part) | 02/07/13 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2970. | | | | | Sold (part) | 02/07/13 | J | C | |
| 2971. - CHEVRON CORP | | | | | Buy (add'l) | 02/11/13 | J | | |
| 2972. - CHINA SHENHUA ENERGY | | | | | Sold (part) | 03/27/13 | J | | |
| 2973. | | | | | Sold (part) | 04/03/13 | J | A | |
| 2974. | | | | | Sold | 04/08/13 | J | | |
| 2975. - CME GROUP INC | | | | | Buy (add'l) | 01/11/13 | J | | |
| 2976. - COACH INC | | | | | Buy (add'l) | 01/25/13 | J | | |
| 2977. | | | | | Buy (add'l) | 01/28/13 | J | | |
| 2978. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 2979. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 2980. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 2981. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 2982. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 2983. - COBALT INTERNATIONAL ENERGY | | | | | | | | | |
| 2984. - COCA-COLA AMATIL LTD | | | | | Buy (add'l) | 01/11/13 | J | | |
| 2985. | | | | | Buy (add'l) | 01/14/13 | J | | |
| 2986. | | | | | Buy (add'l) | 01/15/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2987. | | | | | Buy<br>(add'l) | 01/16/13 | J | | |
| 2988. | | | | | Sold<br>(part) | 09/27/13 | J | | |
| 2989. | | | | | Sold<br>(part) | 09/30/13 | J | | |
| 2990. | | | | | Buy | 11/06/13 | K | | |
| 2991. | | | | | Sold<br>(part) | 10/02/13 | J | | |
| 2992. - COMCAST CORP CL A | | | | | | | | | |
| 2993. -DAIMLER AG | | | | | Buy | 07/15/13 | J | | |
| 2994. - DANAHER CORP | | | | | Buy<br>(add'l) | 02/12/13 | J | | |
| 2995. - DANONE | | | | | Buy<br>(add'l) | 04/02/13 | J | | |
| 2996. - DAVITA INC | | | | | | | | | |
| 2997. - DENSO CORP | | | | | Sold<br>(part) | 02/12/13 | J | B | |
| 2998. - DBS GROUP HOLDINGS LTD | | | | | | | | | |
| 2999. - DIAGEO PLC | | | | | Sold<br>(part) | 02/11/13 | J | C | |
| 3000. - DOW CHEMICAL CO | | | | | | | | | |
| 3001. - DRIL-QUIP INC | | | | | Sold<br>(part) | 07/16/13 | J | C | |
| 3002. | | | | | Sold<br>(part) | 07/23/13 | J | C | |
| 3003. | | | | | Sold | 07/30/13 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3004. - EATON CORP | | | | | | | | | |
| 3005. - ECOLAB | | | | | Sold<br>(part) | 07/01/13 | J | D | |
| 3006. | | | | | Sold<br>(part) | 07/02/13 | J | D | |
| 3007. - EMERSON ELECTRIC | | | | | Sold<br>(part) | 10/21/13 | J | D | |
| 3008. | | | | | Sold | 10/22/13 | J | C | |
| 3009. -ENBRIDGE INC | | | | | Buy | 11/04/13 | J | | |
| 3010. | | | | | Buy<br>(add'l) | 11/11/13 | J | | |
| 3011. | | | | | Buy<br>(add'l) | 11/15/13 | J | | |
| 3012. | | | | | Buy<br>(add'l) | 11/18/13 | J | | |
| 3013. - ENCANA CORP | | | | | Sold<br>(part) | 01/11/13 | J | | |
| 3014. | | | | | Sold<br>(part) | 01/14/13 | J | | |
| 3015. | | | | | Sold<br>(part) | 01/15/13 | J | | |
| 3016. | | | | | Sold<br>(part) | 01/16/13 | J | | |
| 3017. | | | | | Sold<br>(part) | 01/17/13 | J | | |
| 3018. | | | | | Sold<br>(part) | 01/18/13 | J | | |
| 3019. | | | | | Sold<br>(part) | 01/23/13 | J | | |
| 3020. | | | | | Sold<br>(part) | 01/23/13 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3021. | | | | | Sold | 01/24/13 | J | A | |
| 3022. - ENSCO PLC ADR | | | | | Buy (add'l) | 02/20/13 | J | | |
| 3023. - ESSILOR INTL | | | | | Sold (part) | 02/11/13 | J | B | |
| 3024. - EXPRESS SCRIPTS INC | | | | | Buy (add'l) | 02/07/13 | J | | |
| 3025. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 3026. - FANUC CO | | | | | Buy (add'l) | 05/21/13 | J | | |
| 3027. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 3028. - FEDEX CORP | | | | | | | | | |
| 3029. -FIRST QUANTUM MINERALS LTD | | | | | Buy | 08/06/13 | J | | |
| 3030. - FUGRO NV | | | | | Sold (part) | 02/25/13 | J | | |
| 3031. | | | | | Sold (part) | 02/27/13 | J | | |
| 3032. | | | | | Sold (part) | 03/01/13 | J | | |
| 3033. | | | | | Sold (part) | 03/01/13 | J | | |
| 3034. | | | | | Sold (part) | 03/04/13 | J | | |
| 3035. | | | | | Sold | 03/05/13 | J | | |
| 3036. - GEMALTO NV | | | | | Buy (add'l) | 03/26/13 | J | | |
| 3037. | | | | | Buy (add'l) | 03/27/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B  Income during reporting period | | C  Gross value at end of reporting period | | D  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3038. - GENPACT LTD | | | | | Sold (part) | 02/11/13 | J | A | |
| 3039. | | | | | Sold (part) | 02/11/13 | J | A | |
| 3040. - GENTING SINGAPORE PLC | | | | | Sold | 12/04/13 | J | | |
| 3041. - GILEAD SCIENCES INC | | | | | Sold (part) | 04/30/13 | K | D | |
| 3042. | | | | | Sold (part) | 07/02/13 | J | C | |
| 3043. | | | | | Sold (part) | 07/05/13 | J | B | |
| 3044. | | | | | Sold (part) | 08/23/13 | J | C | |
| 3045. | | | | | Sold (part) | 09/11/13 | J | B | |
| 3046. - GOOGLE INC | | | | | | | | | |
| 3047. - GOLDMAN SACHS GROUP INC | | | | | | | | | |
| 3048. - HALLIBURTON CO | | | | | Buy (add'l) | 06/28/13 | J | | |
| 3049. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 3050. - HAMAMATSU PHOTONIC KK | | | | | Buy (add'l) | 11/15/13 | J | | |
| 3051. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 3052. -HDFC BANK LTD | | | | | Buy | 08/02/13 | J | | |
| 3053. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 3054. | | | | | Buy (add'l) | 08/05/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3055. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 3056. | | | | | Buy (add'l) | 12/24/13 | J | | |
| 3057. - HENNES & MAURITZ AB | | | | | Sold (part) | 02/13/13 | J | A | |
| 3058. | | | | | Sold (part) | 02/15/13 | J | A | |
| 3059. | | | | | Sold (part) | 02/15/13 | J | A | |
| 3060. | | | | | Sold (part) | 03/11/13 | K | C | |
| 3061. | | | | | Sold (part) | 05/16/13 | J | A | |
| 3062. | | | | | Sold | 05/16/13 | J | A | |
| 3063. -HEXCEL CORP | | | | | Buy | 11/14/13 | J | | |
| 3064. - HITACHI | | | | | Sold (part) | 05/01/13 | J | | |
| 3065. | | | | | Sold (part) | 05/02/13 | J | A | |
| 3066. | | | | | Sold (part) | 05/07/13 | J | B | |
| 3067. - HOME DEPOT INC | | | | | | | | | |
| 3068. - HONG KONG/CHINA GAS | | | | | Sold (part) | 02/07/13 | J | D | |
| 3069. | | | | | Sold (part) | 02/08/13 | J | D | |
| 3070. | | | | | Sold (part) | 09/11/13 | J | C | |
| 3071. | | | | | Sold (part) | 09/12/13 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 186 of 240

**Name of Person Reporting**

Barry, Maryanne T.

**Date of Report**

11/25/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3072. | | | | | Sold | 09/13/13 | J | A | |
| 3073. - HSBC HOLDINGS PLC | | | | | Sold<br>(part) | 07/19/13 | J | B | |
| 3074. - ICICI BANK LTD SPON ADR | | | | | Sold<br>(part) | 07/02/13 | J | | |
| 3075. | | | | | Sold<br>(part) | 07/03/13 | J | | |
| 3076. | | | | | Sold<br>(part) | 07/08/13 | J | | |
| 3077. | | | | | Sold<br>(part) | 07/24/13 | J | | |
| 3078. | | | | | Sold<br>(part) | 07/25/13 | J | | |
| 3079. | | | | | Sold<br>(part) | 07/25/13 | J | | |
| 3080. | | | | | Sold<br>(part) | 07/26/13 | J | A | |
| 3081. | | | | | Sold<br>(part) | 08/02/13 | J | | |
| 3082. | | | | | Sold | 08/05/13 | J | A | |
| 3083. -IDEX CORP (PREVIOUSLY REPORTED<br>AS INDEX CORP) | | | | | Buy | 02/05/13 | J | | |
| 3084. -INDITEX | | | | | Buy | 06/20/13 | J | | |
| 3085. - ILLINOIS TOOL WORKS INC | | | | | Buy<br>(add'l) | 02/07/13 | J | | |
| 3086. - IMPERIAL TOBACCO PLC<br>(FORMERLY IMPERIAL TABACCO<br>PLC) | | | | | Buy<br>(add'l) | 02/11/13 | J | | |
| 3087. - INMET MINING CORP (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 187 of 240

**Name of Person Reporting**

Barry, Maryanne T.

**Date of Report**

11/25/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3088. - INTERNATIONAL BUSINESS MACHINES CORP | | | | | Sold (part) | 05/01/13 | J | C | |
| 3089. | | | | | Sold (part) | 07/11/13 | K | D | |
| 3090. | | | | | Sold | 07/12/13 | K | D | |
| 3091. - IRON MOUNTAIN INC | | | | | | | | | |
| 3092. -IRONWOOD PHARMACEUTICALS INC CL A | | | | | Buy | 01/29/13 | J | | |
| 3093. | | | | | Buy (add'l) | 01/31/13 | J | | |
| 3094. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 3095. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 3096. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 3097. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 3098. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 3099. | | | | | Buy (add'l) | 04/17/13 | J | | |
| 3100. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 3101. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 3102. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 3103. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 3104. | | | | | Buy (add'l) | 05/20/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3105. - JABIL CIRCUIT INC | | | | | | | | | |
| 3106. - JACK HENRY & ASSOC INC | | | | | Sold (part) | 02/11/13 | J | C | |
| 3107. - JGC CORP | | | | | Sold | 02/18/13 | K | | |
| 3108. - JPMORGAN CHASE & CO | | | | | Sold (part) | 07/01/13 | J | A | |
| 3109. - KEYENCE CORP | | | | | | | | | |
| 3110. - KINDER MORGAN INC | | | | | Sold (part) | 12/10/13 | J | | |
| 3111. | | | | | Sold | 12/10/13 | J | | |
| 3112. - KLA-TENCOR CORP | | | | | Sold (part) | 03/08/13 | K | D | |
| 3113. - KONINKLIJKE | | | | | | | | | |
| 3114. - L'AIR LIQUIDE | | | | | | | | | |
| 3115. -LI & FUNG LTD | | | | | Buy | 09/26/13 | J | | |
| 3116. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 3117. | | | | | Sold (part) | 12/12/13 | J | | |
| 3118. - L'OREAL | | | | | | | | | |
| 3119. - LINDE AG | | | | | Sold (part) | 07/10/13 | J | B | |
| 3120. | | | | | Sold (part) | 07/18/13 | J | B | |
| 3121. | | | | | Sold (part) | 07/19/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3122. | | | | | Sold (part) | 07/31/13 | J | A | |
| 3123. | | | | | Sold (part) | 08/01/13 | J | A | |
| 3124. | | | | | Sold (part) | 08/06/13 | J | B | |
| 3125. | | | | | Sold | 08/08/13 | J | B | |
| 3126. -LLOYD TSB GROUP PLC | | | | | Buy | 08/07/13 | K | | |
| 3127. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 3128. - LVMH MOET HENNESSY LOUIS VUITTON | | | | | Sold (part) | 02/08/13 | J | A | |
| 3129. | | | | | Sold | 03/14/13 | J | B | |
| 3130. - MARSH & MCLENNAN COS | | | | | Sold (part) | 02/11/13 | J | A | |
| 3131. | | | | | Sold (part) | 02/11/13 | J | A | |
| 3132. -MEGGITT PLC | | | | | Buy | 07/01/13 | J | | |
| 3133. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 3134. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 3135. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 3136. - MICROSOFT CORP | | | | | Sold (part) | 01/10/13 | J | | |
| 3137. - MITSUBISHI CORP | | | | | Buy (add'l) | 03/05/13 | J | | |
| 3138. | | | | | Sold (part) | 04/09/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3139. | | | | | Sold | 04/09/13 | J | | |
| 3140. - MONSANTO CO NEW | | | | | Sold<br>(part) | 07/02/13 | J | B | |
| 3141. - MOSAIC CO/THE | | | | | Buy<br>(add'l) | 03/05/13 | J | | |
| 3142. | | | | | Buy<br>(add'l) | 04/03/13 | J | | |
| 3143. | | | | | Buy<br>(add'l) | 04/04/13 | J | | |
| 3144. | | | | | Buy<br>(add'l) | 07/11/13 | J | | |
| 3145. | | | | | Sold<br>(part) | 12/12/13 | J | | |
| 3146. | | | | | Sold<br>(part) | 12/13/13 | J | | |
| 3147. - MURATA MANUFACTURING CO | | | | | Sold<br>(part) | 03/08/13 | K | C | |
| 3148. | | | | | Sold<br>(part) | 05/08/13 | K | C | |
| 3149. - NATIONAL GRID PLC | | | | | | | | | |
| 3150. - NATIONAL INSTRUMENTS CORP | | | | | Sold<br>(part) | 05/13/13 | J | C | |
| 3151. | | | | | Sold<br>(part) | 05/14/13 | J | B | |
| 3152. | | | | | Sold<br>(part) | 05/15/13 | J | B | |
| 3153. | | | | | Sold<br>(part) | 05/16/13 | J | B | |
| 3154. | | | | | Sold | 05/17/13 | J | B | |
| 3155. - NESTLE SA REG | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3156. - NEWCREST MINING NPV | | | | | Sold<br>(part) | 04/02/13 | J | | |
| 3157. | | | | | Sold | 04/04/13 | J | | |
| 3158. - NEWELL RUBBERMAID INC | | | | | Buy<br>(add'l) | 01/01/13 | J | | |
| 3159. | | | | | Buy<br>(add'l) | 01/03/13 | J | | |
| 3160. | | | | | Buy<br>(add'l) | 01/17/13 | J | | |
| 3161. | | | | | Buy<br>(add'l) | 01/10/13 | J | | |
| 3162. | | | | | Buy<br>(add'l) | 02/14/13 | J | | |
| 3163. - NIELSEN HOLDINGS NV US$ | | | | | Sold<br>(part) | 02/11/13 | J | A | |
| 3164. | | | | | Buy<br>(add'l) | 08/22/13 | J | | |
| 3165. | | | | | Buy<br>(add'l) | 08/23/13 | J | | |
| 3166. | | | | | Buy<br>(add'l) | 08/23/13 | J | | |
| 3167. | | | | | Buy<br>(add'l) | 08/23/13 | J | | |
| 3168. - NIKE | | | | | | | | | |
| 3169. - NOBLE ENERGY INC | | | | | Buy<br>(add'l) | 03/04/13 | J | | |
| 3170. | | | | | Sold<br>(part) | 05/20/13 | J | C | |
| 3171. | | | | | Sold<br>(part) | 08/01/13 | J | B | |
| 3172. - NORDSTROM INC | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3173. - NORFOLK SOUTHERN CORP | | | | | Buy (add'l) | 06/11/13 | J | | |
| 3174. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 3175. - NOVARTIS AG NAMEM | | | | | Sold (part) | 07/01/13 | J | B | |
| 3176. - NOVO NORDISK | | | | | Buy (add'l) | 05/22/13 | L | | |
| 3177. | | | | | Buy (add'l) | 10/04/13 | K | | |
| 3178. | | | | | Buy (add'l) | 10/07/13 | M | | |
| 3179. - NUCOR CORP | | | | | | | | | |
| 3180. - OI SA ON ADR | | | | | Sold (part) | 07/01/13 | J | | |
| 3181. | | | | | Sold | 07/02/13 | J | | |
| 3182. - OI SA PN ADR | | | | | Sold (part) | 01/23/13 | J | | |
| 3183. | | | | | Sold (part) | 01/23/13 | J | | |
| 3184. | | | | | Sold (part) | 01/23/13 | J | | |
| 3185. | | | | | Sold (part) | 01/24/13 | J | | |
| 3186. | | | | | Sold (part) | 01/24/13 | J | | |
| 3187. | | | | | Sold (part) | 07/01/13 | J | | |
| 3188. | | | | | Sold (part) | 07/02/13 | J | | |
| 3189. | | | | | Sold (part) | 07/03/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3190. | | | | | Sold (part) | 07/04/13 | J | | |
| 3191. | | | | | Sold (part) | 07/05/13 | J | | |
| 3192. | | | | | Sold | 07/08/13 | J | | |
| 3193. - ORACLE CORP | | | | | Sold (part) | 08/15/13 | J | A | |
| 3194. | | | | | Sold (part) | 08/15/13 | J | A | |
| 3195. - PENGROWTH ENERGY CORP C$ | | | | | Sold (part) | 01/28/13 | J | | |
| 3196. | | | | | Sold (part) | 01/29/13 | J | | |
| 3197. | | | | | Sold | 01/29/13 | J | | |
| 3198. - PERNOD RICARD SA | | | | | | | | | |
| 3199. - PHILIP MORRIS INTL | | | | | | | | | |
| 3200. - PREMIER FARNELL PLC | | | | | Sold (part) | 03/15/13 | J | | |
| 3201. | | | | | Sold (part) | 03/21/13 | J | | |
| 3202. | | | | | Sold (part) | 03/27/13 | J | | |
| 3203. | | | | | Sold (part) | 04/03/13 | J | | |
| 3204. | | | | | Sold (part) | 04/11/13 | J | | |
| 3205. | | | | | Sold | 04/17/13 | J | | |
| 3206. - PROGRESSIVE CORP OHIO | | | | | Sold (part) | 09/11/13 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3207. -PROCTER & GAMBLE CO | | | | | Buy | 05/15/13 | J | | |
| 3208. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 3209. | | | | | Buy (add'l) | 06/11/13 | K | | |
| 3210. - QUALCOMM INC | | | | | Sold (part) | 02/08/13 | J | C | |
| 3211. - REPUBLIC SERVICES INC | | | | | Sold (part) | 10/16/13 | K | B | |
| 3212. | | | | | Sold | 10/17/13 | J | A | |
| 3213. - RECKITT BENCKISER GROUP | | | | | Sold | 10/17/13 | J | C | |
| 3214. - COMPAGNIE FINANCIERE RICHEMONT SA REG (FORMERLY RICHEMONT CIE FIN) | | | | | Sold (part) | 03/25/13 | J | B | |
| 3215. - RIO TINTO PLC REG | | | | | Buy (add'l) | 02/12/13 | J | | |
| 3216. | | | | | Sold (part) | 03/21/13 | J | | |
| 3217. | | | | | Sold (part) | 03/21/13 | J | | |
| 3218. | | | | | Sold (part) | 03/22/13 | J | | |
| 3219. | | | | | Sold (part) | 06/11/13 | J | | |
| 3220. | | | | | Sold (part) | 07/04/13 | J | | |
| 3221. - ROCHE HOLDING AG GENUSSSCHEIN | | | | | Buy (add'l) | 02/15/13 | J | | |
| 3222. -ROSS STORES INC | | | | | Buy | 09/19/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3223. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 3224. | | | | | Buy (add'l) | 10/07/13 | J | | |
| 3225. | | | | | Buy (add'l) | 10/28/13 | J | | |
| 3226. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 3227. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 3228. -ROYAL CARIBBEAN CRUSIES | | | | | Buy | 07/31/13 | J | | |
| 3229. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 3230. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 3231. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 3232. - ROYAL DUTCH SHELL CL A ADR | | | | | Sold (part) | 05/20/13 | J | | |
| 3233. | | | | | Sold (part) | 05/21/13 | J | | |
| 3234. | | | | | Sold (part) | 09/16/13 | J | | |
| 3235. | | | | | Sold (part) | 09/17/13 | J | | |
| 3236. | | | | | Sold | 09/18/13 | J | | |
| 3237. - SAMSUNG ELEC GDS | | | | | Sold (part) | 07/19/13 | J | B | |
| 3238. | | | | | Sold (part) | 07/22/13 | J | B | |
| 3239. - SAMPO OYJ | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3240. - SAP AG SPON ADR | | | | | Sold | 10/17/13 | J | C | |
| 3241. - SCHLUMBERGER LTD | | | | | | | | | |
| 3242. - SCHNEIDER ELECTRIC SA | | | | | Buy (add'l) | 06/10/13 | J | | |
| 3243. | | | | | Sold (part) | 07/16/13 | J | | |
| 3244. - SCHWAB CHARLES NEW | | | | | | | | | |
| 3245. - SCRIPPS NETWORKS INTERACTIVE | | | | | | | | | |
| 3246. - SES FDR CL | | | | | | | | | |
| 3247. - SEADRILL LTD | | | | | Sold (part) | 02/14/13 | J | A | |
| 3248. - SEATTLE GENETICS INC | | | | | Sold (part) | 05/02/13 | J | B | |
| 3249. | | | | | Sold (part) | 05/06/13 | J | B | |
| 3250. | | | | | Sold | 05/07/13 | J | B | |
| 3251. - SIGNET JEWLERS LTD | | | | | | | | | |
| 3252. - SINGAPORE TELECOMM | | | | | | | | | |
| 3253. -SIEMENS AG NAMEN | | | | | Buy | 07/15/13 | K | | |
| 3254. -SIRIUS XM RADIO INC | | | | | Buy | 04/24/13 | J | | |
| 3255. | | | | | Buy (add'l) | 04/24/13 | J | | |
| 3256. | | | | | Buy (add'l) | 04/25/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3257. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 3258. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 3259. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 3260. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 3261. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 3262. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 3263. - SMC CORP | | | | | | | | | |
| 3264. - SOFTBANK CORP | | | | | Sold (part) | 02/12/13 | K | D | |
| 3265. | | | | | Sold (part) | 04/05/13 | J | C | |
| 3266. - SONOVA HOLDING | | | | | Sold (part) | 01/15/13 | J | | |
| 3267. | | | | | Sold (part) | 01/16/13 | J | | |
| 3268. | | | | | Sold (part) | 01/16/13 | J | | |
| 3269. | | | | | Sold (part) | 01/17/13 | J | | |
| 3270. | | | | | Sold (part) | 05/28/13 | J | | |
| 3271. | | | | | Sold (part) | 05/30/13 | J | | |
| 3272. | | | | | Sold (part) | 05/31/13 | J | | |
| 3273. | | | | | Sold (part) | 05/31/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3274. | | | | | Sold<br>(part) | 05/31/13 | J | | |
| 3275. | | | | | Sold<br>(part) | 06/03/13 | J | | |
| 3276. | | | | | Sold<br>(part) | 06/13/13 | J | | |
| 3277. | | | | | Sold<br>(part) | 06/17/13 | J | | |
| 3278. | | | | | Sold<br>(part) | 06/21/13 | J | | |
| 3279. | | | | | Sold<br>(part) | 06/27/13 | J | | |
| 3280. | | | | | Sold<br>(part) | 07/02/13 | J | | |
| 3281. | | | | | Sold<br>(part) | 07/03/13 | J | | |
| 3282. | | | | | Sold | 07/04/13 | J | | |
| 3283. - STANDARD CHARTERED | | | | | Buy<br>(add'l) | 02/07/13 | J | | |
| 3284. | | | | | Buy<br>(add'l) | 05/22/13 | J | | |
| 3285. - STANLEY BLACK & DECKER INC | | | | | Sold<br>(part) | 04/10/13 | J | B | |
| 3286. | | | | | Sold<br>(part) | 04/23/13 | J | B | |
| 3287. | | | | | Sold | 04/24/13 | J | A | |
| 3288. - STARBUCKS CORP | | | | | Buy<br>(add'l) | 07/17/13 | J | | |
| 3289. -SUMITOMO MITSUI FINANCIAL<br>GROUP INC | | | | | Buy | 01/07/13 | J | | |
| 3290. | | | | | Buy<br>(add'l) | 04/04/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3291. | | | | | Buy (add'l) | 04/25/13 | K | | |
| 3292. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 3293. -SUMITOMO MITSUI TRUST HOLDIN | | | | | Buy | 04/25/13 | P1 | | |
| 3294. - SUN HUNG KAI PROP | | | | | | | | | |
| 3295. - SWIRE PROPERTIES LTD | | | | | Sold (part) | 09/30/13 | J | | |
| 3296. | | | | | Sold (part) | 10/02/13 | J | | |
| 3297. | | | | | Sold (part) | 10/07/13 | J | | |
| 3298. | | | | | Sold | 10/08/13 | J | | |
| 3299. - SWISSCOM AG REG | | | | | Sold (part) | 07/18/13 | J | A | |
| 3300. | | | | | Sold | 07/19/13 | J | A | |
| 3301. - SYNGENTA AG | | | | | Buy (add'l) | 06/10/13 | J | | |
| 3302. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 3303. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 3304. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 3305. - SYSMEX CORP | | | | | Sold (part) | 04/26/13 | J | C | |
| 3306. | | | | | Sold (part) | 05/01/13 | J | C | |
| 3307. | | | | | Sold (part) | 05/02/13 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3308. - TARGET CORP | | | | | | | | | |
| 3309. - TE CONNECTIVITY LTD | | | | | | | | | |
| 3310. - TELE NORTE LESTE PART ADR (Y) | | | | | | | | | |
| 3311. - TELUS CORP | | | | | Sold | 03/12/13 | J | B | |
| 3312. -TEXAS INSTRUMENTS INC | | | | | Buy | 03/15/13 | K | | |
| 3313. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 3314. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 3315. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 3316. - THE WALT DISNEY CO | | | | | Sold (part) | 10/21/13 | K | D | |
| 3317. - TIFFANY & CO NEW | | | | | Sold (part) | 08/23/13 | J | B | |
| 3318. - TIME WARNER CABLE INC | | | | | Sold | 05/06/13 | K | C | |
| 3319. -TOWERS WATSON & COMPANY CL A | | | | | Buy | 10/01/13 | J | | |
| 3320. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 3321. - TREND MICRO INC | | | | | Buy (add'l) | 04/05/13 | J | | |
| 3322. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 3323. -UNILEVER PLC | | | | | Buy | 03/08/13 | K | | |
| 3324. | | | | | Buy (add'l) | 03/11/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3325. | | | | | Buy (add'l) | 03/11/13 | J | | |
| 3326. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 3327. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 3328. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 3329. - UNION PACIFIC CORP | | | | | | | | | |
| 3330. - UNITED TECHNOLOGIES CORP | | | | | | | | | |
| 3331. - UNITEDHEALTH GROUP INC | | | | | Sold (part) | 02/11/13 | J | C | |
| 3332. - VISA INC CL | | | | | | | | | |
| 3333. - WHITBREAD PLC | | | | | Buy (add'l) | 04/04/13 | J | | |
| 3334. - SSGA US MONEY MARKET FUND | | | | | | | | | |
| 3335. -VERISIGN INC | | | | | Buy | 02/08/13 | J | | |
| 3336. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 3337. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 3338. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 3339. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 3340. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 3341. | | | | | Buy (add'l) | 02/15/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3342. | | | | | Buy<br>(add'l) | 03/07/13 | J | | |
| 3343. | | | | | Buy<br>(add'l) | 05/01/13 | J | | |
| 3344. | | | | | Buy<br>(add'l) | 05/01/13 | J | | |
| 3345. | | | | | Buy<br>(add'l) | 05/17/13 | J | | |
| 3346. -WASTE CONNECTIONS INC | | | | | Buy | 06/06/13 | J | | |
| 3347. | | | | | Buy<br>(add'l) | 06/19/13 | J | | |
| 3348. | | | | | Buy<br>(add'l) | 06/25/13 | J | | |
| 3349. | | | | | Buy<br>(add'l) | 07/02/13 | J | | |
| 3350. -WYNN MACAU LTD | | | | | Buy | 07/02/13 | J | | |
| 3351. | | | | | Buy<br>(add'l) | 07/03/13 | J | | |
| 3352. | | | | | Buy<br>(add'l) | 07/04/13 | J | | |
| 3353. -VERIZON COMMUNICATIONS | | | | | Buy | 11/14/13 | K | | |
| 3354. ▆ Trust #33- List of Assets | D | Interest | N | T | | | | | |
| 3355. -SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 3356. -CAPITAL CORE BOND FUND | | | | | Sold<br>(part) | 01/25/13 | J | | |
| 3357. | | | | | Sold<br>(part) | 04/25/13 | J | | |
| 3358. | | | | | Sold<br>(part) | 07/25/13 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3359. | | | | | Sold (part) | 10/02/13 | J | | |
| 3360. ▨ Trust #34- List of Assets | G | Int./Div. | P2 | T | | | | | |
| 3361. -HEMPSTEAD NY ADELPHI UNIV 5.0% 09-01-20 | | | | | Buy | 11/08/13 | N | | |
| 3362. -MTA NY TRANSPORT REV 13G 1G FRN SF MPT (X) | | | | | Buy | 09/12/13 | N | | |
| 3363. -NY ST THRUWAY GEN REV JR OB TAPPAN ZEE 13A 5.0% 5-01-19 (X) | | | | | Buy | 12/12/13 | N | | |
| 3364. -NY TOBACCO SETTLEMENT CORP 13B 5.0% (X) | | | | | Buy | 12/05/13 | N | | |
| 3365. -ATLANTA GA ARPT 10C 5/0% 01/01/19 (X) | | | | | | | | | |
| 3366. -CHESAPEAKE VA TOLL RD 12A 4.0% 07/15/19 (X) | | | | | | | | | |
| 3367. - CORNELL UNIV NY DORMS 08B 5.0% 07/01/24 (X) | | | | | | | | | |
| 3368. - DASNY CULINARY INST AM 3.0% 07-01-18 (X) | | | | | | | | | |
| 3369. -DASNY ROCHESTER INST OF TECH 5.0% 07-01-21 (X) | | | | | | | | | |
| 3370. -DC WTR & SWR REV SER A SF 4.80% 10-01-2024 (X) | | | | | | | | | |
| 3371. -ERIE CO NY IDA SCH FAC BUFFA;P 13A 3.0% 05-01-19 (X) | | | | | | | | | |
| 3372. -ERIE CO NY IDA SCH FAC BUFFALO 13A 4.0% 05-01-20 (X) | | | | | | | | | |
| 3373. -ERIE CO NY IDA SCH FAC BUFFALO 5.0% 05-01-19 (X) | | | | | | | | | |
| 3374. -HOFSTRA UNIV NY 5.0% 07-01-19 (X) | | | | | | | | | |
| 3375. -LI PWR AUTH NY 12B (LIPA) 5.0% 09-01-22 (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3376. -LI PWR AUTH NY 2010A (LIPA) 5.0% 05/01/14 (X) | | | | | | | | | |
| 3377. - MET TRANS AUTH NY 4.0% 11/15/14 (X) | | | | | | | | | |
| 3378. -MET TRANS AUTH NY MBIA 5% 11/15/2015 (X) | | | | | | | | | |
| 3379. -MONROE CO NY ROCHESTER GENERAL HOSP 13B 4% 12/1/23(X) | | | | | | | | | |
| 3380. -MONROE CO NY UNITY HOSP ROCHESTER FHA SF 5.0% 2/15/17 (X) | | | | | | | | | |
| 3381. -MONROE CO NY UNITY HOSP ROCHESTER FHA SF 5.0% 2/15/15 (X) | | | | | | | | | |
| 3382. -MTA NY DEDICATED TAX 08B-3A (X) | | | | | | | | | |
| 3383. -MTA NY TRANSPORT REV 12F 5.0% 11-15-19 (X) | | | | | | | | | |
| 3384. -MTA NY TRANSRT REV SER 11C 5.0% 11/15/19 (X) | | | | | | | | | |
| 3385. -NEW YORK CITY GO 5.0% 08/01/18 (X) | | | | | | | | | |
| 3386. -NY CITY MUNI WTR AUTH 09EE 5.0% 06/15/18 (X) | | | | | | | | | |
| 3387. -NY DORM AUTH MIRIAM OSBORN 2.75% 07/01/19 (X) | | | | | | | | | |
| 3388. -NY DORM AUTH MT SINAI HOSP 5.0% 07-01-14 (X) | | | | | | | | | |
| 3389. -NY DORM AUTH ST JOHNS UNIV 12A 5% 7/1/18 (X) | | | | | | | | | |
| 3390. -NY DORM LONG ISLAND 11A 4/00% 05/01/18 (X) | | | | | | | | | |
| 3391. -NY DORM MEMORIAL SLOAN KETTERING 12-1 5.0% 7-01-21 (X) | | | | | | | | | |
| 3392. -NY MTA TRIBOROUGH B&T SER A 5% 11/15/16 (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3393. -NY SALES TAX RECEIVABLE MBIA 5.0% 10-15-21 (X) | | | | | | | | | |
| 3394. -NY ST DORM AUTH 11A 5.0% 10/01/18 (X) | | | | | | | | | |
| 3395. -NY ST DORM AUTH CITY UNIV SYS 5.0% 07/01/21 (X) | | | | | | | | | |
| 3396. -NY ST DORM AUTH PERS INCOME TAX D 5% 03/15/2018 (X) | | | | | | | | | |
| 3397. -NY ST DORM AUTH SCH DIST 13C 5.0% 10-01-22 (X) | | | | | | | | | |
| 3398. -NY ST DORM AUTH ST UNIV MBIA 5.0% 07-01-15 (X) | | | | | | | | | |
| 3399. -NY ST DORM SUNY 11A 5.0% 07-01-17 (X) | | | | | | | | | |
| 3400. -NY ST EFC SOLID WST DISP REV WMX 13A 2.7 (X) | | | | | | | | | |
| 3401. -NY ST HOMEOWNER MTG SER 178 75-400% SF 3.5% 10-01-43 (X) | | | | | | | | | |
| 3402. -NY ST HSG PIT REV 5.0% 09/15/2025 (X) | | | | | | | | | |
| 3403. -NY ST THRUWAY (2ND BRIDGE & HWY) 12A 5.0% 04/01/20 (X) | | | | | | | | | |
| 3404. -NY ST THRUWAY (2ND BRIDGE & HWY) 5.0% 04/01/2022 (X) | | | | | | | | | |
| 3405. -NY ST TWY AU AMBAC 5% 04/01/2019 (X) | | | | | | | | | |
| 3406. -NY TOBACCO SETTLE CORP 11a 5.0% 06/01/17 (X) | | | | | | | | | |
| 3407. -NYC HLTH AND HOSP 5.0% 02/15/20 (X) | | | | | | | | | |
| 3408. -NYC LIBERTY ONE BRYANT PARK CL3 SF 6.375% 07-15-49 (X) | | | | | | | | | |
| 3409. -NYC TFA FUT TAX SEC SUB 11E 5% 11/01/18 (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3410. -NYC TR FOR CULT JULLIARD SCH 12B (MPT) VAR 01-01-36/08-01-17 (X) | | | | | | | | | |
| 3411. -OR PROVIDENCE HLTH C SIFMA +100 FRN (MPT) 10-01-22/09-15-18(X) | | | | | | | | | |
| 3412. -ORL & ORNG FL EXPWY 12B 5.0% 07-01-20 (X) | | | | | | | | | |
| 3413. -PORT WUTH NY/NJ SER 163 5.0% 07/15/21 (X) | | | | | | | | | |
| 3414. -PR SALES TAX SER 11C 5.0% 08-01-22 (X) | | | | | | | | | |
| 3415. -SSGA US GOV MONEY MARKET FUND (X) | | | | | | | | | |
| 3416. -TOMPKINS NY CORTLAND COMM COLL SFH 5.0% 07-01-21 (X) | | | | | | | | | |
| 3417. -TRIBOROUGH B/T NY 12A 4.0% 11-15-20 (X) | | | | | | | | | |
| 3418. -TRIBOROUGH B/T NY 12B 5.0% 11-15-22 (X) | | | | | | | | | |
| 3419. -AIR PRODUCTS & CHEMICALS (X) | | | | | Donated | | | | |
| 3420. -ALLERGAN (X) | | | | | Donated | | | | |
| 3421. -AMERICAN TOWER CORP (X) | | | | | Donated | | | | |
| 3422. -APPLE INC (X) | | | | | Donated | | | | |
| 3423. -BLACKROCK INC (X) | | | | | Donated | | | | |
| 3424. -BOEING CO (X) | | | | | Donated | | | | |
| 3425. -BRISTOL-MYERS SQUIBB CO (X) | | | | | Donated | | | | |
| 3426. -CHEVRON (X) | | | | | Donated | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3427. -DANAHER CORP (X) | | | | | Donated | | | | |
| 3428. -EMERSON ELECTRIC CO (X) | | | | | Donated | | | | |
| 3429. -GILEAD SCIENCES INC (X) | | | | | Donated | | | | |
| 3430. -GOOGLE INC CL A (X) | | | | | Donated | | | | |
| 3431. -HALLIBURTON CO (X) | | | | | Donated | | | | |
| 3432. -HOME DEPOT INC (X) | | | | | Donated | | | | |
| 3433. -JACK HENRY & ASSOC INC (X) | | | | | Donated | | | | |
| 3434. -KLA-TENCOR CORP (X) | | | | | Donated | | | | |
| 3435. -MARSH & MCLENNAN COS INC (X) | | | | | Donated | | | | |
| 3436. -MONSANTO CO NEW COM (X) | | | | | Donated | | | | |
| 3437. -NOBLE ENERGY INC (X) | | | | | Donated | | | | |
| 3438. -PHILIP MORRIS INTERNATIONAL INC (X) | | | | | Donated | | | | |
| 3439. -PROGRESSIVE CORP OHIO (X) | | | | | Donated | | | | |
| 3440. -SCHLUMBERGER LTD (X) | | | | | Donated | | | | |
| 3441. -SCRIPPS NETWORKS INTERACTVIE CL A (X) | | | | | Donated | | | | |
| 3442. -SEATTLE GENETICS INC (X) | | | | | Donated | | | | |
| 3443. -SIGNET JEWELERS LTD (X) | | | | | Donated | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3444. -THE WALT DISNEY CO (X) | | | | | Donated | | | | |
| 3445. -TIFFANY & CO NEW (X) | | | | | Donated | | | | |
| 3446. -UNION PACIFIC CORP (X) | | | | | Donated | | | | |
| 3447. -UNITED TECHNOLOGIES CORP (X) | | | | | Donated | | | | |
| 3448. ▮▮▮ Trust #35- List of Assets | G | Int./Div. | P3 | T | | | | | |
| 3449. -BHP BILLITON LTD (X) | | | | | | | | | |
| 3450. -COCA COLA AMATIL LTD (X) | | | | | Buy (add'l) | 11/20/13 | L | | |
| 3451. -SIGNET JEWELERS LTD (X) | | | | | | | | | |
| 3452. -CENOVUS ENERGY INC C$ (X) | | | | | Sold (part) | 12/11/13 | J | | |
| 3453. | | | | | Sold (part) | 12/11/13 | J | | |
| 3454. | | | | | Sold (part) | 12/12/13 | J | | |
| 3455. | | | | | Sold (part) | 12/12/13 | K | | |
| 3456. | | | | | Sold (part) | 12/13/13 | J | | |
| 3457. | | | | | Sold (part) | 12/16/13 | K | | |
| 3458. | | | | | Sold (part) | 12/17/13 | J | | |
| 3459. | | | | | Sold (part) | 12/17/13 | K | | |
| 3460. -CENOVUS ENERGY INC US$ (X) | | | | | Sold (part) | 12/11/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3461. | | | | | Sold (part) | 12/11/13 | J | | |
| 3462. | | | | | Sold (part) | 12/12/13 | J | | |
| 3463. | | | | | Sold (part) | 12/12/13 | J | | |
| 3464. | | | | | Sold (part) | 12/13/13 | J | | |
| 3465. | | | | | Sold (part) | 12/16/13 | J | A | |
| 3466. | | | | | Sold (part) | 12/17/13 | J | A | |
| 3467. | | | | | Sold | 12/18/13 | J | A | |
| 3468. -ENBRIDGE INC (X) | | | | | Buy (add'l) | 11/19/13 | K | | |
| 3469. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 3470. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 3471. -FIRST QUANTUM MATERIALS LTD C $ (X) | | | | | | | | | |
| 3472. -WYNN MACAU LTD (X) | | | | | | | | | |
| 3473. -BANK OF CHINA LTD (X) | | | | | | | | | |
| 3474. -NOVO NORDISK A/S B (X) | | | | | | | | | |
| 3475. -NOVO NORDISK A/S CL B ADR (X) | | | | | | | | | |
| 3476. -SAMPO OY J A SHS (X) | | | | | | | | | |
| 3477. -BNP PARIBAS (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3478. -DANONE (X) | | | | | | | | | |
| 3479. -ESSILOR INTL (X) | | | | | | | | | |
| 3480. -L'AIR LIQUIDE (X) | | | | | | | | | |
| 3481. -L'OREAL (X) | | | | | | | | | |
| 3482. -PERNOD RICARD DA (X) | | | | | | | | | |
| 3483. -SCHNEIDER ELECTRIC SA (X) | | | | | | | | | |
| 3484. -BAYER AG (X) | | | | | | | | | |
| 3485. -BMW AG (X) | | | | | | | | | |
| 3486. -DAIMLER AG (X) | | | | | | | | | |
| 3487. -SIEMANS AG NAMEN (X) | | | | | | | | | |
| 3488. -AIA GROUP LTD (X) | | | | | | | | | |
| 3489. -BOC HONG KONG HOLDINGS LTD (X) | | | | | | | | | |
| 3490. -LI & FUNG LTD (X) | | | | | Buy (add'l) | 11/25/13 | K | | |
| 3491. | | | | | Sold (part) | 12/12/13 | K | | |
| 3492. -SUN HUNG KAI PROP (X) | | | | | | | | | |
| 3493. -HDFC BANK LTD (X) | | | | | Buy (add'l) | 12/27/13 | J | | |
| 3494. | | | | | Buy (add'l) | 12/30/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3495. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 3496. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 3497. -ACCENTURE PLC US$ (X) | | | | | | | | | |
| 3498. -EATON CORP PLC (X) | | | | | | | | | |
| 3499. -AJINOMOTO CO INC (X) | | | | | | | | | |
| 3500. -DENSO CORP (X) | | | | | | | | | |
| 3501. -FANUC CO (X) | | | | | | | | | |
| 3502. -HAMAMATSU PHOTONIC KK (X) | | | | | Buy (add'l) | 11/20/13 | K | | |
| 3503. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 3504. -HITACHI (X) | | | | | | | | | |
| 3505. -KEYENCE CORP (X) | | | | | | | | | |
| 3506. -MURATA MANUFACTURING CO LTD (X) | | | | | | | | | |
| 3507. -SMC CORP (X) | | | | | | | | | |
| 3508. -SOFTBANK CORP (X) | | | | | Sold (part) | 11/15/13 | M | F | |
| 3509. -SUMITOMO MITSUI FINANCIAL GROUP INC (X) | | | | | | | | | |
| 3510. -SUMITOMO MITSUI TRUST HOLDIN (X) | | | | | | | | | |
| 3511. -SYSMEX CORP (X) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3512. -TREND MICRO INC (X) | | | | | | | | | |
| 3513. -SAMSUNG ELEC GDS N/C PF (X) | | | | | | | | | |
| 3514. -ROYAL CARIBBEAN CRUISES (X) | | | | | | | | | |
| 3515. -SES FDR CL A (PARIS) (X) | | | | | | | | | |
| 3516. -ASML HOLDING NV (X) | | | | | | | | | |
| 3517. -GEMALTO NV (X) | | | | | | | | | |
| 3518. -KONINKLIJKE DSM NV (X) | | | | | | | | | |
| 3519. -NIELSEN HOLDINGS NV US$ (X) | | | | | | | | | |
| 3520. -SEADRILL LTD (X) | | | | | | | | | |
| 3521. -CARNIVAL CORP COMMON PAIRED STOCK (X) | | | | | | | | | |
| 3522. -AVAGO TECHNOLOGIES LTD (X) | | | | | Buy (add'l) | 11/19/13 | L | | |
| 3523. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 3524. | | | | | Buy (add'l) | 12/09/13 | K | | |
| 3525. -DBS GROUP HOLDING LTD (X) | | | | | | | | | |
| 3526. -SINGAPORE TELECOMM (X) | | | | | | | | | |
| 3527. -INDITEX (X) | | | | | | | | | |
| 3528. -ASSA ABLOY AB B (X) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3529. -ACE LTD (X) | | | | | | | | | |
| 3530. -COMPAGNIE FINANCIERE RICHEMONT SA REG (X) | | | | | | | | | |
| 3531. -NESTLE NAM SPON ADR (X) | | | | | | | | | |
| 3532. -NESTLE SA REG (X) | | | | | | | | | |
| 3533. -NOVARTIS AG NAMEN (X) | | | | | | | | | |
| 3534. -ROCHE HOLDING AG GENUSSCHEIN (X) | | | | | | | | | |
| 3535. -SYNGENTA AG (X) | | | | | | | | | |
| 3536. -TE CONNECTIVITY LTD US$ (X) | | | | | | | | | |
| 3537. -AON PLC (X) | | | | | | | | | |
| 3538. -BARCLAYS PLC (X) | | | | | | | | | |
| 3539. -BG GROUP PLC (X) | | | | | | | | | |
| 3540. -DIAGEO PLC (X) | | | | | | | | | |
| 3541. -DIAGEO PLC SPONSORED ADR (X) | | | | | | | | | |
| 3542. -ENSCO PLC-CL A (X) | | | | | | | | | |
| 3543. -HSBC HOLDINGS PLC ADR SPON NEW (X) | | | | | | | | | |
| 3544. -HABC HOLDINGS PLC UKP (X) | | | | | | | | | |
| 3545. -IMPERIAL TOBACCO PLC (X) | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3546. -LLOYDS TSB GROUP PLC (X) | | | | | | | | | |
| 3547. -MEGGITT PLC (X) | | | | | | | | | |
| 3548. -NATIONAL GRID PLC (X) | | | | | | | | | |
| 3549. -NATIONAL GRID PLC- SP ADR (X) | | | | | | | | | |
| 3550. -RIO TINTO PLC REG (X) | | | | | | | | | |
| 3551. -STANDARD CHARTERED (X) | | | | | | | | | |
| 3552. -UNILEVER PLC (X) | | | | | | | | | |
| 3553. -WHITBREAD PLC (X) | | | | | | | | | |
| 3554. -3M COMPANY (X) | | | | | | | | | |
| 3555. -ABBVIE INC (X) | | | | | | | | | |
| 3556. -AIR PRODUCTS & CHEMICALS INC (X) | | | | | | | | | |
| 3557. -ALLEGHENY TECHNOLOGIES INC (X) | | | | | | | | | |
| 3558. -ALLERGAN INC (X) | | | | | | | | | |
| 3559. -AMERICAN TOWER CORP (X) | | | | | | | | | |
| 3560. -APPLE INC (X) | | | | | | | | | |
| 3561. -AUTOMATIC DATA PROCESSING INC (X) | | | | | | | | | |
| 3562. -B/E AEROSPACE INC (X) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3563. -BEAM INC (X) | | | | | | | | | |
| 3564. -BLACKROCK INC (X) | | | | | | | | | |
| 3565. -BOEING CO (X) | | | | | | | | | |
| 3566. -BRISTOL-MYERS SQUIBB CO (X) | | | | | | | | | |
| 3567. -BROADCOM CORP (X) | | | | | | | | | |
| 3568. -CATERPILLAR INC (X) | | | | | | | | | |
| 3569. -CERNER CORP (X) | | | | | | | | | |
| 3570. -CHEVRON CORP (X) | | | | | | | | | |
| 3571. -CME GROUP INC (X) | | | | | | | | | |
| 3572. -COACH INC (X) | | | | | | | | | |
| 3573. -COBALT INTERNATIONAL ENERGY (X) | | | | | | | | | |
| 3574. -COMCAST CORP CL A NEW (X) | | | | | | | | | |
| 3575. -DANAHER CORP (X) | | | | | | | | | |
| 3576. -DAVITA HEALTHCARE PARTNERS INC (X) | | | | | | | | | |
| 3577. -DOW CHEMICAL CO (X) | | | | | | | | | |
| 3578. -ECOLAB INC (X) | | | | | | | | | |
| 3579. -EXPRESS SCRIPTS HOLDING CO (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3580. -FEDEX CORP (X) | | | | | | | | | |
| 3581. -GENPACT LTD (X) | | | | | | | | | |
| 3582. -GILEAD SCIENCES INC (X) | | | | | | | | | |
| 3583. -GOLDMAN SACHS GROUP INC (X) | | | | | | | | | |
| 3584. -GOOGLE INC CL A (X) | | | | | | | | | |
| 3585. -HALLIBURTON CO (X) | | | | | | | | | |
| 3586. -HEXCEL CORP (X) | | | | | Buy (add'l) | 11/19/13 | L | | |
| 3587. -HOME DEPOT INC (X) | | | | | | | | | |
| 3588. -IDEX CORP (X) | | | | | | | | | |
| 3589. -ILLINOIS TOOL WORKS INC (X) | | | | | | | | | |
| 3590. -IRON MOUNTAIN INC (X) | | | | | | | | | |
| 3591. -IRONWOOD PHARMACEUTICALS INC CL A (X) | | | | | | | | | |
| 3592. -JABIL CIRCUIT INC (X) | | | | | | | | | |
| 3593. -JACK HENRY & ASSOC INC (X) | | | | | | | | | |
| 3594. -JPMORGAN CHASE & CO (X) | | | | | Sold (part) | 11/14/13 | L | E | |
| 3595. -KLA-TENCOR CORP (X) | | | | | | | | | |
| 3596. -MARSH & MCLENNAN COS INC (X) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3597. -MICROSOFT CORP (X) | | | | | | | | | |
| 3598. -MONSANTO CO NEW COM (X) | | | | | | | | | |
| 3599. -MOSAIC CO (X) | | | | | Sold (part) | 12/12/13 | K | | |
| 3600. | | | | | Sold (part) | 12/13/13 | K | | |
| 3601. -NEW YORK TIMES CO CL A (X) | | | | | | | | | |
| 3602. -NEWELL RUBBERMAID INC (X) | | | | | | | | | |
| 3603. -NIKE INC CL B (X) | | | | | | | | | |
| 3604. -NOBLE ENERGY INC (X) | | | | | | | | | |
| 3605. -NORDSTROM INC (X) | | | | | | | | | |
| 3606. -NORFOLK SOUTHERN CORP (X) | | | | | | | | | |
| 3607. -NUCOR CORP (X) | | | | | | | | | |
| 3608. -ORACLE CORP (X) | | | | | | | | | |
| 3609. -PHILIP MORRIS INTERNATIONAL INC (X) | | | | | | | | | |
| 3610. -PROCTOR & GAMBLE CO (X) | | | | | | | | | |
| 3611. -PROGRESSIVE CORP OHIO (X) | | | | | | | | | |
| 3612. -QUALCOMM INC (X) | | | | | | | | | |
| 3613. -ROSS STORES INC (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3614. -SCHLUMBERGER LTD (X) | | | | | | | | | |
| 3615. -SCHWAB CHARLES NEW (X) | | | | | | | | | |
| 3616. -SCRIPPS NETWORKS INTERACTIVE CL A (X) | | | | | | | | | |
| 3617. -SEATTLE GENETICS INC (X) | | | | | | | | | |
| 3618. -SIRIUS XM HOLDINGS INC (X) | | | | | | | | | |
| 3619. -STARBUCKS CORP (X) | | | | | | | | | |
| 3620. -TARGET CORP (X) | | | | | | | | | |
| 3621. -TEXAS INSTRUMENTS INC (X) | | | | | | | | | |
| 3622. -THE WALT DISNEY CO (X) | | | | | | | | | |
| 3623. -TIFFANY & CO NEW (X) | | | | | | | | | |
| 3624. -TOWERS WATSON & COMPANY CL A (X) | | | | | | | | | |
| 3625. -UNION PACIFIC CORP (X) | | | | | | | | | |
| 3626. -UNITED TECHNOLOGIES CORP (X) | | | | | | | | | |
| 3627. -UNITEDHEALTH GROUP INC (X) | | | | | | | | | |
| 3628. -VERISIGN INC (X) | | | | | | | | | |
| 3629. -VERIZON COMMUNICATIONS (X) | | | | | | Buy (add'l) | 11/19/13 | L | | |
| 3630. -VISA INC CL A (X) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3631. -WASTE CONNECTIONS INC (X) | | | | | | | | | |
| 3632. -CAE INC C$ (X) | | | | | Sold<br>(part) | 11/13/13 | K | A | |
| 3633. | | | | | Sold<br>(part) | 11/13/13 | M | | |
| 3634. | | | | | Sold | 11/13/13 | J | A | |
| 3635. -EMERSON ELECTRIC CO (X) | | | | | Sold | 11/13/13 | K | E | |
| 3636. -GENTING SINGAPORE PLC (X) | | | | | Sold | 12/04/13 | K | | |
| 3637. -ICICI BANK LTD SPON ADR (X) | | | | | Sold | 11/13/13 | K | | |
| 3638. -KINDER MORGAN INC (X) | | | | | Sold<br>(part) | 12/10/13 | K | | |
| 3639. | | | | | Sold | 12/10/13 | K | | |
| 3640. -RECKITT BENCKISER GROUP PLC (X) | | | | | Sold | 11/13/13 | L | E | |
| 3641. -REPUBLIC SERVICES INC (X) | | | | | Sold | 11/13/13 | L | D | |
| 3642. -SAP AG (X) | | | | | Sold<br>(part) | 11/13/13 | K | | |
| 3643. | | | | | Sold | 11/13/13 | K | D | |
| 3644. -SAP AG SPON ADR (X) | | | | | Sold | 11/13/13 | K | E | |
| 3645. -SWIRE PROPERTIES LTD (X) | | | | | Sold | 11/27/13 | L | | |
| 3646. ▓▓▓ TRUST #36- List of Assets | H1 | Int./Div. | P3 | T | | | | | |
| 3647. -3M COMPANY (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3648. -ABBVIE INC (X) | | | | | | | | | |
| 3649. -ACCENTURE PLC US$ | | | | | | | | | |
| 3650. -ACE LTD (X) | | | | | | | | | |
| 3651. -AIA GROUP LTD (X) | | | | | | | | | |
| 3652. -AIR PRODUCTS & CHEMICALS INC (X) | | | | | | | | | |
| 3653. -AJINOMOTO CO INC (X) | | | | | | | | | |
| 3654. -ALLEGHENY TECHNOLOGIES INC (X) | | | | | | | | | |
| 3655. -ALLERGAN INC (X) | | | | | Sold (part) | 09/25/13 | K | D | |
| 3656. -AMERICAN TOWER CORP (X) | | | | | | | | | |
| 3657. -AON PLC (X) | | | | | | | | | |
| 3658. -APPLE INC (X) | | | | | | | | | |
| 3659. -ASML HOLDING NV (X) | | | | | | | | | |
| 3660. -ASSA ABLOY AB B (X) | | | | | | | | | |
| 3661. -AUTOMATIC DATA PROCESSING INC (X) | | | | | Buy (add'l) | 09/09/13 | M | | |
| 3662. -AVAGO TECHNOLOGIES LTD | | | | | Buy | 10/21/13 | K | | |
| 3663. | | | | | Buy (add'l) | 10/21/13 | K | | |
| 3664. | | | | | Buy (add'l) | 10/22/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3665. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 3666. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 3667. -B/E AEROSPACE INC (X) | | | | | | | | | |
| 3668. -BANK OF CHINA LTD H (X) | | | | | | | | | |
| 3669. -BARRICK GOLD CORP C$ (X) | | | | | Sold | 09/09/13 | K | | |
| 3670. -BARCLAYS PLC (X) | | | | | Buy (add'l) | 10/17/13 | M | | |
| 3671. -BAYER AG (X) | | | | | | | | | |
| 3672. -BEAM INC (X) | | | | | | | | | |
| 3673. -BG GROUP PLC (X) | | | | | | | | | |
| 3674. -BHP BILLITON LTD (AUD) (X) | | | | | | | | | |
| 3675. -BLACKROCK INC (X) | | | | | | | | | |
| 3676. -BMW AG (X) | | | | | | | | | |
| 3677. -BNP PARIBAS (X) | | | | | | | | | |
| 3678. -BOC HONG KONG HOLDINGS LTD (X) | | | | | | | | | |
| 3679. -BROADCOM CORP | | | | | Buy | 10/29/13 | L | | |
| 3680. | | | | | Sold (part) | 09/26/13 | L | | |
| 3681. | | | | | Sold (part) | 09/27/13 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3682. -BOEING CO (X) | | | | | Sold (part) | 11/14/13 | K | E | |
| 3683. -BRISTOL-MYERS SQUIBB CO (X) | | | | | | | | | |
| 3684. -CA ED POMONA COLLEGE 09A 5.0% 01/01/24 (X) | | | | | | | | | |
| 3685. -CAE INC C$ (X) | | | | | Sold (part) | 10/18/13 | J | | |
| 3686. | | | | | Sold (part) | 10/21/13 | K | | |
| 3687. | | | | | Sold (part) | 10/22/13 | J | A | |
| 3688. | | | | | Sold (part) | 10/22/13 | K | | |
| 3689. | | | | | Sold (part) | 10/23/13 | K | B | |
| 3690. | | | | | Sold (part) | 10/23/13 | K | A | |
| 3691. | | | | | Sold (part) | 10/24/13 | K | A | |
| 3692. | | | | | Sold (part) | 10/24/13 | J | A | |
| 3693. | | | | | Sold | 10/24/13 | K | B | |
| 3694. -CAPITAL GROUP CORE BOND FUND (X) | | | | | | | | | |
| 3695. -CARNIVAL CORP COMMON PAIRED (X) | | | | | Sold (part) | 11/14/13 | L | D | |
| 3696. -CATERPILLAR INC (X) | | | | | | | | | |
| 3697. -CENOVUS ENERGY INC C$ (X) | | | | | Sold (part) | 10/28/13 | K | D | |
| 3698. | | | | | Sold (part) | 12/11/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3699. | | | | | Sold (part) | 12/11/13 | J | A | |
| 3700. | | | | | Sold (part) | 12/12/13 | J | B | |
| 3701. | | | | | Sold (part) | 12/12/13 | J | B | |
| 3702. | | | | | Sold (part) | 12/13/13 | J | B | |
| 3703. | | | | | Sold (part) | 12/16/13 | K | B | |
| 3704. | | | | | Sold (part) | 12/17/13 | J | B | |
| 3705. -CENOVUS ENERGY INC US$ (X) | | | | | Sold (part) | 12/11/13 | J | A | |
| 3706. | | | | | Sold (part) | 12/11/13 | J | A | |
| 3707. | | | | | Sold (part) | 12/12/13 | J | A | |
| 3708. | | | | | Sold (part) | 12/12/13 | J | A | |
| 3709. | | | | | Sold (part) | 12/13/13 | J | A | |
| 3710. | | | | | Sold (part) | 12/16/13 | J | A | |
| 3711. | | | | | Sold (part) | 12/17/13 | J | A | |
| 3712. | | | | | Sold | 12/18/13 | J | A | |
| 3713. -CERNER CORP (X) | | | | | | | | | |
| 3714. -CHEVRON CORP (X) | | | | | | | | | |
| 3715. -CME GROUP INC (X) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3716. -COACH INC (X) | | | | | | | | | |
| 3717. -COBALT INTERNATIONAL ENERGY (X) | | | | | | | | | |
| 3718. -COCA-COLA AMATIL LTD (X) | | | | | Sold (part) | 09/27/13 | K | | |
| 3719. | | | | | Sold (part) | 09/30/13 | K | | |
| 3720. | | | | | Buy (add'l) | 11/06/13 | M | | |
| 3721. | | | | | Sold (part) | 10/01/13 | J | | |
| 3722. | | | | | Sold (part) | 10/02/13 | L | | |
| 3723. -COMCAST CORP CL A (NEW) (X) | | | | | Sold (part) | 09/09/13 | K | D | |
| 3724. -COMPAGNIE FINANCIERE RICHEMONT (X) | | | | | | | | | |
| 3725. -CORNELL UNIV NY DORMS 5.0% 07/01/18 (X) | | | | | | | | | |
| 3726. -DAIMLER AG (X) | | | | | | | | | |
| 3727. -DANAHER CORP (X) | | | | | | | | | |
| 3728. -DANONE (X) | | | | | | | | | |
| 3729. -DASNY ROCHESTER INST OF TECH 5.0%7-1-20 (X) | | | | | | | | | |
| 3730. -DAVITA HEALTHCARE PARTNERS INC (X) | | | | | | | | | |
| 3731. -DBS GROUP HOLDINGS LTD (X) | | | | | | | | | |
| 3732. -DENSO CORP (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3733. -DIAGEO PLC (X) | | | | | Sold<br>(part) | 09/10/13 | K | C | |
| 3734. -DOW CHEMICAL CO (X) | | | | | | | | | |
| 3735. -EATON CORP PLC (X) | | | | | | | | | |
| 3736. -ECOLAB INC (X) | | | | | | | | | |
| 3737. -EMERGING MARKETS GROWTH<br>FUND (X) | | | | | Buy<br>(add'l) | 09/06/13 | M | | |
| 3738. -EMERSON ELECTRIC CO (X) | | | | | Sold<br>(part) | 10/21/13 | L | E | |
| 3739. | | | | | Sold | 10/22/13 | K | E | |
| 3740. -ENBRIDGE INC | | | | | Buy | 11/01/13 | L | | |
| 3741. | | | | | Buy<br>(add'l) | 11/04/13 | M | | |
| 3742. | | | | | Buy<br>(add'l) | 11/04/13 | J | | |
| 3743. | | | | | Buy<br>(add'l) | 11/05/13 | J | | |
| 3744. | | | | | Buy<br>(add'l) | 11/07/13 | J | | |
| 3745. | | | | | Buy<br>(add'l) | 11/08/13 | J | | |
| 3746. | | | | | Buy<br>(add'l) | 11/11/13 | J | | |
| 3747. | | | | | Buy<br>(add'l) | 11/12/13 | J | | |
| 3748. | | | | | Buy<br>(add'l) | 11/13/13 | J | | |
| 3749. | | | | | Buy<br>(add'l) | 11/13/13 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3750. | | | | | Buy<br>(add'l) | 11/15/13 | J | | |
| 3751. | | | | | Buy<br>(add'l) | 11/18/13 | J | | |
| 3752. -ENSCO PLC-CL A (X) | | | | | | | | | |
| 3753. -ESSILOR INTL (X) | | | | | | | | | |
| 3754. -EXPRESS SCRIPTS HOLDING CO (X) | | | | | | | | | |
| 3755. -FANUC CO (X) | | | | | | | | | |
| 3756. -FEDEX CORP (X) | | | | | | | | | |
| 3757. -FIRST QUANTUM MINERALS LTD C$ (X) | | | | | | | | | |
| 3758. -GEMALTO NV (X) | | | | | | | | | |
| 3759. -GENPACT LTD (X) | | | | | | | | | |
| 3760. -GENTING SINGAPORE PLC (X) | | | | | Sold | 12/04/13 | K | | |
| 3761. -GILEAD SCIENCES INC (X) | | | | | Sold<br>(part) | 09/10/13 | L | E | |
| 3762. -GOLDMAN SACHS GROUP INC (X) | | | | | | | | | |
| 3763. -GOOGLE INC CL A (X) | | | | | | | | | |
| 3764. -HALLIBURTON CO (X) | | | | | | | | | |
| 3765. -HAMAMATSU PHOTONIC KK (X) | | | | | Buy<br>(add'l) | 11/15/13 | K | | |
| 3766. | | | | | Buy<br>(add'l) | 11/18/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3767. -HDFC BANK LTD (X) | | | | | Buy (add'l) | 12/23/13 | J | | |
| 3768. | | | | | Buy (add'l) | 12/24/13 | J | | |
| 3769. | | | | | Buy (add'l) | 12/24/13 | J | | |
| 3770. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 3771. -HITACHI (X) | | | | | | | | | |
| 3772. -HEXCEL CORP | | | | | Buy | 10/18/13 | K | | |
| 3773. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 3774. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 3775. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 3776. | | | | | Buy (add'l) | 10/22/13 | K | | |
| 3777. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 3778. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 3779. -HOME DEPOT INC (X) | | | | | Sold (part) | 09/09/13 | K | E | |
| 3780. -HONG KONG/CHINA GAS (X) | | | | | Sold | 10/29/13 | L | E | |
| 3781. -HSBC HOLDINGS PLC UKP (X) | | | | | Sold (part) | 10/17/13 | L | | |
| 3782. | | | | | Sold (part) | 10/17/13 | K | | |
| 3783. | | | | | Sold (part) | 10/17/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3784. | | | | | Sold (part) | 10/18/13 | J | | |
| 3785. -IDEX CORP (X) | | | | | | | | | |
| 3786. -ILLINOIS TOOL WORKS INC (X) | | | | | | | | | |
| 3787. -IMPERIAL TOBACCO PLC (X) | | | | | | | | | |
| 3788. -INDITEX (X) | | | | | | | | | |
| 3789. -IRON MOUNTAIN INC (X) | | | | | | | | | |
| 3790. -IRONWOOD PHARMACEUTICALS INC (X) | | | | | | | | | |
| 3791. -JABIL CIRCUIT INC (X) | | | | | | | | | |
| 3792. -JACK HENRY & ASSOC INC (X) | | | | | | | | | |
| 3793. -JPMORGAN CHASE & CO (X) | | | | | | | | | |
| 3794. -KEYENCE CORP (X) | | | | | | | | | |
| 3795. -KINDER MORGAN INC (X) | | | | | Sold (part) | 12/10/13 | K | | |
| 3796. | | | | | Sold | 12/10/13 | K | | |
| 3797. -KLA-TENCOR CORP (X) | | | | | Sold (part) | 10/21/13 | J | C | |
| 3798. | | | | | Sold (part) | 10/21/13 | K | E | |
| 3799. | | | | | Sold (part) | 10/22/13 | J | D | |
| 3800. | | | | | Sold (part) | 10/23/13 | J | D | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3801. -KONINKLIJKE DSM NV (X) | | | | | | | | | |
| 3802. -L'AIR LIQUIDE (L) (X) | | | | | | | | | |
| 3803. -LI & FUNG LTD | | | | | Buy | 11/21/13 | L | | |
| 3804. | | | | | Sold (part) | 12/12/13 | K | | |
| 3805. -LI PWR AUTH NY (LIPA) NATL RE 5.0% 05/01/2016 (X) | | | | | | | | | |
| 3806. -LLOYDS TSB GROUP PLC (X) | | | | | Buy (add'l) | 09/11/13 | L | | |
| 3807. -L'OREAL (X) | | | | | | | | | |
| 3808. -MARSH & MCLENNAN COS INC (X) | | | | | | | | | |
| 3809. -MASS GO SER A 5.0% 09/01/2014 (X) | | | | | | | | | |
| 3810. -MEGGITT PLC (X) | | | | | | | | | |
| 3811. -MICROSOFT CORP (X) | | | | | | | | | |
| 3812. -MONROE CO NY ROCHESTER GENERAL HOSP 13B 4% 12/01/23 (X) | | | | | | | | | |
| 3813. -MONSANTO CO NEW COM (X) | | | | | Sold (part) | 11/14/13 | K | D | |
| 3814. -MOSAIC CO/THE (X) | | | | | Sold (part) | 12/12/13 | K | | |
| 3815. | | | | | Sold (part) | 12/13/13 | K | | |
| 3816. -MTA NY TRANSRT REV SER 11C 5.0% 11/15/19 (X) | | | | | | | | | |
| 3817. -MURATA MANUFACTURING CO LTD (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3818. -NATIONAL GRID PLC (X) | | | | | Sold (part) | 11/14/13 | K | B | |
| 3819. -NESTLE SA REG (X) | | | | | | | | | |
| 3820. -NEW YORK CITY GO 5.0% 08/01/18 (X) | | | | | | | | | |
| 3821. -NEW YORK TIMES CO CL A (X) | | | | | | | | | |
| 3822. -NEWELL RUBBERMAID INC (X) | | | | | | | | | |
| 3823. -NIELSEN HOLDINGS NV US$ (X) | | | | | | | | | |
| 3824. -NIKE INC CL B (X) | | | | | | | | | |
| 3825. -NJ EDA PRINCETON UNIV SER K 4.75% 07/01/23 (X) | | | | | | | | | |
| 3826. -NJ ST TPK AUTH 13E SIFMA+68BP FRN VAR 1-01-24(X) | | | | | | | | | |
| 3827. -NOBLE ENERGY INC (X) | | | | | Sold (part) | 11/14/13 | L | E | |
| 3828. -NORDSTROM INC (X) | | | | | | | | | |
| 3829. -NORFOLK SOUTHERN CORP (X) | | | | | | | | | |
| 3830. -NOVARTIS AG NAMEN (X) | | | | | | | | | |
| 3831. -NOVO NORDISK A/S B (X) | | | | | Buy (add'l) | 10/04/13 | M | | |
| 3832. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 3833. -NUCOR CORP (X) | | | | | | | | | |
| 3834. -NY CITY MUNI WTR AUTH DD 5.375% 06/15/25 (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3835. -NY CITY MUNI WTR AUTH FF 5.0% 06/15/16 (X) | | | | | | | | | |
| 3836. -NY CITY TFA 03 C DFRN 3.48% 11-01-22 MS VAR 11/01/2022 (X) | | | | | | | | | |
| 3837. -NY DORM AUTH MIRIAM OSBORN 3% 07/01/20 (X) | | | | | | | | | |
| 3838. -NY DORM AUTH MT SINAI HOSP 5.0% 07-01-14 (X) | | | | | | | | | |
| 3839. -NY DORM FORDHAM UNIV 08B FSA/ AGM 5.0% 07-01-19 (X) | | | | | | | | | |
| 3840. -NY DORM LONG ISLAND 11A 4.00% 05/01/18 (X) | | | | | | | | | |
| 3841. -NY DORM MEMORIAL SLOAN KETTERING 12-1 5.0% 07-01-21 (X) | | | | | | | | | |
| 3842. -NY SALES TAX RECEIVABLE MBIA 5.0%10-15-21 (X) | | | | | | | | | |
| 3843. -NY ST AUTH PIT 10E 5.0% 02-15-18 (X) | | | | | | | | | |
| 3844. -NY ST DORM AUTH 11A 5.0% 10/01/18 (X) | | | | | | | | | |
| 3845. -NY ST DORM AUTH PERS INCOME TAX B AMBAC 5.25% 03-15-16 (X) | | | | | | | | | |
| 3846. -NY ST DORM AUTH PERS INCOME TAX D 5% 03/15/2018 (X) | | | | | | | | | |
| 3847. -NY ST DORM AUTH SCH DIST 13C 5.0% 10-01-21 (X) | | | | | | | | | |
| 3848. -NY ST DORM SUNY 11A 5.0% 07-01-17 (X) | | | | | | | | | |
| 3849. -NY ST ENVIRON FAC CLEAN WTR SF 4.25% 11-15-19 (X) | | | | | | | | | |
| 3850. -NY ST THRUWAY (2ND BRDGE & HWY) 12A 5.0% 04/01/20 (X) | | | | | | | | | |
| 3851. -NY TOBACCO SETTLE CORP 11A 5.0% 06/01/17 (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3852. - NY TOBACCO SETTLEMENT CORP 13B 5.0% 06-01-19 | | | | | Buy | 12/05/13 | N | | |
| 3853. -NYC LIBERTY ONE BRYANT PARK CL3 SF 6.375% 07-15-49 (X) | | | | | | | | | |
| 3854. -NYC TFA FUT TAX SEC SUB 11E 5% 11/01/18 (X) | | | | | Buy (add'l) | 10/24/13 | N | | |
| 3855. -NYC TFA FUT TAX SEC SUB 14A-1 5% 11/01/19 (X) | | | | | | | | | |
| 3856. -NYC TR FOR CULT JUILLIARD SCH 12B (MPT) VAR 01-01-36/08-01-17 (X) | | | | | | | | | |
| 3857. -ORACLE CORP (X) | | | | | | | | | |
| 3858. -PALM BEACH CNTY FLA SOLID WASTE NON-AMT 5.5% 10/01/25 (X) | | | | | | | | | |
| 3859. -PERNOD RICARD SA (X) | | | | | | | | | |
| 3860. -PHILIP MORRIS INTERNATIONAL INC (X) | | | | | | | | | |
| 3861. -PORT AUTH NY/NJ SER 163 5.0% 07/15/21 (X) | | | | | | | | | |
| 3862. -PR SALES TAX SER 11C 5.0% 08-01-22 (X) | | | | | | | | | |
| 3863. -PROCTER & GAMBLE CO (X) | | | | | | | | | |
| 3864. -PROGRESSIVE CORP OHIO (X) | | | | | Sold (part) | 09/11/13 | K | E | |
| 3865. -QUALCOMM INC (X) | | | | | | | | | |
| 3866. -RECKITT BENCKISER GROUP PLC (X) | | | | | Sold | 10/17/13 | L | E | |
| 3867. -REPUBLIC SERVICES INC (X) | | | | | Sold (part) | 10/16/13 | L | D | |
| 3868. | | | | | Sold | 10/17/13 | K | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3869. -RIO TINTO PLC REG (X) | | | | | Buy<br>(add'l) | 10/17/13 | L | | |
| 3870. | | | | | Buy<br>(add'l) | 10/17/13 | J | | |
| 3871. -ROCHE HOLDING AG GENUSSCHEIN (X) | | | | | | | | | |
| 3872. -ROSS STORES INC (X) | | | | | Buy<br>(add'l) | 09/11/13 | J | | |
| 3873. | | | | | Buy<br>(add'l) | 09/12/13 | J | | |
| 3874. | | | | | Buy<br>(add'l) | 09/12/13 | J | | |
| 3875. | | | | | Buy<br>(add'l) | 09/20/13 | J | | |
| 3876. | | | | | Buy<br>(add'l) | 09/13/13 | J | | |
| 3877. | | | | | Buy<br>(add'l) | 09/16/13 | J | | |
| 3878. | | | | | Buy<br>(add'l) | 09/17/13 | J | | |
| 3879. | | | | | Buy<br>(add'l) | 09/17/13 | J | | |
| 3880. | | | | | Buy<br>(add'l) | 09/18/13 | J | | |
| 3881. | | | | | Buy<br>(add'l) | 09/19/13 | K | | |
| 3882. | | | | | Buy<br>(add'l) | 09/26/13 | J | | |
| 3883. | | | | | Buy<br>(add'l) | 09/27/13 | J | | |
| 3884. | | | | | Buy<br>(add'l) | 09/30/13 | J | | |
| 3885. | | | | | Buy<br>(add'l) | 10/04/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3886. | | | | | Buy<br>(add'l) | 10/08/13 | J | | |
| 3887. | | | | | Buy<br>(add'l) | 10/29/13 | J | | |
| 3888. -ROYAL CARIBBEAN CRUISES (X) | | | | | | | | | |
| 3889. -ROYAL DUTCH SHELL CL A ADR (X) | | | | | Sold<br>(part) | 09/09/13 | L | | |
| 3890. | | | | | Sold<br>(part) | 09/13/13 | J | | |
| 3891. | | | | | Sold<br>(part) | 09/16/13 | J | | |
| 3892. | | | | | Sold<br>(part) | 09/17/13 | J | | |
| 3893. | | | | | Sold<br>(part) | 09/17/13 | K | | |
| 3894. | | | | | Sold | 09/18/13 | J | | |
| 3895. -SAP AG (X) | | | | | Sold<br>(part) | 10/17/13 | K | | |
| 3896. | | | | | Sold | 10/17/13 | K | E | |
| 3897. -SAMPO OYJ A SHS (X) | | | | | Sold<br>(part) | 09/10/13 | K | D | |
| 3898. -SAMSUNG ELEC GDS N/V PF (X) | | | | | | | | | |
| 3899. -SAN ANTONIO E/G REV 5.0% 02/01/18 (X) | | | | | | | | | |
| 3900. -SCHLUMBERGER LTD (X) | | | | | Sold<br>(part) | 09/09/13 | K | C | |
| 3901. -SCHNEIDER ELECTRIC SA (X) | | | | | | | | | |
| 3902. -SCHWAB CHARLES NEW (X) | | | | | Sold<br>(part) | 11/14/13 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3903. -SCRIPPS NETWORKS INTERACTIVE (X) | | | | | | | | | |
| 3904. -SEADRILL LTD (X) | | | | | | | | | |
| 3905. -SEATTLE GENETICS INC (X) | | | | | Sold (part) | 09/09/13 | L | E | |
| 3906. -SES FDR CL A (PARIS) (X) | | | | | | | | | |
| 3907. -SIEMENS AG NAMEN (X) | | | | | | | | | |
| 3908. -SIGNET JEWELERS LTD (X) | | | | | | | | | |
| 3909. -SINGAPORE TELECOMM (X) | | | | | | | | | |
| 3910. -SIRIUS XM RADIO INC (X) | | | | | | | | | |
| 3911. -SMC CORP (X) | | | | | | | | | |
| 3912. -SOFTBANK CORP (X) | | | | | Sold (part) | 11/14/13 | K | E | |
| 3913. | | | | | Sold (part) | 11/15/13 | M | F | |
| 3914. -SSGA US GOV MONEY MARKET FUND (X) | | | | | | | | | |
| 3915. -STANDARD CHARTERED (X) | | | | | | | | | |
| 3916. -STARBUCKS CORP (X) | | | | | | | | | |
| 3917. -SUMITOMO MITSUI FINANCIAL GROUP (X) | | | | | Buy (add'l) | 10/15/13 | K | | |
| 3918. | | | | | Buy (add'l) | 10/18/13 | L | | |
| 3919. -SUMITOMO MITSUI TRUST HOLDIN (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3920. -SUN HUNG KAI PROP (X) | | | | | | | | | |
| 3921. -SWIRE PROPERTIES LTD (X) | | | | | Sold (part) | 09/30/13 | K | | |
| 3922. | | | | | Sold (part) | 10/02/13 | K | | |
| 3923. | | | | | Sold (part) | 10/03/13 | J | | |
| 3924. | | | | | Sold (part) | 10/04/13 | J | | |
| 3925. | | | | | Sold (part) | 10/07/13 | J | | |
| 3926. | | | | | Sold (part) | 10/07/13 | J | | |
| 3927. | | | | | Sold | 10/08/13 | J | | |
| 3928. -SYNGENTA AG (X) | | | | | | | | | |
| 3929. -SYSMEX CORP (X) | | | | | | | | | |
| 3930. -TARGET CORP (X) | | | | | | | | | |
| 3931. -TE CONNECTIVITY LTD US$ (X) | | | | | | | | | |
| 3932. -TEXAS INSTRUMENTS INC (X) | | | | | | | | | |
| 3933. -THE WALT DISNEY CO (X) | | | | | Sold (part) | 10/21/13 | K | E | |
| 3934. -TIFFANY & CO NEW (X) | | | | | Sold (part) | 09/09/13 | L | D | |
| 3935. -TOMPKINS NY CORTLAND COMM COLL SFH 5.0% 07-01-21 (X) | | | | | | | | | |
| 3936. -TOWERS WATSON & COMPANY CL A (X) | | | | | Buy (add'l) | 09/20/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3937. | | | | | Buy<br>(add'l) | 09/20/13 | K | | |
| 3938. | | | | | Buy<br>(add'l) | 09/23/13 | J | | |
| 3939. | | | | | Buy<br>(add'l) | 09/23/13 | J | | |
| 3940. | | | | | Buy<br>(add'l) | 10/01/13 | J | | |
| 3941. | | | | | Buy<br>(add'l) | 10/01/13 | J | | |
| 3942. -TREND MICRO INC (X) | | | | | | | | | |
| 3943. -TRIBOROUGH B/T NY SER C 5.0% 11/15/27 (X) | | | | | | | | | |
| 3944. -UNILEVER PLC (X) | | | | | Buy<br>(add'l) | 10/14/13 | K | | |
| 3945. -UNION PACIFIC CORP (X) | | | | | | | | | |
| 3946. -UNITED TECHNOLOGIES CORP (X) | | | | | Sold<br>(part) | 09/09/13 | L | D | |
| 3947. -UNITEDHEALTH GROUP INC (X) | | | | | | | | | |
| 3948. -UTAH ST GO SER A 5.0% 07/01/2015 (X) | | | | | | | | | |
| 3949. -VERISIGN INC (X) | | | | | | | | | |
| 3950. -VERIZON COMMUNICATIONS | | | | | Buy | 10/25/13 | K | | |
| 3951. | | | | | Buy<br>(add'l) | 10/28/13 | K | | |
| 3952. -VISA INC CL A (X) | | | | | | | | | |
| 3953. -WASTE CONNECTIONS INC (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3954. -WHITBREAD PLC (X) | | | | | | | | | |
| 3955. -WYNN MACAU LTD (X) | | | | | | | | | |
| 3956. | | | | | | | | | |
| 3957. | | | | | | | | | |
| 3958. | | | | | | | | | |
| 3959. | | | | | | | | | |
| 3960. | | | | | | | | | |
| 3961. | | | | | | | | | |
| 3962. | | | | | | | | | |
| 3963. | | | | | | | | | |
| 3964. | | | | | | | | | |
| 3965. | | | | | | | | | |
| 3966. | | | | | | | | | |
| 3967. | | | | | | | | | |
| 3968. | | | | | | | | | |
| 3969. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During 2004, the following entities holding real estate sold all of their respective rental properties. To avoid confusion, we will continue to list these entities by their current names (ie. Rental Property #1)

These entities will eventually be liquidated as they wind up their affairs:

Rental Property #2
Rental Property # 16
Rental Property #17
Rental Property #21
Rental Property # 22
Rental Property #24

████ Trust # 28 was closed during 2012 and all assets were either sold or transfered to other ████ Trusts during 2012. There were no reportable transactions for 2013.

(X) Denotes items held within account that resulted from non-reportable transactions (such as an exchanges or transfers-in from other accounts).
(Y) Denotes items which are no longer held within account resulting from non-reportable transaction (such as transfers-out to other accounts). Any reportable transactions that occured prior to item being removed from list have been reported in columns D(1)-D(5).

SAP AG SPON ADR was erroneously exluded from ████ Trust #30 in the 2012 FDR.

Part VII: As of December 31, 2013, no assets were held in the CAPITAL GUARDIAN account. All assets were either sold or tranferred during 2013. Therefore, cloumns C1 and C2 were left blank for all positions within this account.

Part VII: As of December 31, 2013, no assets were held in ████ Trust #19. Section VII includes activity for the period January 1, 2013 through August 16, 2013. By August 16, 2014, all assets were either sold or transferred.

Part VII: As of December 31, 2013, no assets were held in ████ Trust #26. Section VII includes activity for the period January 1, 2013 through June 2013. By June 2013, all assets were sold or closed.

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 11/25/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Maryanne T. Barry**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544